IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

SHARON WRIGHT AUSTIN, MICHAEL
MCDONALD, AND DANIEL A. SMITH,

      Plaintiffs,

v.                                  Case No.: 1:21-cv-00184-MW-GRJ

UNIVERSITY OF FLORIDA BOARD OF TRUSTEES,
the public body corporate acting for and behalf of the
University of Florida, W. KENT FUCHS, in his official
capacity as President of the University Florida, and
JOSEPH GLOVER, in his official capacity as Provost
of the University of Florida,

      Defendant.
_____/

## NOTICE OF FILING SUMMONSES

Plaintiffs, Sharon Wright Austin, Michael McDonald, and Daniel A. Smith, hereby gives notice of filing the following Summonses:

1. W. Kent Fuchs, President of the University of Florida
2. Joseph Glover, Provost of the University of Florida

Dated: November 8, 2021

                                              By: s/ Paul Donnelly

David A. O'Neil                      Paul Donnelly
Debevoise & Plimpton LLP      Florida Bar No. 813613

801 Pennsylvania Avenue N.W.,
Suite 500
Washington, D.C. 20004
(202) 383-8000
daoneil @debevoise.com


Morgan A. Davis*
Jaime Freilich-Fried*
Samuel Rosh*
Soren Schwab*
Katharine Witteman*
Debevoise & Plimpton LLP
919 Third Avenue
New York, New York 10022
(212) 909-6000
mdavis@debevoise.com
jmfried@debevoise.com
sjrosh@debevoise.com
sschwab@debevoise.com
kwitteman@debevoise.com

*Application for admission
pro hac vice forthcoming

paul@donnellygross.com
LAURA GROSS
Florida Bar No. 858242
laura@donnellygross.com
Conor P. Flynn
Florida Bar No. 1010091
conor@donnellygross.com
Donnelly + Gross LLP
2421 NW 41st Street, Suite A-1
Gainesville, FL 32606
(352) 374-4001

*Counsel for Plaintiffs Sharon Wright Austin, Michael McDonald, and Daniel A. Smith*