IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

SHARON WRIGHT AUSTIN, MICHAEL
MCDONALD, AND DANIEL A. SMITH,

       Plaintiffs,                  Civil Action No.:

   v.

UNIVERSITY OF FLORIDA BOARD OF TRUSTEES,
the public body corporate acting for and behalf of the
University of Florida, W. KENT FUCHS, in his official
capacity as President of the University Florida, and
JOSEPH GLOVER, in his official capacity as Provost
of the University of Florida,

       Defendant.
_____/

## NOTICE OF RELATED CASE

      Pursuant to Local Rule 5.6, Plaintiffs hereby provide notice that this action "involves issues of fact or law in common with the issues in another cases pending in the district." Specifically, Plaintiffs challenge restrictions imposed by their employer, the University of Florida, on their ability to testify as expert witnesses in another case pending in this Court before Chief Judge Walker, *League of Women Voters of Florida, Inc. v. Lee et al.*, No. 4:21-cv-00186-MW-MAF. Indeed, in that case, Chief Judge Walker recently observed that he might be required to "get involved" in resolving a

dispute about Plaintiffs' rights to testify in *League of Women Voters* if the University's restrictions led "to the initiation of other civil claims or cases." *Id.*, ECF No. 313 at 21 n.7. Plaintiffs' complaint is precisely such a case.

As Chief Judge Walker's comments make clear, the above-captioned action is closely intertwined with *League of Women Voters* litigation such that the cases should be designated as related under Local Rule 5.6.

Dated: November 5, 2021

By: s/ Paul Donnelly

David A. O'Neil
Debevoise & Plimpton LLP
801 Pennsylvania Avenue N.W.,
Suite 500
Washington, D.C. 20004
(202) 383-8000
daoneil@debevoise.com

Paul Donnelly
Florida Bar No. 813613
paul@donnellygross.com
LAURA GROSS
Florida Bar No. 858242
laura@donnellygross.com
Conor P. Flynn
Florida Bar No. 1010091
conor@donnellygross.com
Donnelly + Gross LLP
2421 NW 41st Street, Suite A-1
Gainesville, FL 32606
(352) 374-4001

Morgan A. Davis*
Jaime Freilich-Fried*
Samuel Rosh*
Soren Schwab*
Katharine Witteman*
Debevoise & Plimpton LLP
919 Third Avenue
New York, New York 10022
(212) 909-6000
mdavis@debevoise.com
jmfried@debevoise.com
sjrosh@debevoise.com
sschwab@debevoise.com

kwitteman@debevoise.com

*Application for admission
pro hac vice forthcoming*

*Counsel for Plaintiffs Sharon Wright Austin, Michael McDonald, and Daniel A. Smith*