IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

SHARON WRIGHT AUSTIN, MICHAEL MCDONALD, AND DANIEL A. SMITH,

    Plaintiffs,

v.                               Case No.: 1:21-cv-00184-MW-GRJ

UNIVERSITY OF FLORIDA BOARD OF TRUSTEES, the public body corporate acting for and behalf of the University of Florida, W. KENT FUCHS, in his official capacity as President of the University Florida, and JOSEPH GLOVER, in his official capacity as Provost of the University of Florida,

    Defendant.
_____/

**SUMMONS IN A CIVIL ACTION**

To:  **JOSEPH GLOVER, Provost of the University Florida**
**111 Tigert Hall**
**Gainesville, FL 32611-3157**

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ.P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

**Paul Donnelly, Donnelly + Gross**
**2421 NW 41st Street, Suite A-1, Gainesville, FL 32606**

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

JESSICA J LYUBLANOVITS,
*CLERK OF COURT*

Date: 11/8/2021                               s/ KELLI MALU, Deputy Clerk
*Signature of Clerk or Deputy Clerk*

