UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

SHARON WRIGHT AUSTIN, MICHAEL MCDONALD, AND DANIEL A. SMITH,

                Plaintiffs

v.

UNIVERSITY OF FLORIDA BOARD OF TRUSTEES, the public body corporate acting for and behalf of the University of Florida, W. KENT FUCHS, in his official capacity as President of the University Florida, and JOSEPH GLOVER, in his official capacity as Provost of the University of Florida,

                Defendants

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

1:21-cv-00184-MW-GRJ

## PLAINTIFFS' MOTION FOR ADMISSION OF DAVID A. O'NEIL PRO HAC VICE

In accordance with Local Rule 11.1 governing the admission and practice of attorneys in the United States District Court for the Northern District of Florida, I, David A. O'Neil of the law firm of Debevoise & Plimpton LLP, 801 Pennsylvania Ave NW, Suite 500, Washington, D.C., 20004, respectfully move for admission pro hac vice.

I am not admitted to practice in the Northern District of Florida. I am a member in good standing of the D.C. Bar and am admitted to practice in the District of Columbia, the Central District of Illinois, the Court of Appeals for the Third Circuit, and the Supreme Court of the United States. I hereby certify that I have reviewed the Local Rules of this Court and am familiar with the CM/ECF e-filing system.

My Certificate of Good Standing and the required fee are being submitted simultaneously herewith to the Clerk of Court.  My Attorney Admission Tutorial confirmation number is FLND16364029665249.

WHEREFORE, movant submits that the motion for admission pro hac vice permitting David A. O'Neil to appear before this Court on behalf of the Plaintiffs should be granted, and that an appropriate order should follow.

Dated: November 12, 2021
New York, NY

s/David O'Neil
David O'Neil, Esq.

DEBEVOISE & PLIMPTON LLP
801 Pennsylvania Ave NW, Suite 500
Washington, D.C. 20004
(202) 383-8000
daoneil@debevoise.com

*Counsel for Plaintiffs Sharon Wright Austin, Michael McDonald, and Daniel A. Smith*