IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**SHARON WRIGHT AUSTIN,**
et al.

    *Plaintiffs*,

v.                                                Case No.: 1:21cv184-MW/GRJ

**UNIVERSITY OF FLORIDA BOARD
OF TRUSTEES, et al.,**

    *Defendants*.

_____/

## ORDER ADMITTING
## DAVID A. O'NEIL *PRO HAC VICE*

This Court has considered, without hearing, the amended motion to admit David A. O'Neil *pro hac vice*, ECF No. 7. The motion is **GRANTED**. Having fulfilled the requirements of the Local Rules for admission, David A. O'Neil is admitted *pro hac vice* as counsel for Plaintiffs.

**SO ORDERED on November 12, 2021.**

                                                      s/Mark E. Walker
                                                      **Chief United States District Judge**