UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

SHARON WRIGHT AUSTIN, MICHAEL MCDONALD, AND DANIEL A. SMITH,

      Plaintiffs        1:21-cv-00184-MW-GRJ

 v.

UNIVERSITY OF FLORIDA BOARD OF TRUSTEES, the public body corporate acting for and behalf of the University of Florida, W. KENT FUCHS, in his official capacity as President of the University Florida, and JOSEPH GLOVER, in his official capacity as Provost of the University of Florida,

      Defendants

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**PLAINTIFFS' MOTION FOR ADMISSION OF KATHARINE WITTEMAN PRO HAC VICE**

In accordance with Local Rule 11.1 governing the admission and practice of attorneys in the United States District Court for the Northern District of Florida, I, Katharine Witteman of the law firm of Debevoise & Plimpton LLP, 919 Third Ave, New York, NY, 10022, respectfully move for admission pro hac vice.

I am not admitted to practice in the Northern District of Florida.  I am a member in good standing of the New York Bar.  I hereby certify that I have reviewed the Local Rules of this Court and am familiar with the CM/ECF e-filing system.

My Certificate of Good Standing and the required fee are being submitted simultaneously herewith to the Clerk of Court.  My Attorney Admission Tutorial confirmation number is FLND16360523905232.

WHEREFORE, movant submits that the motion for admission pro hac vice permitting Katharine Witteman to appear before this Court on behalf of the Plaintiffs should be granted, and that an appropriate order should follow.

Dated: November 12, 2021
New York, NY

s/Katharine Witteman
Katharine Witteman, Esq.

DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, New York 10022
(212) 909-6000
kwitteman@debevoise.com

*Counsel for Plaintiffs Sharon Wright Austin, Michael McDonald, and Daniel A. Smith*