IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**SHARON WRIGHT AUSTIN,**
et al.

    *Plaintiffs*,

v.                                                     Case No.: 1:21cv184-MW/GRJ

**UNIVERSITY OF FLORIDA BOARD
OF TRUSTEES, et al.,**

    *Defendants*.

_____/

## ORDER ADMITTING
## JAIME FREILICH-FRIED *PRO HAC VICE*

This Court has considered, without hearing, the motion to admit Jaime Freilich-Fried *pro hac vice*, ECF No. 10. The motion is **GRANTED**. Having fulfilled the requirements of the Local Rules for admission, Jaime Freilich-Fried is admitted *pro hac vice* as counsel for Plaintiffs.

**SO ORDERED** on November 12, 2021.

                                                  s/Mark E. Walker_____
                                                  **Chief United States District Judge**