IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

SHARON WRIGHT AUSTIN,
et al.

    *Plaintiffs*,

v.                                                                     Case No.: 1:21cv184-MW/GRJ

UNIVERSITY OF FLORIDA BOARD
OF TRUSTEES, et al.,

    *Defendants*.

_____/

## ORDER ADMITTING
## SAMUEL ROSH *PRO HAC VICE*

This Court has considered, without hearing, the motion to admit Samuel Rosh *pro hac vice*, ECF No. 12. The motion is **GRANTED**. Having fulfilled the requirements of the Local Rules for admission, Samuel Rosh is admitted *pro hac vice* as counsel for Plaintiffs.

**SO ORDERED on November 12, 2021.**

                                                  **s/Mark E. Walker**
                                                **Chief United States District Judge**