IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

SHARON WRIGHT AUSTIN,
et al.

    *Plaintiffs*,

v.                                    Case No.: 1:21cv184-MW/GRJ

UNIVERSITY OF FLORIDA BOARD
OF TRUSTEES, et al.,

    *Defendants*.

_____/

## ORDER ADMITTING
## SOREN SCHWAB *PRO HAC VICE*

This Court has considered, without hearing, the motion to admit Soren Schwab *pro hac vice*, ECF No. 8. The motion is **GRANTED**. Having fulfilled the requirements of the Local Rules for admission, Soren Schwab is admitted *pro hac vice* as counsel for Plaintiffs.

**SO ORDERED** on November 12, 2021.

                                                    s/Mark E. Walker
                                                    **Chief United States District Judge**