UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

SHARON WRIGHT AUSTIN, MICHAEL MCDONALD, AND DANIEL A. SMITH,

                Plaintiffs

v.

UNIVERSITY OF FLORIDA BOARD OF TRUSTEES, the public body corporate acting for and behalf of the University of Florida, W. KENT FUCHS, in his official capacity as President of the University Florida, and JOSEPH GLOVER, in his official capacity as Provost of the University of Florida,

                Defendants

1:21-cv-00184-MW-GRJ

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**PLAINTIFFS' MOTION FOR ADMISSION OF MORGAN A. DAVIS PRO HAC VICE**

In accordance with Local Rule 11.1 governing the admission and practice of attorneys in the United States District Court for the Northern District of Florida, I, Morgan A. Davis of the law firm of Debevoise & Plimpton LLP, 919 Third Ave, New York, NY, 10022, respectfully move for admission pro hac vice.

I am not admitted to practice in the Northern District of Florida. I am a member in good standing of the New York Bar and am admitted to practice in the Southern District of New York and the Court of Appeals for the Second Circuit. I hereby certify that I have reviewed the Local Rules of this Court and am familiar with the CM/ECF e-filing system.

My Certificate of Good Standing and the required fee are being submitted simultaneously herewith to the Clerk of Court.  My Attorney Admission Tutorial confirmation number is FLND16363973845246.

WHEREFORE, movant submits that the motion for admission pro hac vice permitting Morgan A. Davis to appear before this Court on behalf of the Plaintiffs should be granted, and that an appropriate order should follow.

Dated: November 12, 2021
New York, NY

s/Morgan A. Davis
Morgan A. Davis, Esq.

DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, New York 10022
(212) 909-6000
mdavis@debevoise.com

*Counsel for Plaintiffs Sharon Wright Austin, Michael McDonald, and Daniel A. Smith*