IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**SHARON WRIGHT AUSTIN,**
**et al.**

    *Plaintiffs*,

v.                                                         Case No.: 1:21cv184-MW/GRJ

**UNIVERSITY OF FLORIDA BOARD**
**OF TRUSTEES, et al.,**

    *Defendants*.

_____/

## ORDER ADMITTING
## MORGAN DAVIS *PRO HAC VICE*

This Court has considered, without hearing, the motion to admit Morgan Davis *pro hac vice*, ECF No. 16. The motion is **GRANTED**. Having fulfilled the requirements of the Local Rules for admission, Morgan Davis is admitted *pro hac vice* as counsel for Plaintiffs.

**SO ORDERED** on November 12, 2021.

                                                    <u>s/Mark E. Walker</u>
                                                    **Chief United States District Judge**