AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Florida

| | |
|---|---|
| Sharon Wright Austin, Michael McDonald, Daniel A. Smith, Jeffrey Goldhagen, Teresa J. Reid and Kenneth B. Nunn *Plaintiff(s)* <br> v. <br> University of Florida Board of Trustees, W. Kent Fuchs, in his official capacity, Joseph Glover, in his official capacity, and Laura Rosenbury, in her official capacity *Defendant(s)* | Civil Action No. 21-cv-184-MW-GRJ |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Laura Rosenbury, Dean of the Fredric G. Levin College of Law
264 Holland Hall
Gainesville, FL 32611

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Paul Donnelly, Donnelly + Gross
2421 NW 41st Street, Suite A-1, Gainesville, FL 32606

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

JESSICA J LYUBLANOVITS

*CLERK OF COURT*

Date:  11/17/2021

s/ KELLI MALU, Deputy Clerk

*Signature of Clerk or Deputy Clerk*

