UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

SHARON WRIGHT AUSTIN, MICHAEL MCDONALD, DANIEL A. SMITH, JEFFREY GOLDHAGEN, TERESA J. REID, and KENNETH B. NUNN,

        Plaintiffs,

v.

UNIVERSITY OF FLORIDA BOARD OF TRUSTEES, the public body corporate acting for and on behalf of the University of Florida, W. KENT FUCHS, in his official capacity as President of the University of Florida, JOSEPH GLOVER, in his official capacity as provost of the University of Florida, and LAURA ROSENBURY, in her official capacity as Dean of the Fredric G. Levin College of Law,

        Defendants.

Case No.: 1:21-cv-00184-MW-GRJ

## NOTICE OF APPEARANCE

The Clerk of the Court will please enter the appearance of the undersigned, a member in good standing of the bar of this Court, as counsel of record for all Defendants in this matter.

                                                Respectfully submitted,

                                                */s/ H. Christopher Bartolomucci*
                                                H. Christopher Bartolomucci
                                                D.C. Bar No. 453423
                                                SCHAERR | JAFFE LLP
                                                1717 K Street NW, Suite 900
                                                Washington, DC 20006
                                                (202) 787-1060
                                                cbartolomucci@schaerr-jaffe.com

                                                *Counsel for Defendants*

Dated: December 1, 2021