IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

SHARON WRIGHT AUSTIN, MICHAEL MCDONALD, AND DANIEL A. SMITH, JEFFREY GOLDHAGEN, TERESA J. REID, and KENNETH B. NUNN,

      Plaintiffs

      v.

UNIVERSITY OF FLORIDA BOARD OF TRUSTEES, the public body corporate acting for and behalf of the University of Florida, W. KENT FUCHS, in his official capacity as President of the University Florida, JOSEPH GLOVER, in his official capacity as Provost of the University of Florida, and LAURA ROSENBURY, in her official capacity as Dean of the Fredric G. Levin College of Law,

      Defendants

1:21-cv-00184-MW-GRJ

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**PLAINTIFFS' MOTION FOR ADMISSION OF ALEXANDRA P. SWAIN PRO HAC VICE**

In accordance with Local Rule 11.1 governing the admission and practice of attorneys in the United States District Court for the Northern District of Florida, I, Alexandra P. Swain of the law firm of Debevoise & Plimpton LLP, 650 California Street, San Francisco, CA, 94108, respectfully move for admission pro hac vice.

I am not admitted to practice in the Northern District of Florida. I am a member in good standing of the New York and California Bars. I am admitted to practice in the Southern District of New York, the District of Colorado, the Northern District of California, and the Court of Appeals for the D.C. Circuit, Fourth Circuit, and Tenth

Circuit.  I hereby certify that I have reviewed the Local Rules of this Court and am familiar with the CM/ECF e-filing system.

My Certificate of Good Standing for the State of New York and the required fee are being submitted simultaneously herewith to the Clerk of Court.  My Attorney Admission Tutorial confirmation number is  FLND16383919305308.

WHEREFORE, movant submits that the motion for admission pro hac vice permitting Alexandra P. Swain to appear before this Court on behalf of the Plaintiffs should be granted, and that an appropriate order should follow.

s/Alexandra P. Swain
Alexandra P. Swain, Esq.

DEBEVOISE & PLIMPTON LLP
650 California Street
San Francisco, California 94108
(415) 738-5700
apswain@debevoise.com


Dated: December 1, 2021
San Francisco, CA

*Counsel for Plaintiffs Sharon Wright Austin, Michael McDonald,
Daniel A. Smith, Jeffrey Goldhagen, Teresa J. Reid, and Kenneth B. Nunn*