IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**SHARON WRIGHT AUSTIN,**
et al.

    *Plaintiffs*,

v.     Case No.: 1:21cv184-MW/GRJ

**UNIVERSITY OF FLORIDA BOARD
OF TRUSTEES, et al.,**

    *Defendants*.

_____/

**ORDER ADMITTING
ALEXANDRA P. SWAIN *PRO HAC VICE***

This Court has considered, without hearing, the motion to admit Alexandra P. Swain *pro hac vice*, ECF No. 24. The motion is **GRANTED**. Having fulfilled the requirements of the Local Rules for admission, Alexandra P. Swain is admitted *pro hac vice* as counsel for Plaintiffs.

**SO ORDERED on December 2, 2021.**

                                              s/Mark E. Walker
                                              **Chief United States District Judge**