


# ALACHUA COUNTY SHERIFF'S OFFICE
## ALACHUA COUNTY, FLORIDA

## NON-ENFORCEABLE RETURN OF SERVICE

**Document Number:** ASO21CIV012285NON            **Agency Number:**
**Court:** DISTRICT
**County:** ALACHUA
**Case Number:** 121CV00184MWGRJ

**Attorney/Agent:**
DONNELLY & GROSS

2421 NW 41ST ST STE A-1
GAINESVILLE, FL  32606

**Plaintiff:** SHARON WRIGHT AUSTIN, MICHAEL MCDONALD, AND DANIEL A. SMITH
**Defendant:** UNIVERSITY OF FLORIDA BOARD OF TRUSTEES, THE PUBLIC BODY CORPORATE ACTING FOR AND BEHALF OF THE UNIVERSITY OF FLORIDA, E. KENT FUCHS, IN HIS OFFICIAL CAPACITY AS PRESIDENT OF THE UNIVERISTY FLORIDA, AND JOSEPH GLOVER, IN HIS OFFICIAL CAPACITY AS PROVOST OF THE UNIVERSITY OF FLORIDA

**Type of Process:** SUMMONS IN A CIVIL ACTION, COMPLAINT, CIVIL COVER SHEET, NOTICE OF RELATED CASE

PERSON TO BE SERVED:  GLOVER, JOSEPH, PROVOST OF THE UNIVERSITY FLORIDA
                     111  TIGERT HALL , GAINESVILLE, FL

Received the above named writ on 11/15/2021 at 8:13 AM, and served the same on 11/16/2021 at 10:08 AM, in Alachua County, Florida, to RYAN FULLER, VP AND GENERAL COUNSEL.

SERVED AT 123 TIGERT HALL. FULLER HAS AUTHORIZATION FROM MR GLOVER TO ACCEPT SERVICE ON HIS BEHALF.

Clovis Watson Jr.
ALACHUA

By: /S/ Nicole Yancy # 393
    N. YANCY, 393

Service Fee:   $120.00
Receipt No:    69862-21-D

Printed By:  CVALEA

12285

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

SHARON WRIGHT AUSTIN, MICHAEL
MCDONALD, AND DANIEL A. SMITH,

        Plaintiffs,

v.                                       Case No.: 1:21-cv-00184-MW-GRJ

UNIVERSITY OF FLORIDA BOARD OF TRUSTEES,
the public body corporate acting for and behalf of the
University of Florida, W. KENT FUCHS, in his official
capacity as President of the University Florida, and
JOSEPH GLOVER, in his official capacity as Provost
of the University of Florida,

        Defendant.
_____/

## SUMMONS IN A CIVIL ACTION

To: **JOSEPH GLOVER, Provost of the University Florida**
**111 Tigert Hall**
**Gainesville, FL 32611-3157**

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ.P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

**Paul Donnelly, Donnelly + Gross**
**2421 NW 41st Street, Suite A-1, Gainesville, FL 32606**

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

JESSICA J LYUBLANOVITS,
*CLERK OF COURT*

Date: 11/8/2021  s/ KELLI MALU, Deputy Clerk
*Signature of Clerk or Deputy Clerk*

[Stamp: ALACHUA COUNTY SHERIFF'S OFFICE — CIVIL BUREAU — 2021 NOV 15 AM 7:05]