**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF FLORIDA**
**GAINESVILLE DIVISION**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

| | | |
|---|---|---|
| SHARON WRIGHT AUSTIN, MICHAEL MCDONALD, DANIEL A. SMITH, JEFFREY GOLDHAGEN, TERESA J. REID, and KENNETH B. NUNN, | : : : : : | 1:21-cv-00184-MW-GRJ |
| Plaintiffs, | : : | **Declaration of** **Morgan A. Davis** |
| v. | : : | |
| UNIVERSITY OF FLORIDA BOARD OF TRUSTEES, the public body corporate acting for and on behalf of the University of Florida; W. KENT FUCHS, in his official capacity as President of the University of Florida; JOSEPH GLOVER, in his official capacity as Provost of the University of Florida; and LAURA ROSENBURY, in her official capacity as Dean of the Fredric G. Levin College of Law, | : : : : : : : : : : | |
| Defendants. | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

## <u>DECLARATION OF MORGAN A. DAVIS</u>

I, Morgan A. Davis, declare as follows:

1.      I am a member of the New York Bar and am associated with the law firm of Debevoise & Plimpton LLP.  I have been admitted to this Court *pro hac vice* as counsel for Plaintiffs.

2.      I make this declaration on personal knowledge and on the record of this litigation in support of Plaintiffs' Motion for a Preliminary Injunction.

3.      Attached as **Exhibit 1** is a true and correct copy of an email dated February 10, 2020 from Defendant Laura Rosenbury to the faculty of the University of Florida Levin College of Law (the "Law School").

4.      Attached as **Exhibit 2** is a true and correct copy of the University of Florida's Conflicts of Commitment and Conflicts of Interest Policy, effective July 1, 2020.

5.      Attached as **Exhibit 3** is a true and correct copy of an email dated July 1, 2020 from Professor Kenneth Nunn to approximately 28 other Law School faculty members, including Professor Teresa Reid.

6.      Attached as **Exhibit 4** is a true and correct copy of an email chain dated July 9 and 10, 2020 between Defendant Laura Rosenbury and several Law School faculty members, including Professor Kenneth Nunn.

7.      Attached as **Exhibit 5** is a true and correct copy of a notification dated July 12, 2020 from the UFOLIO system to Professor Teresa Reid.

8.     Attached as **Exhibit 6** is a true and correct copy of a disclosure in the UFOLIO system submitted by Professor Kenneth Nunn on July 14, 2020.

9.     Attached as **Exhibit 7** is a true and correct copy of a notification dated July 14, 2020 from the UFOLIO system to Professor Kenneth Nunn.

10.     Attached as **Exhibit 8** is a true and correct copy of the Amicus Brief of 93 Professors of Law in Support of Plaintiffs-Appellees filed in *Jones et al. v. Desantis et al.*, Case No. 20-12003 (11th Cir.) on August 11, 2020.

11.     Attached as **Exhibit 9** is a true and correct copy of a UFOLIO disclosure submitted by Professor Daniel Smith on June 4, 2021.

12.     Attached as **Exhibit 10** is a true and correct copy of a notification dated July 7, 2021 from the UFOLIO system to Professor Daniel Smith.

13.     Attached as **Exhibit 11** is a true and correct copy of a notification dated August 12, 2021 from the UFOLIO system to Professor Jeffrey Goldhagen.

14.     Attached as **Exhibit 12** is a true and correct copy of a UFOLIO disclosure submitted by Professor Daniel Smith on October 4, 2021.

15.      Attached as **Exhibit 13** is a true and correct copy of the status of Professor Daniel Smith's UFOLIO application stating that the application was disapproved on October 11, 2021.

16.     Attached as **Exhibit 14** is a true and correct copy of a notification dated October 13, 2021 from the UFOLIO system to Professor Michael McDonald.

17.     Attached as **Exhibit 15** is a true and correct copy of a notification dated October 15, 2021 from the UFOLIO system to Professor Sharon Austin.

18.     Attached as **Exhibit 16** is a true and correct copy of a statement titled "University Statement on Academic Freedom and Free Speech" published on the University of Florida's website on October 30, 2021.

