# Exhibit 1

| | |
|---|---|
| **From:** | Reid,Teresa Jean |
| **Sent:** | Tuesday, November 02, 2021 9:16 PM |
| **To:** | Reid,Teresa Jean |
| **Subject:** | FW: Faculty Disclosure Obligations |
| | |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

**From:** Rosenbury,Laura Ann <rosenbury@law.ufl.edu>
**Sent:** Monday, February 10, 2020 3:55 PM
**To:** . LAW-Campus Faculty <Law-CampusFaculty@law.ufl.edu>
**Subject:** Faculty Disclosure Obligations

Dear Colleagues,

At our faculty meeting on January 31, we discussed various university disclosure requirements. Thank you for your thoughtful questions and concerns during that discussion. This email provides some clarification of your three primary disclosure obligations:

1) **Work-related travel outside of Gainesville during your 9-month or 12-month appointment.** You must complete a UF Law Fund or Travel Request Form before you travel to an event outside of Gainesville at which you will participate *as a UF Law Professor*. The form may be found here: www.law.ufl.edu/fundrequest (the form is also available on the Intranet and at the bottom of our main UF Law webpage under Quick Links). This form must be completed for all relevant travel during the time of your 9-month or 12-month appointment even if you do not seek to use your PDA funds to cover travel expenses.

For example, you MUST complete a UF Law Fund or Travel Request Form before you:

- Present a paper at another law school's faculty workshop series even if all of your expenses will be covered by the other law school.
- Are identified as a UF Law Professor at a conference even if the conference organizers are covering all of your expenses.

Please note that this disclosure requirement does mean you have to disclose all travel related to your scholarship. For example, you do NOT need to complete a UF Law Fund or Travel Request Form before you:

- Travel to write or research outside of Gainesville (unless you are seeking to use PDA funds).
- Combine research or writing with a vacation outside of Gainesville. (Please note, however, that 12-month employees must request vacation days for all vacations or outside activities.)

To make this requirement less onerous, 9-month faculty members will no longer be considered as having a summer appointment even if they receive summer research stipends. This means that 9-month faculty

1

members do NOT need to disclose summer travel unless they are seeking to use PDA funds to cover expenses related to the summer travel.

2) **Rescheduling classes or having other people teach your classes.**  The UF Law Fund or Travel Request Form discussed above will ask if your work-related travel (defined above) requires you to reschedule a class meeting or have someone else teach a class meeting.  If for any other reason you need to reschedule a class or have someone else teach a class, please email or call Jason Nance or drop by his office.

3) **Outside activities or potential financial conflicts of interest at any point during the calendar year.**  As Gary Wimsett discussed at the faculty meeting, you must use the university's new UFOLIO system to disclose all relevant outside activities or potential financial conflicts of interest.  This applies to the entire calendar year, even if you are a 9-month faculty member.

Please note that relevant outside activities are defined as follows.  First, they must be "outside," meaning not part of your UF assignment.  Second, they must be "relevant" to your UF expertise, meaning related to the law or other aspects of your teaching and research.

As such, activities such as the following are NOT considered relevant outside activities and need NOT be disclosed on UFOLIO even if you receive a modest honorarium for your work:

**Activities Considered Part of Your UF Assignment and Therefore NOT Outside**
- Writing a casebook
- Reviewing a law-related manuscript
- Writing or signing on to an amicus brief in your capacity as an individual law professor
- Presenting a paper at another law school; however, as explained above in #1, you will still need to complete the UF Law Fund or Travel Request Form

**Activities Considered Unrelated to Your UF Expertise and Therefore NOT Relevant**
- Teaching yoga classes or other classes completely unrelated to law
- Mentoring or supervising children
- Engaging in religious activities or social activities
- Engaging in community activities completely unrelated to law
- Going to political rallies

Conversely, activities such as the following that are not part of your UF assignment but related to law MUST be disclosed *whether they are paid or unpaid*:

**Activities Considered to be Relevant Outside Activities that MUST Be Disclosed**
- Law-related teaching or research for an entity other than UF
- Legal work or consulting for any individual or entity
- Amicus briefs written for another individual or entity
- Service on for-profit or non-profit boards of directors
- Participation in business entities related to law or legal regulation (including forming such entities)

Please note that you also MUST disclose other financial interests that might create a conflict of interest with UF.  This includes *financial interests in entities that may do business with UF, even if those entities are not related to law*.

Later today, Jason Nance will distribute additional information about the UFOLIO system, including the need for you to **log in to UFOLIO by February 24** to determine whether you need to disclose any current outside activities or interests.

Thank you for your patience with each of these disclosure obligations.  If you have additional questions or concerns, I am happy to meet one-on-one or to schedule a brown bag discussion.

Thank you again,

Laura


Laura Ann Rosenbury
Dean and Levin, Mabie & Levin Professor of Law
University of Florida
Fredric G. Levin College of Law
352-273-0603



P.S.  As a reminder, the UF Law Fund or Travel Request Form may be found at www.law.ufl.edu/fundrequest or by visiting the links on the Intranet or Main Webpage as follows:

Main UF Law Homepage: www.law.ufl.edu



UF Law Intranet (while on campus)

4