# Exhibit 5

| | |
|---|---|
| **From:** | please-do-not-reply@ufl.edu |
| **Sent:** | Sunday, July 12, 2020 8:23 PM |
| **To:** | Reid,Teresa Jean |
| **Subject:** | DOI00004553 UFOLIO Level 2 Review Complete - Approved |
| | |
| **Follow Up Flag:** | FollowUp |
| **Flag Status:** | Flagged |



**This is an automated notification. Please do not reply to this email.**

**UFOLIO Review Complete - Approved**

| | |
|---|---|
| **Disclosure:** | DOI00004553 |
| **Discloser:** | Teresa Reid |
| **Department:** | LW-ASSOC DEAN-ACADEMIC |
| **Entity:** | Amicus Brief Jones v. DeSantis, |
| **Disclosure Type:** | Legal Consulting |

Gary Wimsett has approved the above referenced disclosure.

Please review the comments below (if any).

Comments: Future Updates: Should any of the circumstances set forth in this disclosure materially change, please update and re-submit it for additional review.

Approved for One Year: Disclosures are approved for one year, assuming there are no significant changes during that time. You must return to UFOLIO throughout the year to update your disclosure to ensure your disclosure portfolio is always an accurate reflection of your ongoing outside activities and interests.

UF Information & Resources: You may not use proprietary or confidential information belonging to UF, nor make more than incidental use of UF facilities, equipment, supplies or other resources while engaged in this outside relationship unless otherwise disclosed and approved to do so.

UF Students & Employees: You are not permitted to involve UF students or employees in this outside relationship unless otherwise disclosed and approved to do so.

Personal Capacity: You must participate in this outside relationship in your individual capacity only. You are not permitted to use any UF marks, logos or other identifiers in your outside activity/interest, and you shall not otherwise imply or suggest any official affiliation with UF.

Any material changes to this disclosure should be updated within 10 days in the UFOLIO system.

**Please note that this disclosure will expire 365 days from today's date. You must submit a new disclosure at that time or when you have a new interest to disclose.**

---

*NOTE: This communication may contain information that is legally protected from unauthorized disclosure.  If you are not the intended recipient, please note that any dissemination, distribution, or copying of this communication is strictly prohibited.  If you have received this message in error, you should notify the sender immediately by telephone or by return email and delete this message from your computer.*