# Exhibit 6

Date: Tuesday, July 14, 2020 4:45:09 PM                          **Print**   **Close**

View: SF: What to disclose

**Name:** Kenneth Nunn 2020 - Pillsbury Winthrop Shaw Pittman LLP
**Disclosure Type:** Legal Consulting
**Status:** Review Complete

University of Florida faculty and staff are required to disclose certain outside activities and financial interests. Activities to be disclosed for review and prior approval include paid or unpaid professional activities (e.g., a consulting relationship with a private company) that you are not doing as part of your UF role and/or job description. Financial interests in entities doing business with UF (buying goods or services, selling goods or services, sponsoring your research, licensing your technology) or competing with UF (research or teaching, for example) must be disclosed. Disclosure of these kinds of activities and/or interests provides the opportunity for discussion and review by appropriate UF officials and the management or elimination of potential conflicts of interest. UF has created a list of examples to provide further clarification.

Please answer the following questions to determine whether you have an activity and/or interest to disclose:

1. ***** **Do you or your spouse, child or relative have a management position (e.g., officer, director, partner, proprietor), or a material financial interest (more than 5% ownership interest) in an outside entity that enters into agreements or contracts with UF (e.g., service agreements, leases, sales agreements) or does business with UF in any capacity?**
    Yes
    **No**

2. ***** **Do you or your spouse or dependent child have a financial interest of $5,000 or more in a publicly traded entity where the financial interest reasonably appears to be related to your institutional responsibilities? â€œFinancial interestâ€ consists of the aggregate value of any remuneration received from the entity and any equity/ownership interest (including stock, stock option, or other ownership interest) in the entity as of the date of disclosure. [Note: Remuneration includes any payment or compensation for services received from the entity in the twelve months preceding the disclosure. Do not include income or any equity/ownership interest from independently managed investment vehicles like mutual funds or retirement accounts.]**
   ○ Yes

- ● No

3. **\* Do you or your spouse or dependent child receive remuneration of $5,000 or more from or have ANY equity/ownership interest (including stock, stock option, or other ownership interest) in a non-publicly traded entity where the financial interest reasonably appears to be related to your institutional responsibilities? [Note: Remuneration includes any income or payment for services received from the entity in the twelve months preceding the disclosure.]**

   - ○ Yes
   - ● No

4. **\* Are you a candidate for public office or do you hold public office?**

   - ○ Yes
   - ● No

5. **\* Do you have or are you seeking approval to hold a teaching appointment with any entity other than UF?**

   - ○ Yes
   - ● No

6. **\* Do you conduct or are you seeking approval to conduct any research at, or receive any research funding from or through, any entity other than UF? [Note: Research conducted at outside entities as part of a UF sponsored project or research funding received by UF does not need to be disclosed.]**

   - ○ Yes
   - ● No

7. **\* Do you require or are you seeking approval to require students to purchase works used in your classroom you or your spouse created, authored or co-authored (e.g., textbook(s), computer software, electronic or digital media) and for which you or your spouse will receive, or anticipate receiving payment, loan, subscription, advance, deposit of money, service, or anything of value?**

   - ○ Yes
   - ● No

8. **\* Do you receive royalties, licensing fees or any income of $5,000 or more from intellectual property rights and interests (e.g., patents, copyrights) related to your UF expertise from any entity other than UF?**

   ○ Yes
   ● **No**

9. **\* Do you serve or are you seeking approval to serve as an expert witness or engage in consulting in a legal matter such as a lawsuit or a potential lawsuit?**

   ● **Yes**
   ○ No

10. **\* Do you provide or are you seeking approval to provide paid or unpaid professional services related to your UF expertise to an outside entity?**

    ○ Yes
    ● **No**

11. **\* Do you have a paid or unpaid senior management, administrative, or leadership role related to your UF expertise with an outside entity where you make executive business or financial decisions on behalf of the outside entity?**

