# Exhibit 7

**From:** please-do-not-reply@ufl.edu <please-do-not-reply@ufl.edu>
**Date:** Tuesday, July 14, 2020 at 4:45 PM
**To:** Nunn, Kenneth B. <nunn@law.ufl.edu>
**Subject:** DOI00004586 UFOLIO Level 2 Review Complete - Approved



**This is an automated notification. Please do not reply to this email.**

 UFOLIO Review Complete - Approved

**Disclosure:**             DOI00004586

1

| | |
|---|---|
| **Discloser:** | Kenneth Nunn |
| **Department:** | LW-ASSOC DEAN-ACADEMIC |
| **Entity:** | Pillsbury Winthrop Shaw Pittman LLP |
| **Disclosure Type:** | Legal Consulting |

Brian Power has approved the above referenced disclosure.

Please review the comments below (if any).

Comments:

Any material changes to this disclosure should be updated within 10 days in the UFOLIO system.

**Please note that this disclosure will expire 365 days from today's date. You must submit a new disclosure at that time or when you have a new interest to disclose.**

---

*NOTE: This communication may contain information that is legally protected from unauthorized disclosure.  If you are not the intended recipient, please note that any dissemination, distribution, or copying of this communication is strictly prohibited.  If you have received this message in error, you should notify the sender immediately by telephone or by return email and delete this message from your computer.*