# Exhibit 9



Date: Wednesday, November 17, 2021 10:19:25 PM          Print    Close

**DOI00013593**                                         View: SF: Disclosure Legal Consulting

**ID:** DOI00013593
**Name:** Daniel Smith 2021 - Demos & Perkins Coie
**Disclosure Type:** Legal Consulting
**Status:** Review Complete
**Department:** 16380000 LS-POLITICAL SCIENCE
**Disclosure Submitted Date/Time:** Jun 04, 2021 7:20pm
**Level 1 Review:** Approved on Nov 05, 2021 7:43pm
**Level 2 Review:** Approved on Nov 05, 2021 8:01pm

# Disclosure for Daniel Smith: Legal Consulting

1. **\* Does this legal consulting/expert witness engagement relate to medical malpractice or any healthcare-related matter?**
   ○ Yes
   ● No

   **\* Does this legal consulting/expert witness engagement relate to a civil, criminal or administrative proceeding? Indicate any that apply.**
   There are no items to display

2. **\* Will you be hired by the Government, Plaintiff, or Defendant? Indicate any that apply.**
   There are no items to display

3. **Enter Plaintiff(s) name:**

   Dream Defenders / Kirk Nielsen / Linda Lewis

4. **Enter Plaintiff law firm/attorney name:**

   Demos & Perkins Coie

5. **Enter Defendant(s) name:**

   Ron DeSantis / Ron DeSantis / Ruth Hughes

6. **Enter Defendant law firm/attorney name:**

7. **City/State where the alleged issue occurred or relates to:**

   Gainesville

8. \* **Is the estimated annual compensation $5,000 or more?**
   - ○ Yes
   - ○ No

9. * **Will UF equipment, facilities, services, resources be used (on a more than incidental basis), or will staff and/or students be involved in this activity or financial interest?**

   ○ Yes
   ● No

10. * **Are you participating in UF research that would affect the disclosed entity (e.g. the entity: sponsors the research, makes a drug or device being evaluated in the study, options or licenses related technology or is otherwise related to the study)?**

    ○ Yes
    ● No

11. * **Please explain whether you think this activity/case could in any way place you in a position that is adverse to the interests of the University of Florida.**

    No.

    I was asked by Perkins Coie & Demos counsel to shift my expert work from Perkins Coie to Demos in a consolidated lawsuit in Florida; in Texas, I've been retained by Perkins Coie

    Both of these cases, in FL and in TX, pertain to expanding the opportunities for voters to cast vote-by-mail ballots in light of health concerns resulting from COVID-19.

    I have been retained for this litigation as a direct result of my scholarship on this topic. Below are some recent & relevant articles on the topic:

    Enrijeta Shino, Michael Martinez, Michael P. McDonald, and Daniel A. Smith. "Verifying

Voter Registration Records." American Politics Review.

Enrijeta Shino and Daniel A. Smith, "Mobilizing the Youth Vote? Early Voting on College Campuses." Election Law Journal.

David Cottrell, Michael C. Herron, and Daniel A. Smith. "Voting Lines, Equal Treatment, and Early Voting Check-in Times in Florida," State Politics and Policy Quarterly.

Thessalia Merivaki and Daniel A. Smith. 2019. "A Failsafe for Voters? Cast and Rejected Provisional Ballots in North Carolina," Political Research Quarterly.

Seth C. McKee, Daniel A. Smith, and M.V. (Trey) Hood. 2018. "The Comeback Kid: Donald Trump on Election Day in 2016." PS: Political Science

Hannah L. Walker, Michael C. Herron, and Daniel A. Smith. 2019. "North Carolina voter turnout and early voting hours in the 2016 General Election." Political Behavior

Daniel Biggers and Daniel A. Smith. 2019. "Does Threatening their Franchise Make Registered Voters More Likely to Participate? Evidence from an Aborted Voter Purge." British Journal of Political Science.

