# Exhibit 11

| | |
|---|---|
| **From:** | please-do-not-reply@ufl.edu |
| **Sent:** | Thursday, August 12, 2021 4:15 PM |
| **To:** | Hudak, Mark; Goldhagen, Jeffrey |
| **Subject:** | DOI00017218 UFOLIO Disapproved |



**This is an automated notification. Please do not reply to this email.**

**UFOLIO Disclosure Disapproved**

| | |
|---|---|
| **Disclosure:** | DOI00017218 |
| **Discloser:** | Jeffrey Goldhagen |
| **Department:** | JX-PEDIATRICS-JACKSONVILLE |
| **Entity:** | Gallagher & Associates Law Firm, P.A |
| **Disclosure Type:** | Legal Consulting |

Gary Wimsett reviewed the above referenced disclosure and **disapproved** this request.

**Comments:** Dr. Goldhagen,

I am not able to approve this activity.

Outside activities that may pose a conflict of interest to the executive branch of the State of Florida create a conflict for the University of Florida.

Thank you,
Gary Wimsett
Assistant VP, Conflicts of Interest
Office of the Provost


Gary Wimsett
Assistant Vice President, Conflicts of Interest

Click here  to access the disclosure.

1

*NOTE: This communication may contain information that is legally protected from unauthorized disclosure. If you are not the intended recipient, please note that any dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this message in error, you should notify the sender immediately by telephone or by return email and delete this message from your computer.*