# Exhibit 12



Date: Wednesday, November 17, 2021 10:15:56 PM

Print  Close

**DOI00019899**

View: SF: Disclosure Type

**ID:** DOI00019899
**Name:** Daniel Smith 2021 - Demos
**Disclosure Type:** Legal Consulting
**Status:** Review Complete
**Department:** 16380000 LS-POLITICAL SCIENCE
**Disclosure Submitted Date/Time:** Oct 04, 2021 09:06am
**Level 1 Review:** Approved on Nov 05, 2021 12:37pm
**Level 2 Review:** Approved on Nov 05, 2021 12:50pm

# Disclosure for Daniel Smith: Disclosure Type

**\*** Please select the type of outside activity or interest you have to disclose. If you have multiple disclosures to enter, you will disclose one at a time (e.g., consulting for one outside entity and a leadership role with a different outside enity). If none of these activities or interests apply to you, select that option at the bottom of the list.
Legal Consulting

# Disclosure for Daniel Smith: Entity Information

1. **External entity:**

   **or**

   **If entity not listed, enter a single/specific entity name here:**

   Demos

   **\* Is the entity publicly traded?**
   ○ Yes
   ● **No**

   **\* Country:**

   United States

   **Entity-related documents:**

   | Name | Description |
   |---|---|
   | There are no items to display | |

2. **Entity EIN tax number (optional):**

3. **Entity website URL (optional):**

   https://www.demos.org/

# Disclosure for Daniel Smith: Legal Consulting

1. **\* Does this legal consulting/expert witness engagement relate to medical malpractice or any healthcare-related matter?**
   ○ Yes
   ● No

   **\* Does this legal consulting/expert witness engagement relate to a civil, criminal or administrative proceeding? Indicate any that apply.**

   Civil

2. **\* Will you be hired by the Government, Plaintiff, or Defendant? Indicate any that apply.**

   Plaintiff

   **I affirm that the attorney with whom I will be working understands that my engagement in this activity is in my capacity as a private citizen and not as an employee of the University of Florida.**
   

3. **Enter Plaintiff(s) name:**

   Dream Defenders

4. **Enter Plaintiff law firm/attorney name:**
   Arnold & Porter

5. **Enter Defendant(s) name:**
   Laurel Lee

6. **Enter Defendant law firm/attorney name:**

7. **City/State where the alleged issue occurred or relates to:**
   Florida

8. \* **Is the estimated annual compensation $5,000 or more?**
   ● Yes
   ○ No

   \* **What is the amount of estimated annual compensation?**
   $10,000.00

9. \* **Will UF equipment, facilities, services, resources be used (on a more than incidental basis), or will staff and/or students be involved in this activity or financial interest?**
   ○ Yes
   ● **No**

10. **\* Are you participating in UF research that would affect the disclosed entity (e.g. the entity: sponsors the research, makes a drug or device being evaluated in the study, options or licenses related technology or is otherwise related to the study)?**

    ○ Yes
    ● **No**

11. **\* Please explain whether you think this activity/case could in any way place you in a position that is adverse to the interests of the University of Florida.**

    No. Voting rights case.

12. **\* Please upload an agreement with the entity to authenticate your responses to the questions in this section. If you do not have a formal agreement, please upload any email, correspondence, or document that serves the same purpose.**

    | Name | Description |
    |---|---|
    | 📄 Consulting(0.01) | |

13. **Additional relevant information, if any, that would help clarify this disclosure:**

14. **Attach any additional supporting documentation, if applicable (descriptive emails, letters, etc.):**

    | Name | Description |
    |---|---|
    | There are no items to display | |

**DOI00019899**                                        View: SF: Time Commitment

# Disclosure for Daniel Smith:  Legal Consulting

## Time Commitment

1. **\* Approximately how long do you expect this activity or relationship to last in total?**
   More than 6 weeks

2. **\* Estimated start date:**
   10/4/2021

3. **Estimated end date:**

   **I am not sure of the end date:** ☑

   **\* Please explain how long you expect the activity to last:**
   Until the conclusion of the lawsuit.

4. **\*Approximately how many hours per week do you expect to spend on this activity?(Numerical values only, please)**
   2

5. **Explain any additional information to clarify the dates or time commitment involved:**

**DOI00019899**  View: SF: Certification

# Disclosure for Daniel Smith: Certification

My initials on this completed electronic disclosure affirm and certify an understanding of and compliance with UF's policies on conflicts of interest, outside activities, and financial interests as well as the completeness and accuracy of my responses in this disclosure.

**I will keep my disclosures up-to-date and accurate, and I confirm I understand and agree with the above statements. Enter initials here:** * das