# Exhibit 13



**ID:** DOI00019899
**Name:** Daniel Smith 2021 - Demos
**Department:** LS-POLITICAL SCIENCE
**Disclosure Status:** Your disclosure was disapproved on 10/11/2021.



### General Information

1. **Please select the type of outside activity or interest you have to disclose:**
   9. Expert Witness/Legal Consulting: An employee must report if the employee serves or seeks approval t consulting in the area of their Institutional Expertise or Inside Activities in a legal matter like a lawsuit or a

2. **Entity Name:**
   Demos

3. **EIN Tax Number (optional):**

4. **Website URL (optional):**
   https://www.demos.org/

### Entity Information

1. **Is the entity publicly traded?**
   No

2. **Country:**
   United States

3. **Attachments:**
   There are no items to display

### Legal Consulting

1. **Does this legal consulting/expert witness engagement relate to medical malpractice or any health** 
   No

   **Does this legal consulting/expert witness engagement relate to a civil, criminal or administrative p**
   View   Civil

2. **Will you be hired by the Government, Plaintiff, or Defendant? Indicate any that apply.**
   Plaintiff

I affirm that the attorney with whom I will be working understands that my engagement in this acti
an employee of the University of Florida.
Yes

3. **Enter Plaintiff(s) name:**
Dream Defenders

4. **Enter Plaintiff law firm/attorney name:**
Arnold & Porter

5. **Enter Defendant(s) name:**
Laurel Lee

6. **Enter Defendant law firm/attorney name:**

7. **City/State where the alleged issue occurred or relates to:**
Florida

8. **Is the estimated annual compensation $5,000 or more?**
Yes

   **What is the amount of estimated annual compensation?**
   $10,000.00

9. **Will UF equipment, facilities, services, resources be used (on a more than incidental basis), or wil financial interest?**
No

10. **Are you participating in UF research that would affect the disclosed entity (e.g. the entity: sponso evaluated in the study, options or licenses related technology or is otherwise related to the study)**
No

11. **Please explain whether you think this activity/case could in any way place you in a position that is Florida.**
No. Voting rights case.

12. **Please upload an agreement with the entity to authenticate your responses to the questions in thi: please upload any email, correspondence, or document that serves the same purpose.**
    📄 Consulting(0.01)

13. **Additional relevant information, if any, that would help clarify this disclosure:**

14. **Attach any additional supporting documentation, if applicable (descriptive emails, letters, etc.):**
    There are no items to display

## Time Commitment

1. **Approximately how long do you expect this activity or relationship to last in total?**
More than 6 weeks

2. **Estimated start date:**
   10/4/2021

3. **Estimated end date:**

   **I am not sure of the end date:**
   Yes

   **Please explain how long you expect the activity to last:**
   Until the conclusion of the lawsuit.

4. **Approximately how many hours per week do you expect to spend on this activity?**
   2

5. **Explain any additional information to clarify the dates or time commitment involved:**