# Exhibit 15

# Smith,Daniel A

| | |
|---|---|
| **From:** | please-do-not-reply@ufl.edu |
| **Sent:** | Friday, October 15, 2021 10:51 AM |
| **To:** | Smith,Daniel A; AUSTIN,SHARON D |
| **Subject:** | DOI00020370 UFOLIO Disapproved |



**This is an automated notification. Please do not reply to this email.**

**UFOLIO Disclosure Disapproved**

| | |
|---|---|
| **Disclosure:** | DOI00020370 |
| **Discloser:** | Sharon Austin |
| **Department:** | LS-POLITICAL SCIENCE |
| **Entity:** | Advancement Project |
| **Disclosure Type:** | Legal Consulting |

Gary Wimsett reviewed the above referenced disclosure and **disapproved** this request.

**Comments:** Reasons:

Impermissible Conflict of Interest

UF will deny its employees' requests to engage in outside activities when it determines the activities are adverse to its interests. As UF is a state actor, litigation against the state is adverse to UF's interests.

Gary Wimsett
Assistant Vice President, Conflicts of Interest

Click here  to access the disclosure.

---

NOTE: This communication may contain information that is legally protected from unauthorized disclosure.  If you are not the intended recipient, please note that any dissemination, distribution, or copying of this communication is strictly prohibited.  If you have received this message in error, you should notify the sender immediately by telephone or by return email and delete this message from your computer.