# Exhibit 16

# Statements By Year

Pages

# Statements Issued By

Pages

## UNIVERSITY STATEMENT ON ACADEMIC FREEDOM AND FREE SPEECH

*University of Florida*

October 30, 2021

Recent news reports have indicated the University of Florida denied requests of some faculty members to participate in a lawsuit over the state of Florida's new election laws.

The University of Florida has a long track record of supporting free speech and our faculty's academic freedom, and we will continue to do so. It is important to note that the university did not deny the First Amendment rights or academic freedom of professors Dan Smith, Michael McDonald and Sharon Austin. Rather, the university denied requests of these full-time employees to undertake outside paid work that is adverse to the university's interests as a state of Florida institution.

   

University of Florida
Gainesville, FL 32611
UF Operator: (352) 392-3261
Website text-only version

## RESOURCES

## CAMPUS

## WEBSITE