# Exhibit 18

**From:** "Fuller,Ryan R" <ryanf@ufl.edu>
**Date:** November 1, 2021 at 6:01:23 PM EDT
**To:** "O'Neil, David A." <daoneil@debevoise.com>
**Cc:** "Hass,Amy Meyers" <amhass@ufl.edu>, Paul Donnelly <paul@donnellygross.com>
**Subject: RE: Immediate Attention – Professors Daniel Smith, Michael McDonald, and Sharon Austin**

Messrs. O'Neil and Donnelly,

Please accept this as the Office of General Counsel's response to your November 1, 2021 letter to President Fuchs.

In their outside activities disclosures, Professors Daniel Smith, Sharon Austin, and Michael McDonald asked the University for express permission to engage in compensated outside work that involved activities that are adverse to the State of Florida. This request, and the University's decision related to this request, is not about academic freedom. The Professors continue to be absolutely free to engage in scholarly works and teaching. The University's decision is also not about First Amendment rights. The Professors remain free to speak as citizens in the same manner as anyone else. As such, the Professors maintain the ability to engage in the activities identified in their disclosures if done on their personal time, in their personal capacity, without the use of any University resources and without compensation.

Instead, the Professors have requested the ability to have a second income stream beyond their service to the University. The denial of this request was made pursuant to the University's policy related to outside activities; a policy that was negotiated with the faculty union that represents the Professors and ratified by the faculty in the union. University full-time faculty are paid with taxpayer dollars to work for UF. While the University allows outside activities that don't conflict with that commitment; UF has a responsibility to deny outside activities that do conflict.

**From:** O'Neil, David A. <daoneil@debevoise.com>
**Sent:** Monday, November 1, 2021 1:51 PM
**To:** President, University of Florida (Kent Fuchs) <president@UFL.EDU>
**Cc:** Hass,Amy Meyers <amhass@UFL.EDU>; Fuller,Ryan R <ryanf@ufl.edu>; 'Paul Donnelly' <paul@donnellygross.com>
**Subject:** Immediate Attention – Professors Daniel Smith, Michael McDonald, and Sharon Austin

**[External Email]**
Dear President Fuchs,

Please see the attached urgent correspondence.

Best,

1

David A. O'Neil

**Debevoise & Plimpton**

**Debevoise & Plimpton LLP**
801 Pennsylvania Avenue, NW
Washington, DC  20004
+1 202 383 8000

**DONNELLY + GROSS**

**Donnelly & Gross, PLLC**
2421 NW 41st Street, Suite A-1
Gainesville, FL 32606
352.374.4001

November 1, 2021

BY EMAIL

Dr. W. Kent Fuchs
President, University of Florida
226 Tigert Hall
Gainsville, FL 32611
president@ufl.edu

**RE:  Expert Witness Ban – Professors Daniel Smith, Michael McDonald, and Sharon Austin**

Dear President Fuchs:

We write on behalf of our clients, Professors Daniel Smith, Sharon Austin, and Michael McDonald in connection with the University's unlawful attempt to prevent them from providing truthful testimony on a matter of extraordinary public importance.

The University has stated that it will not permit Professors Smith, Austin, and McDonald to testify in pending litigation concerning Florida Senate Bill 90 on the ground that such testimony would constitute a "conflict."  In particular, on October 11, the University informed Professor Smith as the basis for its refusal that "*[o]utside activities that may pose a conflict of interest to the executive branch of the State of Florida create a conflict for the University of Florida.*"

Two days later, the University stated that Professors Sharon Austin and Michael McDonald may not testify because "*UF will deny its employees' requests to engage in outside activities when it determines the activities are adverse to its interests.  As UF is a state actor, litigation against the state is adverse to UF's interests.*"

Our clients need and are entitled to clarity about the University's official position with respect to their rights.  Please advise immediately if the University's position remains that any expert testimony by the Professors in the pending litigation would constitute a conflict.

If we do not receive a response by 6:00 PM EDT today, we will conclude that the University's position is as represented above.  Thank you in advance for your prompt attention.

Sincerely,

David A. O'Neil
DEBEVOISE & PLIMPTON LLP

Paul Donnelly
DONNELLY & GROSS, PLLC

CC:   Amy Haas, General Counsel
      University of Florida
      amhass@ufl.edu

      Ryan R. Fuller, Deputy General Counsel
      University of Florida
      ryanf@ufl.edu