# Exhibit 19

**From:** Quinn, Mae <mae.quinn@udc.edu>
**Date:** Wednesday, November 3, 2021 at 10:57 AM
**To:** Quinn, Mae <mae.quinn@udc.edu>
**Subject:** FW: Amicus Brief Invitation

**[External Email]**
Dear Colleagues:

We write with an invitation to join an amicus brief to support Terence Andrus. As you may know, Terence Andrus is a youthful offender facing execution in Texas. The United States Supreme Court found that Terence's trial lawyer was woefully inadequate – including by failing to investigate mitigation evidence relating to Terence's adverse childhood experiences and traumas experienced at the hands of the Texas Youth Commission (TYC).

1

Terence was confined at TYC before the press and others surfaced sexual abuse and other scandals there, which led to the agency being placed in receivership and other reforms.  Amongst other things, while Terence was at TYC his mental health emergencies were treated as misbehaviors, exacerbated by long-term placement in solitary confinement, and served as part of the basis for his ultimate transfer to adult prison – further traumatizing a young person with unmet mental health and other challenges.

Last year SCOTUS remanded Terence's case to the Texas Court of Criminal Appeals to determine whether his counsel's wholly deficient trial performance – failing to tell jurors about childhood abuses Terence suffered at the hands of juvenile justice officials and other adults who were supposed to protect him – was prejudicial in his case.  Sadly, the TxCCA in a narrow majority opinion not only failed to find prejudice but mischaracterized the evidence in Terence's case.  It also wholly discounted concerns about TYC's conditions and Terence's childhood trauma.

Terence's attorneys filed a new cert petition last month.  Our clinic has written an amicus brief in support, focusing on youth justice concerns.  We continue to edit as invitations are circulated.  However, attached you will find the current draft with some confirmed signatories.

If you would like to support this effort as an organizational amicus (as a law clinic or center) or in your individual capacity as a youth law scholar/advocate, please let us know **by November 8**.  Thank you very much for considering.  And please forgive any cross postings.

Best-
Mae


*Mae C. Quinn*
*Professor of Law & Director*

Youth Justice Clinic
University of the District of Columbia
David A. Clarke School of Law
4340 Connecticut Avenue, NW
Washington, DC 20008
Cell: 314.330.2245
Email: mae.quinn@udc.edu

NOTICE: This communication is confidential and may contain information that is privileged, personal, or attorney work product.  This communication is intended only for the named recipients; it is not intended for public dissemination.  If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents.  Thank you.