# Exhibit 20

**UFOLIO** Need Help? Contact us: Ufolio-Help@ufl.edu (352) 294-0953

» | My Inbox | Disclosures

## Review Complete

View Disclosure

Printer Version

Modify or Renew Disclosure

**ID:** DOI00019897
**Name:** Michael McDonald 2021 - Arnold and Porter
**Department:** LS-POLITICAL SCIENCE
**Expiration Date:** 11/5/2022
**Disclosure Status:** Your disclosure was approved on 11/5/2021. If there are no material changes to the disclosu
changes occur during this time, please select "Modify or Renew Disclosure" from the left menu bar to update and



Submitted — Level 1 Review — Level 2 Review — Review

Current Disclosure | History | Comments and Clarifications | Documents | Snapshots

## General Information

1. **Please select the type of outside activity or interest you have to disclose:**
   9. Expert Witness/Legal Consulting: An employee must report if the employee serves or seeks approval t
   consulting in the area of their Institutional Expertise or Inside Activities in a legal matter like a lawsuit or a

2. **Entity Name:**
   Arnold and Porter

3. **EIN Tax Number (optional):**

4. **Website URL (optional):**
   www.arnoldporter.com

## Entity Information

1. **Is the entity publicly traded?**
   No

2. **Country:**
   United States

3. **Attachments:**
   There are no items to display

## Legal Consulting

1. **Does this legal consulting/expert witness engagement relate to medical malpractice or any healthc**
   No

   **Does this legal consulting/expert witness engagement relate to a civil, criminal or administrative p**
   View  Civil

2. **Will you be hired by the Government, Plaintiff, or Defendant? Indicate any that apply.**

Plaintiff

I affirm that the attorney with whom I will be working understands that my engagement in this acti
an employee of the University of Florida.
Yes

3. Enter Plaintiff(s) name:
FLORIDA RISING TOGETHER

4. Enter Plaintiff law firm/attorney name:
Jeremy Karpatkin

5. Enter Defendant(s) name:
LAUREL M. LEE

6. Enter Defendant law firm/attorney name:
Florida

7. City/State where the alleged issue occurred or relates to:
Florida

8. Is the estimated annual compensation $5,000 or more?
Yes

What is the amount of estimated annual compensation?
$10,000.00

9. Will UF equipment, facilities, services, resources be used (on a more than incidental basis), or wil
financial interest?
No

10. Are you participating in UF research that would affect the disclosed entity (e.g. the entity: sponso
evaluated in the study, options or licenses related technology or is otherwise related to the study)
No

11. Please explain whether you think this activity/case could in any way place you in a position that is
Florida.
The defendant is the Florida state government on election-related issues.

12. Please upload an agreement with the entity to authenticate your responses to the questions in thi
please upload any email, correspondence, or document that serves the same purpose.
🗎 Florida_Rising.txt(0.01)

13. Additional relevant information, if any, that would help clarify this disclosure:

14. Attach any additional supporting documentation, if applicable (descriptive emails, letters, etc.):
There are no items to display

## Time Commitment

1. Approximately how long do you expect this activity or relationship to last in total?
More than 6 weeks

**2.** **Estimated start date:**
10/4/2021

**3.** **Estimated end date:**
12/31/2021
**I am not sure of the end date:**
No

**4.**

**Approximately how many hours per week do you expect to spend on this activity?**
2

**5.** **Explain any additional information to clarify the dates or time commitment involved:**