# Exhibit 23

## Smith,Daniel A

| | |
|---|---|
| **From:** | please-do-not-reply@ufl.edu |
| **Sent:** | Friday, November 5, 2021 12:51 PM |
| **To:** | Smith,Daniel A |
| **Subject:** | DOI00019899 UFOLIO Level 2 Review Complete - Approved |

| | |
|---|---|
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |



**This is an automated notification. Please do not reply to this email.**

**UFOLIO Review Complete - Approved**

| | |
|---|---|
| **Disclosure:** | DOI00019899 |
| **Discloser:** | Daniel Smith |
| **Department:** | LS-POLITICAL SCIENCE |
| **Entity:** | Demos |
| **Disclosure Type:** | Legal Consulting |

Gary Wimsett has approved the above referenced disclosure.

Please review the comments below (if any).

**Comments:** The previous institutional decision is reversed per President Fuchs' directive on November 5, 2021.

Gary Wimsett
Assistant Vice President, Conflicts of Interest

Any material changes to this disclosure should be updated within 10 days in the UFOLIO system.

**Please note that this disclosure will expire 365 days from today's date. You must submit a new disclosure at that time or when you have a new interest to disclose.**

*NOTE: This communication may contain information that is legally protected from unauthorized disclosure. If you are not the intended recipient, please note that any dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this message in error, you should notify the sender immediately by telephone or by return email and delete this message from your computer.*