Exhibit 24



**College of Liberal Arts and Sciences**  
Office of the Dean

2014 Turlington Hall  
PO Box 117300  
Gainesville, FL 32611-7300  
352-392-0780

August 12, 2021

Prof. Dan Smith  
Department of Political Science  
234 Anderson Hall  
Campus

Dear Dan:

This letter serves as your AY 2020-2021 annual evaluation, wherein I review some of the accomplishments you reported on your Annual Activities Report for last year in the areas of teaching, research and service, as well as highlights of your leadership activities.

The coronavirus pandemic has been a generation-defining event, and unfortunately its effects will continue into the new academic year. I am pleased to report that the college performance in research, teaching, and service has remained at a very high level despite many constraints on our work. This continuing excellence is a tribute to the resilience, creativity, and perseverance of your faculty members and to your own leadership throughout this most difficult of academic years.

We also realize that some of our faculty colleagues, staff, and students have been deeply affected and will continue to need our care and attention. The COVID-19 health emergency had unforeseen negative impacts on teaching and research during the Fall 2020 and Spring 2021 semester. While the impacts on individual faculty are not uniform, they include, but are not limited to, disruptions to foreign and domestic travel, limitations on human subject research, supply shortages and delays, personal illness, concerns about illness, or illness among colleagues and research assistants.

In Summer, Fall, and Spring you oversaw an internship program with a total of 71 students. In the Spring you taught State Politics. You worked with several honors students, and one who won the best honors thesis award. You worked with many undergraduates as part of the Election Data Science working group and published a paper with one of your students. You were chair of one PhD and one master's committee and a member of two other master's committees. One of your mentees won Best Graduate Paper Award for a project she did in your class.

You had an impressive eight articles published in peer-reviewed journals, and two non-referred publications. You have five additional articles submitted for review and you are working on an additional eight. You had six conference presentations and several newspaper articles and op-eds. This is extremely high output and a testament to your ability to manage both an administrative and a research career. Your work in election science is important both as a scholar and as a contribution to the people of Florida.

In addition to your service as chair, you reviewed articles for eight journals and served on the advisory board for the Graham Center and on a search for a Linguistics chair. Your efforts to make many needed changes in your department are notable. I am impressed by your accomplishments in fundraising and I

anticipate that more development outcomes in the future will provide a stronger resource base for the department.

Looking forward, the college will pursue new goals to support the success of our students, while at the same time defending our core mission.  With your help, we will continue our efforts to diversify our college, and we will have the pleasure of welcoming many new colleagues and students in the year ahead.  Five years ago, we launched a campaign around the phrase "question, discover, connect" to describe the core of what we do.  In the year ahead, connecting will be more important than ever.

Please accept my sincere thanks for your leadership, flexibility, and collaborative spirit over the past year.

Sincerely,

David E. Richardson
Dean