# Exhibit 25

**From:** Nunn, Kenneth B. <nunn@law.ufl.edu>
**Sent:** Monday, July 13, 2020 4:28 PM
**To:** Nunn, Kenneth B. <nunn@law.ufl.edu>
**Subject:** Re: amicus brief

Dear Colleagues.

If you haven't yet filled out your UFOLIO request, you might want to use the following method. Laura said this:

> I have confirmed that the university will approve this activity so long as you participate solely in your individual capacity.  You may not participate in your capacity as an employee of the University of Florida or on behalf of the Levin College of Law or the University of Florida.  Please ensure that the amicus brief clearly indicates that any law school or university affiliation is included for identification purposes only.  12-month employees must also ensure that all work on the amicus brief is done on personal time and no university equipment is used.
>
> Once you submit your UFOLIO request, I will approve it using language similar to that set forth above.

I filled out a disclosure form on UFOLIO for signing onto the amicus brief. I selected "Pillsbury Winthrop Shaw Pittman LLP" as the entity involved. I selected "legal consultant" as the form of the relationship.  For question 12 (Please explain whether you think this activity/case could in any way place you in a position that is adverse to the interests of the University of Florida. Also, include any additional information that helps clarify this disclosure.), I put the following:

> It will not put me in a position adverse to the interests of the University of Florida. I simply wish to sign on to an amicus brief, as one of more than 100 professors of law, to express an opinion about the proper interpretation of the law in regards to not infringing on the voting rights of ex-felons as provided by citizen initiative in the State of Florida. I understand that I may not participate in my capacity as an employee of the University of Florida or on behalf of the Levin College of Law or the University of Florida.  I will ensure that the amicus brief clearly indicates that any law school or university affiliation is included for identification purposes only.

Hope this helps.

Kenneth


--
Kenneth B. Nunn, Esq.
Professor of Law and
University Term Professor (2018-21)
University of Florida
Levin College of Law

1

P.O. Box 117625
Gainesville, FL 32611
352-273-0660 (p)
352-392-3005 (f)


**From:** Mark Fenster <fenster@law.ufl.edu>
**Date:** Thursday, July 9, 2020 at 6:42 PM
**To:** Kenneth Nunn <nunn@law.ufl.edu>
**Subject:** Re: amicus brief

Great, thanks!

> On Jul 9, 2020, at 6:19 PM, Nunn, Kenneth B. <nunn@law.ufl.edu> wrote:
>
> FYI
>
> **From:** Jennifer Zedalis <zedalis@law.ufl.edu>
> **Date:** Thursday, July 9, 2020 at 6:15 PM
> **To:** Kenneth Nunn <nunn@law.ufl.edu>
> **Subject:** Fw: amicus brief
>
> hi Ken, see below.
>
> ---
>
> **From:** Rosenbury,Laura Ann <rosenbury@law.ufl.edu>
> **Sent:** Thursday, July 9, 2020 6:03 PM
> **To:** Zedalis,Jennifer Mary <zedalis@law.ufl.edu>
> **Subject:** Re: amicus brief
>
> I agree that the site is insufficient!  Please just click any of the options regarding litigation (expert witness might be best) and then explain what you are doing in the comments.
>
> Thank you.  I'm working with them to improve the system, and this email will be helpful.
>
> Laura
>
> Laura Ann Rosenbury
> Dean, UF Levin College of Law
>
>
>> On Jul 9, 2020, at 5:31 PM, Zedalis,Jennifer Mary <zedalis@law.ufl.edu> wrote:
>>
>> hello Laura, I saw your message about obtaining permission to sign off on an amicus brief, and I went to the UFOLIO site, but there is no provision in the "list"

2

for signing off on a brief. It is mostly financial stuff. Can you let us know where it is? thanks from jz

3