# Exhibit 26

UFOLIO
Need help? Contact us:
Ufolio-Help@ufl.edu
(352) 294-8262

Date: Tuesday, November 9, 2021 7:39:17 PM                    Print        Close

**DOI00017218**                                          View: SF: Disclosure Type

**ID:** DOI00017218
**Name:** Jeffrey Goldhagen 2021 - Gallagher & Associates Law Firm, P.A
**Disclosure Type:** Legal Consulting
**Status:** Review Complete
**Department:** 30090000 JX-PEDIATRICS-JACKSONVILLE
**Disclosure Submitted Date/Time:** Aug 11, 2021 08:30am
**Level 2 Review:** Approved on Nov 05, 2021 12:53pm

# Disclosure for Jeffrey Goldhagen: Disclosure Type

**\*** Please select the type of outside activity or interest you have to disclose. If you have multiple disclosures to enter, you will disclose one at a time (e.g., consulting for one outside entity and a leadership role with a different outside enity). If none of these activities or interests apply to you, select that option at the bottom of the list.
Legal Consulting

# Disclosure for Jeffrey Goldhagen: Entity Information

1. **External entity:**

   **or**

   **If entity not listed, enter a single/specific entity name here:**
   Gallagher & Associates Law Firm, P.A

   \* **Is the entity publicly traded?**
   ○ Yes
   ● **No**

   \* **Country:**
   United States

   **Entity-related documents:**

   | Name | Description |
   |---|---|
   | There are no items to display | |

2. **Entity EIN tax number (optional):**

3. **Entity website URL (optional):**

# Disclosure for Jeffrey Goldhagen: Legal Consulting

1. **\* Does this legal consulting/expert witness engagement relate to medical malpractice or any healthcare-related matter?**
   - ○ Yes
   - ● No

   **\* Does this legal consulting/expert witness engagement relate to a civil, criminal or administrative proceeding? Indicate any that apply.**

   Civil

2. **\*  Will you be hired by the Government, Plaintiff, or Defendant? Indicate any that apply.**

   Plaintiff

   **I affirm that the attorney with whom I will be working understands that my engagement in this activity is in my capacity as a private citizen and not as an employee of the University of Florida.**
   ☑

3. **Enter Plaintiff(s) name:**

4. **Enter Plaintiff law firm/attorney name:**

5. **Enter Defendant(s) name:**

6. **Enter Defendant law firm/attorney name:**

7. **City/State where the alleged issue occurred or relates to:**

8. ***  Is the estimated annual compensation $5,000 or more?**
   - ○ Yes
   - ● No

9. ***  Will UF equipment, facilities, services, resources be used (on a more than incidental basis), or will staff and/or students be involved in this activity or financial interest?**
   - ○ Yes
   - ● No

10. ***  Are you participating in UF research that would affect the disclosed entity (e.g. the entity: sponsors the research, makes a drug or device being evaluated in the study, options or licenses related technology or is otherwise related to the study)?**
    - ○ Yes
    - ● No

11. ***  Please explain whether you think this activity/case could in any way place you in a position that is adverse to the interests of the University of Florida.**

    This activity is consistent with the mission of the University of Florida and University of Florida College of Medicine:

    The College of Medicine strives to improve health care in Florida, our nation, and the world through excellence and consistently superior leadership in education, clinical care, discovery, and service.

    The University of Florida's mission includes:
    Service reflects the university's obligation to share the benefits of its research and knowledge for the public good.

12. **\* Please upload an agreement with the entity to authenticate your responses to the questions in this section. If you do not have a formal agreement, please upload any email, correspondence, or document that serves the same purpose.**

    | Name | Description |
    |---|---|
    |  080921 (efiled) Plfs' NOH on Emergency MT for Injunctive Relief (8-13-21)(McCarthy-DeSantis).pdf(0.01) | |

13. **Additional relevant information, if any, that would help clarify this disclosure:**

14. **Attach any additional supporting documentation, if applicable (descriptive emails, letters, etc.):**

    | Name | Description |
    |---|---|
    | There are no items to display | |

# Disclosure for Jeffrey Goldhagen:  Legal Consulting

## Time Commitment

1. **\* Approximately how long do you expect this activity or relationship to last in total?**
   2 weeks or less

2. **\* Estimated start date:**
   8/13/2021

3. **Estimated end date:**
   8/13/2021

4. **\* Approximately how many hours in total do you expect to spend on this activity? (Numerical values only, please)**
   5

5. **Explain any additional information to clarify the dates or time commitment involved:**

# Disclosure for Jeffrey Goldhagen: Certification

My initials on this completed electronic disclosure affirm and certify an understanding of and compliance with UF's policies on conflicts of interest, outside activities, and financial interests as well as the completeness and accuracy of my responses in this disclosure.

**I will keep my disclosures up-to-date and accurate, and I confirm I understand and agree with the above statements. Enter initials here:** * jg