# Exhibit 27

**From:** Nunn, Kenneth B. <nunn@law.ufl.edu>
**Sent:** Sunday, November 7, 2021 9:41 AM
**To:** Quinn, Mae <mae.quinn@udc.edu>
**Subject:** Re: Reminder: Terence Andrus Amicus Brief Invitation

Hi Mae,

I hope you are well and are enjoying your time in D.C. I see you are still doing important work. I think the brief is very well done. Normally, I would sign on, but with all the turmoil going on down here with university oversight of our amicus signons, I've decided to wait until there is more clarity. I've attached an article from the Miami Herald, in case you haven't seen it.

Kenneth

https://www.miamiherald.com/news/politics-government/article255487301.html

--
Kenneth B. Nunn

Professor of Law and
Dr. Patricia Hilliard-Nunn Memorial
    Racial Justice Term Professor (2021-22)
University of Florida
Levin College of Law
P.O. Box 117625
Gainesville, FL 32611
352-273-0660 (p)
352-392-3005 (f)

---

**From:** Quinn, Mae <mae.quinn@udc.edu>
**Date:** Saturday, November 6, 2021 at 10:02 AM
**To:** Quinn, Mae <mae.quinn@udc.edu>
**Subject:** Reminder: Terence Andrus Amicus Brief Invitation

**[External Email]**

We write to follow up on our prior invitation to join an amicus brief to support Terence Andrus. The most recent draft is attached (confirmed signatories to date listed in the appendix). We continue to edit and finalize.

If you would like to join this effort as an organizational amicus (e.g., law clinic or center) or in your individual capacity as a youth law scholar/advocate please, let us know by **NOON on Monday, November 8**.

Best-
Mae


*Mae C. Quinn*
*Professor of Law & Director*

Youth Justice Clinic
University of the District of Columbia
David A. Clarke School of Law
4340 Connecticut Avenue, NW
Washington, DC 20008
Cell: 314.330.2245
Email: mae.quinn@udc.edu

*NOTICE: This communication is confidential and may contain information that is privileged, personal, or attorney work product.  This communication is intended only for the named recipients; it is not intended for public dissemination.  If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents.  Thank you.*