# Exhibit 33

# About UF:  Mission and Plans

## Mission Statement

*The University of Florida is a comprehensive learning institution built on a land-grant foundation. We are The Gator Nation, a diverse community dedicated to excellence in education and research and shaping a better future for Florida, the nation and the world.*

*Our mission is to enable our students to lead and influence the next generation and beyond for economic, cultural and societal benefit.*

The university welcomes the full exploration of its intellectual boundaries and supports its faculty and students in the creation of new knowledge and the pursuit of new ideas.

- **Teaching** is a fundamental purpose of this university at both the undergraduate and graduate levels.
- **Research and scholarship** are integral to the educational process and to the expansion of our understanding of the natural world, the intellect and the senses.
- **Service** reflects the university's obligation to share the benefits of its research and knowledge for the public good. The university serves the nation's and the state's critical needs by contributing to a well-qualified and broadly diverse citizenry, leadership and workforce.

The University of Florida must create the broadly diverse environment necessary to foster multi-cultural skills and perspectives in its teaching and research for its students to contribute and succeed in the world of the 21st century.

These three interlocking elements — teaching, research and scholarship, and service — span all the university's academic disciplines and represent the university's commitment to lead and serve the state of Florida, the nation and the world by pursuing and disseminating new knowledge while building upon the experiences of the past. The university aspires to advance by strengthening the human condition and improving the quality of life.

## Strategic Work Plan

universities.

APPLY

VISIT

JOBS

ASK UF



   

University of Florida
Gainesville, FL 32611
UF Operator: (352) 392-3261
Website text-only version

## RESOURCES

## CAMPUS