# Exhibit 36

# Smith,Daniel A

**From:** Smith,Daniel A
**Sent:** Tuesday, October 12, 2021 6:52 PM
**To:** Richardson,David E
**Subject:** RE: disclosure DOI00019899

Hi Dave
I appreciate the update.
Best,
Dan

**From:** Richardson,David E <der@ufl.edu>
**Sent:** Tuesday, October 12, 2021 5:20 PM
**To:** Smith,Daniel A <dasmith@ufl.edu>
**Subject:** disclosure DOI00019899

Dan,

After our conversation yesterday, I consulted with the General Counsel office and the VP, Office of Government and Community Relations, regarding the additional information you provided.

The Level 1 decision on the outside activity (DOI00019899) remains disapproved for the reason cited.

Dave

----------------------------------------
David E. Richardson
Dean
College of Liberal Arts and Sciences
Professor of Chemistry
University of Florida
Turlington Hall 2014
PO Box 117300
Gainesville, FL 32611
Telephone: 352-392-0780
----------------------------------------