IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

SHARON WRIGHT AUSTIN,
et al.

     *Plaintiffs*,

v.                               **Case No.: 1:21cv184-MW/GRJ**

UNIVERSITY OF FLORIDA BOARD
OF TRUSTEES, et al.,

     *Defendants*.

_____/

## ORDER SETTING CONFERENCE SCHEDULE

Plaintiffs have filed their Amended Complaint, ECF No. 19, and Motion for Preliminary Injunction, ECF No. 30.[1] In order to promote the orderly and prompt resolution of this matter,

**IT IS ORDERED:**

1.    The attorneys for both parties must confer prior to the scheduling conference in a good faith effort to reach agreement on the scheduling of a hearing on the request for preliminary injunction and on other procedural and substantive

---

[1] This Court recognizes there is a pending motion to dismiss, ECF No. 23, and as is its custom, this Court will address the arguments raised in the motion to dismiss as part of the preliminary injunction hearing.

issues relating to the motion, including the need for discovery, live testimony and the admissibility of declarations.[2]

      2.     The Clerk shall set this matter for an expedited telephonic scheduling conference on Friday, December 10, 2021, at 12:30 p.m. (ET).

**SO ORDERED on December 6, 2021.**

**s/ MARK E. WALKER**
**Chief United States District Judge**

---

[2] This Court is in the middle of a two-week timed jury trial and is setting this case for an expedited telephonic hearing during its lunch break. Accordingly, the parties must be prepared to discuss only the matters of when they will be prepared for a preliminary injunction hearing, whether they need to conduct any discovery before the hearing, whether they plan to present live testimony, and/or whether they intend to submit only written evidence.