UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

| | |
|---|---|
| SHARON WRIGHT AUSTIN, MICHAEL MCDONALD, DANIEL A. SMITH, JEFFREY GOLDHAGEN, TERESA J. REID, and KENNETH B. NUNN,<br><br>*Plaintiffs*,<br><br>v.<br><br>UNIVERSITY OF FLORIDA BOARD OF TRUSTEES, the public body corporate acting for and on behalf of the University of Florida, W. KENT FUCHS, in his official capacity as President of the University of Florida, JOSEPH GLOVER, in his official capacity as provost of the University of Florida, and LAURA ROSENBURY, in her official capacity as Dean of the Fredric G. Levin College of Law,<br><br>*Defendants*. | Case No.:<br>1:21-cv-00184-MW-GRJ |

### DEFENDANTS' MOTION FOR ADMISSION OF BRIAN J. FIELD *PRO HAC VICE*

Pursuant to Rule 11.1 of the Local Rules for the U.S. District Court for the Northern District of Florida, I, Brian J. Field, respectfully move this Court for admission *pro hac vice* in the above matter and state the following:

1. I am affiliated with the law firm of SCHAERR | JAFFE LLP, 1717 K Street NW, Suite 900, Washington, DC 20006.

2. I am a member in good standing of the District of Columbia Bar. I am admitted to practice in the U.S. Supreme Court, the U.S. Courts of Appeals for the D.C. Circuit, the Fifth Circuit, and the Seventh Circuit, and the U.S. District Court for the District of Columbia.

3. I have reviewed the Local Rules of this Court, am familiar with the CM/ECF electronic filing system, and maintain an upgraded PACER account.

4. I have successfully completed the Attorney Admission Tutorial, confirmation number FLND16389080145333. My Certificate of Good Standing for the D.C. Bar is attached hereto, and the required admission fee is submitted to the Clerk of the Court along with this motion.

WHEREFORE, movant respectfully requests that the Court grant this motion and permit the undersigned to appear *pro hac vice* on behalf of the Defendants in this matter.

Respectfully submitted,

*/s/ Brian J. Field*
Brian J. Field
D.C. Bar No. 985577
SCHAERR | JAFFE LLP
1717 K Street NW, Suite 900
Washington, DC 20006
(202) 787-1060
bfield@schaerr-jaffe.com

*Counsel for Defendants*

Dated: December 9, 2021

2