IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

SHARON WRIGHT AUSTIN,
et al.

    *Plaintiffs*,

v.                                                                            Case No.: 1:21cv184-MW/GRJ

UNIVERSITY OF FLORIDA BOARD
OF TRUSTEES, et al.,

    *Defendants*.

_____/

ORDER ADMITTING
BRIAN J. FIELD *PRO HAC VICE*

This Court has considered, without hearing, the motion to admit Brian J. Field *pro hac vice*, ECF No. 34. The motion is **GRANTED**. Having fulfilled the requirements of the Local Rules for admission, Brian J. Field is admitted *pro hac vice* as counsel for Defendants.

**SO ORDERED on December 9, 2021.**

                                                       s/Mark E. Walker
                                                       **Chief United States District Judge**