**Debevoise & Plimpton LLP**
801 Pennsylvania Avenue, NW
Washington, DC 20004
+1 202 383 8000

**David A. O'Neil**
Partner
daoneil@debevoise.com
+1 202 383 8040

December 10, 2021

**BY ECF FILING**

Hon. Mark E. Walker
United States District Court for the Northern District of Florida
401 SE First Ave.
Gainesville, FL 32601

*Austin et al. v. University of Florida Board of Trustees et al., 1:21-cv-00184-MW-GRJ*

Dear Judge Walker:

Pursuant to the Court's Order on December 6, 2021 (Dkt. 32), the parties met and conferred yesterday in advance of the scheduling conference originally scheduled for this morning, December 10, 2021. We respectfully write to update the Court on an agreement that the parties reached regarding the upcoming filing deadlines and to propose a scheduling order reflecting that agreement.

In particular, the parties propose that Plaintiffs' Opposition to Defendants' Motion to Dismiss (Dkt. 23) should be due the same day as Defendants' Opposition to Plaintiffs' Preliminary Injunction Motion (Dkt. 30). Both briefs would therefore be due on December 17, 2021. For the Court's consideration and convenience, we have attached to this letter a proposed stipulation and order. The parties are prepared to discuss the remainder of the topics in the Court's December 6, 2021, Order at the rescheduled scheduling conference on December 13, 2021.

Respectfully,

*/s/ David O'Neil*

David O'Neil
*Counsel for Plaintiffs*

cc:  H. Christopher Bartolomucci, Esq. (by ECF)
     Ryan Fuller, Esq. (by ECF)