**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF FLORIDA**
**GAINESVILLE DIVISION**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

SHARON WRIGHT AUSTIN, MICHAEL
MCDONALD, DANIEL A. SMITH, JEFFREY
GOLDHAGEN, TERESA J. REID, and
KENNETH B. NUNN,

                      Plaintiffs,

       v.

UNIVERSITY OF FLORIDA BOARD OF
TRUSTEES, the public body corporate acting for
and on behalf of the University of Florida; W.
KENT FUCHS, in his official capacity as
President of the University Florida; JOSEPH
GLOVER, in his official capacity as Provost of
the University of Florida; and LAURA
ROSENBURY, in her official capacity as Dean of
the Fredric G. Levin College of Law,

                      Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

1:21-cv-00184-MW-GRJ

**STIPULATION AND**
**ORDER EXTENDING**
**PLAINTIFFS' TIME**
**TO FILE OPPOSITION**

WHEREAS, on November 15, 2021, Sharon Wright Austin, Michael McDonald, and Daniel A. Smith, Jeffrey Goldhagen, Teresa J. Reid, and Kenneth B. Nunn ("Plaintiffs") filed a complaint against the University of Florida Board of Trustees, W. Kent Fuchs, in his official capacity as President of the University of Florida, Joseph Glover, in his official capacity as Provost of the University of Florida, and Laura Rosenbury, in her official capacity as Dean of the Fredric G. Levin College of Law ("Defendants") in the above-captioned case alleging violations of their First Amendment rights, in violation of 42 U.S.C. § 1983;

WHEREAS, on December 1, 2021, Defendants filed a Motion to Dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6);

WHEREAS, pursuant to Civil Local Rule 7.1(E), Plaintiffs' current deadline to file an Opposition to Defendant's Motion to Dismiss is December 15, 2021;

WHEREAS, pursuant to the Court's Order on December 6, 2021 (Dkt. 32), the parties met and conferred on December 9, 2021, and agreed that the due date for Plaintiffs' Opposition to Defendants' Motion to Dismiss (Dkt. 23) should be the same as that for Defendants' Opposition to Plaintiffs' Preliminary Injunction Motion (Dkt. 30).

THEREFORE, PURSUANT TO CIVIL LOCAL RULE 6.1, IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel, as follows:

1.      Plaintiffs' deadline to file an Opposition to Defendants' Motion to Dismiss in the above proceeding shall be extended to and including December 17, 2021.

2.      Nothing herein shall be deemed to constitute a waiver of any rights, claims, defenses, motions, or objections that a party may have or make with respect to service, jurisdiction, venue, and/or the claims set forth in this action.

Dated:  December 10, 2021

                                    DEBEVOISE & PLIMPTON LLP

                                    /s/ David A. O'Neil
                                    DAVID A. O'NEIL (*pro hac vice*)
                                    Debevoise & Plimpton LLP
                                    801 Pennsylvania Avenue N.W.
                                    Suite 500
                                    Washington, D.C. 20004
                                    (202) 383-8000
                                    daoneil@debevoise.com

                                    *Attorney for Plaintiffs*

Dated:  December 10, 2021

/s/ H. Christopher Bartolomucci
H. CHRISTOPHER BARTOLOMUCCI
SCHAERR JAFFE LLP
1717 K Street NW, Suite 900
Washington, D.C. 20006
(202) 787-1060
cbartolomucci@schaerr-jaffe.com

*Attorney for Defendants*

**SO ORDERED on December 10, 2021.**

_____

**Mark E. Walker**
**Chief United States District Judge**