19.     Attached as **Exhibit 17** is a true and correct copy of a statement titled "Message from President Fuchs and Provost Glover" published on the University of Florida's website on November 1, 2021.

20.     Attached as **Exhibit 18** is a true and correct copy of an email

dated November 1, 2021 from Ryan Fuller to Plaintiffs' counsel.

21.     Attached as **Exhibit 19** is a true and correct copy of an email from Mae Quinn dated November 3, 2021 that was addressed to "Colleagues" and was received by Professor Kenneth Nunn.

22.     Attached as **Exhibit 20** is a true and correct copy of the status of Professor Michael McDonald's UFOLIO disclosure stating that the disclosure was approved on November 5, 2021.

23.     Attached as **Exhibit 21** is a true and correct copy of a statement titled "Message from President Fuchs – Outside Activities by UF Employees Involving Litigation in Which the State of Florida Is a Party," published on the University of Florida's website on November 5, 2021.

24.     Attached as **Exhibit 22** is a true and correct copy of a notification dated November 5, 2021 at 8:01 p.m. from the UFOLIO system to Professor Daniel Smith.

25.     Attached as **Exhibit 23** is a true and correct copy of a notification dated November 5, 2021 at 12:51 p.m. from the UFOLIO system to Professor Daniel Smith.

26.     Attached as **Exhibit 24** is a true and correct copy of a letter

dated August 12, 2021 from David E. Richardson to Professor Daniel Smith setting forth Professor Smith's annual evaluation for the 2020-2021 academic year.

27.     Attached as **Exhibit 25** is a true and correct copy of an email dated July 13, 2020 from Professor Kenneth Nunn that was addressed to "Colleagues" and received by Professor Teresa Reid.

28.     Attached as **Exhibit 26** is a true and correct copy of a UFOLIO notification dated November 5, 2021 to Professor Jeffrey Goldhagen.

29.     Attached as **Exhibit 27** is a true and correct copy of an email chain dated November 6–7, 2021 between Mae Quinn and Professor Kenneth Nunn.

30.     Attached as **Exhibit 28** is a true and correct copy of an article titled "Three Professors Join Suit against UF, Saying They Were Barred in Cases against State," written by Jimena Tavel and published by *The Miami Herald* on November 16, 2021.

31.     Attached as **Exhibit 29** is a true and correct copy of the "Task Force on Outside Activities Final Report" dated November 22, 2021.

32.     Attached as **Exhibit 30** is a true and correct copy of a statement

titled "Message from President Fuchs – Outside Activities by UF Employees Involving Litigation in Which the State of Florida Is a Party," published on the University of Florida's website on November 23, 2021.

33.     Attached as **Exhibit 31** is a true and correct copy of the "Special Report on Comprehensive Standards 4.2.f (External Influence) and 6.4 (Academic Freedom)" published by the University of Florida on November 23, 2021.

34.     Attached as **Exhibit 32** is a true and correct copy of an article titled "UF Task Force Recommends High Bar for Blocking Faculty from Expert Testimony against State," written by Danielle Ivanov and published by *The Gainesville Sun* on November 23, 2021.

35.     Attached as **Exhibit 33** is a true and correct copy of the University of Florida's "Mission Statement" published on the University's website.

36.     Attached as **Exhibit 34** is a true and correct copy of a press release titled "Florida Members of Congress Call on UF to Lift Gag on Professors in Voting Rights Suit," enclosing a letter from Florida's Democratic Congressional Delegation to Defendant W. Kent Fuchs, dated

November 2, 2021.

37.     Attached as **Exhibit 35** is a true and correct copy of an article titled "'I Think We're in a Good Spot Now': President Fuchs Addresses Controversy after UF Professors Barred from Testifying against State," written by Camille Syed and published by WCJB on November 29, 2021.

38.     Attached as **Exhibit 36** is a true and correct copy of an email exchange dated October 12, 2021 between Dean David E. Richardson and Professor Daniel Smith.


I declare under penalty of perjury that the foregoing is true and correct.

Executed at New York, New York on this 3rd day of December 2021.


  /s/ Morgan A. Davis
Morgan A. Davis