    ○ Yes
    ● **No**

View: SF: Disclosure Entity Information

**Name:** Kenneth Nunn 2020 - Pillsbury Winthrop Shaw Pittman LLP
**Disclosure Type:** Legal Consulting
**Status:** Review Complete

# Disclosure for Kenneth Nunn: Entity Information

1. **External entity:**
   Pillsbury Winthrop Shaw Pittman LLP
   **or**

**If you are unable to find the entity, please enter as text below:**

2. **Entity EIN Tax Number (optional):**

3. **Entity Website URL (optional):**

4. \* **What type of outside activity and/or financial interest do you have or will you have with the outside entity?**
   Legal Consulting

View: SF: Disclosure Legal Consulting

# Disclosure for Kenneth Nunn: Legal Consulting

1. \* **Does this legal consulting/expert witness engagement relate to medical malpractice or any healthcare-related matter?**
   ○ Yes
   ● No

2. \* **Will you be hired by the Plaintiff or Defendant?**
   Plaintiff

**I affirm that the attorney with whom I will be working understands that my engagement in this activity is in my capacity as a private citizen and not as an employee of the University of Florida.**


3. **Enter Plaintiff(s) name:**
   Kelvin Leon Jones, et al.

4. **Enter Plaintiff law firm/attorney name:**
   Pillsbury Winthrop Shaw Pittman LLP

5. **Enter Defendant(s) name:**
   Ron DeSantis, et al.

6. **Enter Defendant law firm/attorney name:**
   Attorney General of Florida

7. **Start date:**
   7/13/2020

8. **End date:**
   8/1/2020

9. **City/State where the alleged issue occurred or relates to:**
   Tallahassee, Florida

10. **Estimated annual compensation:**
    $0–$4,999

11. **\* Will UF equipment, facilities, services, resources be used (on a more than incidental basis), or will staff and/or students be involved in this activity or financial interest?**
    ○ Yes
    ● No

12. **\* Please explain whether you think this activity/case could in any way place you in a position that is adverse to the interests of the University of Florida. Also, include any additional information that helps clarify this disclosure:**

It will not put me in a position adverse to the interests of the University of Florida. I simply wish to sign on to an amicus brief, as one of more than 100 professors of law, to express an opinion about the proper interpretation of the law in regards to not infringing on the voting rights of ex-felons as provided by citizen initiative in the State of Florida. I understand that I may not participate in my capacity as an employee of the University of Florida or on behalf of the Levin College of Law or the University of Florida. I will ensure that the amicus brief clearly indicates that any law school or university affiliation is included for identification purposes only.

13. **Related Documents:**

| Name | Description |
|---|---|
| There are no items to display | |

View: SF: Time Commitment

# Disclosure for Kenneth Nunn:  Legal Consulting

## Time Commitment

1. **\* Approximately how long do you expect this activity or relationship to last in total?**

   3 to 6 weeks

2. **\* Estimated start date:**

   7/13/2020

3. **Estimated end date:**

   7/31/2020

4. 

   **\*Approximately how many hours per week do you expect to spend on this activity?**

   1

5. **Explain any additional information to clarify the dates or time**

**commitment involved:**

I have to sign a letter of interest. Then I will be a member of the amicus class and will remain so for the pendency of the case.

View: SF: Certification

# Disclosure for Kenneth Nunn: Certification

My initials on this completed electronic disclosure affirm and certify an understanding of and compliance with UF's policies on conflicts of interest, outside activities, and financial interests as well as the completeness and accuracy of my responses in this disclosure.

**I will keep my disclosures up-to-date and accurate, and I confirm I understand and agree with the above statements. Enter initials here:**  KN

*After certification, you will be brought to your disclosure workspace. To route your disclosure for review, select the "Submit Disclosure" activity on the left navigation. Your disclosure is not complete until the "Submit Disclosure" activity is executed, and your disclosure changes from the "Pre-Submission".*