David Cottrell, Michael C. Herron, Javier M. Rodriguez, and Daniel A. Smith. 2019. "Mortality, Incarceration, and African-American Disenfranchisement in the Contemporary United States," American Politics Research

Daniel A. Smith, Seth C. McKee, and M.V. (Trey) Hood, III. 2018. "Election Daze: Voting Modes and Voter Preferences in the 2016 Presidential Election," Florida Political Chronicle

Enrijeta Shino and Daniel A. Smith. 2018. "Timing the Habit: Voter Registration and Turnout in the American States." Electoral Studies

William D. Hicks, Carl E. Klarner, Seth C. McKee, and Daniel A. Smith. 2018. "Revisiting Majority-Minority Districts and Black Representation," Political Research Quarterly

Brian Amos, Daniel A. Smith, and Casey Ste. Claire. 2017. "Reprecincting and Voting Behavior," Political Behavior

William D. Hicks, Seth C. McKee, and Daniel A. Smith. 2016. "A Bipartisan Election Reform? Explaining Support for Online Voter Registration in the American States," American Politics Research

Michael C. Herron and Daniel A. Smith. 2016. "Race, Shelby County, and the Voter

Information Verification Act in North Carolina," Florida State University Law Review

William D. Hicks, Seth C. McKee, and Daniel A. Smith. 2016. "The Determinants of State Legislator Support for Restrictive Voter ID Laws," State Politics & Policy Quarterly

Michael C. Herron and Daniel A. Smith. 2016. "Precinct Resources and Voter Wait Times," Electoral Studies

Thessalia Merivaki and Daniel A. Smith. 2016. "Casting and Verifying Provisional Ballots in Florida," Social Science Quarterly

Michael C. Herron and Daniel A. Smith. 2015. "Precinct Closing Times in Florida during the 2012 General Election," Election Law Journal

William D. Hicks, Seth C. McKee, Mitchell Sellers, and Daniel A. Smith. 2015. "A Principle or a Strategy? Voter Identification Laws and Partisan Competition in the American States," Political Research Quarterly

Michael C. Herron and Daniel A. Smith. 2014. "Race, Party, and the Consequences of Restricting Early Voting in Florida in the 2012 General Election," Political Research Quarterly

Michael C. Herron and Daniel A. Smith. 2013. "House Bill 1355 and Voter Registration in Florida," State Politics and Policy Quarterly, 13: 279-305.

Michael C. Herron and Daniel A. Smith. 2012. "Souls to the Polls: Early Voting in Florida in the Shadow of House Bill 1355," Election Law Journal 11: 331-47. [Winner of the 2013 APSA State Politics and Policy Section's Best Paper Award]

12. **\* Please upload an agreement with the entity to authenticate your responses to the questions in this section. If you do not have a formal agreement, please upload any email, correspondence, or document that serves the same purpose.**

| Name | Description |
|------|-------------|
| There are no items to display | |

13. **Additional relevant information, if any, that would help clarify this disclosure:**

No.

I was asked by Perkins Coie & Demos counsel to shift my expert work from Perkins Coie to Demos in a consolidated lawsuit in Florida; in Texas, I've been retained by Perkins Coie

Both of these cases, in FL and in TX, pertain to expanding the opportunities for voters to cast vote-by-mail ballots in light of health concerns resulting from COVID-19.

I have been retained for this litigation as a direct result of my scholarship on this topic. Below are some recent & relevant articles on the topic:

Enrijeta Shino, Michael Martinez, Michael P. McDonald, and Daniel A. Smith. "Verifying Voter Registration Records." American Politics Review.
Enrijeta Shino and Daniel A. Smith, "Mobilizing the Youth Vote? Early Voting on College Campuses." Election Law Journal.
David Cottrell, Michael C. Herron, and Daniel A. Smith. "Voting Lines, Equal Treatment, and Early Voting Check-in Times in Florida," State Politics and Policy Quarterly.
Thessalia Merivaki and Daniel A. Smith. 2019. "A Failsafe for Voters? Cast and Rejected Provisional Ballots in North Carolina," Political Research Quarterly.
Seth C. McKee, Daniel A. Smith, and M.V. (Trey) Hood. 2018. "The Comeback Kid: Donald Trump on Election Day in 2016." PS: Political Science
Hannah L. Walker, Michael C. Herron, and Daniel A. Smith. 2019. "North Carolina voter turnout and early voting hours in the 2016 General Election." Political Behavior
Daniel Biggers and Daniel A. Smith. 2019. "Does Threatening their Franchise Make Registered Voters More Likely to Participate? Evidence from an Aborted Voter Purge." British Journal of Political Science.
David Cottrell, Michael C. Herron, Javier M. Rodriguez, and Daniel A. Smith. 2019. "Mortality, Incarceration, and African-American Disenfranchisement in the Contemporary United States," American Politics Research

Daniel A. Smith, Seth C. McKee, and M.V. (Trey) Hood, III. 2018. "Election Daze: Voting Modes and Voter Preferences in the 2016 Presidential Election," Florida Political Chronicle

Enrijeta Shino and Daniel A. Smith. 2018. "Timing the Habit: Voter Registration and Turnout in the American States." Electoral Studies

William D. Hicks, Carl E. Klarner, Seth C. McKee, and Daniel A. Smith. 2018. "Revisiting Majority-Minority Districts and Black Representation," Political Research Quarterly

Brian Amos, Daniel A. Smith, and Casey Ste. Claire. 2017. "Reprecincting and Voting Behavior," Political Behavior

William D. Hicks, Seth C. McKee, and Daniel A. Smith. 2016. "A Bipartisan Election Reform? Explaining Support for Online Voter Registration in the American States," American Politics Research

Michael C. Herron and Daniel A. Smith. 2016. "Race, Shelby County, and the Voter Information Verification Act in North Carolina," Florida State University Law Review

William D. Hicks, Seth C. McKee, and Daniel A. Smith. 2016. "The Determinants of State Legislator Support for Restrictive Voter ID Laws," State Politics & Policy Quarterly

Michael C. Herron and Daniel A. Smith. 2016. "Precinct Resources and Voter Wait Times," Electoral Studies

Thessalia Merivaki and Daniel A. Smith. 2016. "Casting and Verifying Provisional Ballots in Florida," Social Science Quarterly

Michael C. Herron and Daniel A. Smith. 2015. "Precinct Closing Times in Florida during the 2012 General Election," Election Law Journal

William D. Hicks, Seth C. McKee, Mitchell Sellers, and Daniel A. Smith. 2015. "A Principle or a Strategy? Voter Identification Laws and Partisan Competition in the American States," Political Research Quarterly

Michael C. Herron and Daniel A. Smith. 2014. "Race, Party, and the Consequences of Restricting Early Voting in Florida in the 2012 General Election," Political Research Quarterly

Michael C. Herron and Daniel A. Smith. 2013. "House Bill 1355 and Voter Registration in Florida," State Politics and Policy Quarterly, 13: 279-305.

Michael C. Herron and Daniel A. Smith. 2012. "Souls to the Polls: Early Voting in Florida in the Shadow of House Bill 1355," Election Law Journal 11: 331-47. [Winner of the 2013 APSA State Politics and Policy Section's Best Paper Award]

**14.** **Attach any additional supporting documentation, if applicable (descriptive emails, letters, etc.):**

| Name | Description |
| --- | --- |
| There are no items to display | |

| DOI00013593 | View: SF: Time Commitment |
|---|---|

# Disclosure for Daniel Smith:  Legal Consulting

## Time Commitment

1. **\* Approximately how long do you expect this activity or relationship to last in total?**

   More than 6 weeks

2. **\* Estimated start date:**

   7/1/2021

3. **Estimated end date:**

   **I am not sure of the end date:** ☑

   **\* Please explain how long you expect the activity to last:**

   I have no idea.

4. **\*Approximately how many hours per week do you expect to spend on this activity?(Numerical values only, please)**

   2

5. **Explain any additional information to clarify the dates or time commitment involved:**

**DOI00013593**  View: SF: Certification

# Disclosure for Daniel Smith: Certification

My initials on this completed electronic disclosure affirm and certify an understanding of and compliance with UF's policies on conflicts of interest, outside activities, and financial interests as well as the completeness and accuracy of my responses in this disclosure.

**I will keep my disclosures up-to-date and accurate, and I confirm I understand and agree with the above statements. Enter initials here:** * das