IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**SHARON WRIGHT AUSTIN,**
**et al.**

    *Plaintiffs*,

v.                           Case No.: 1:21cv184-MW/GRJ

**UNIVERSITY OF FLORIDA BOARD**
**OF TRUSTEES, et al.,**

    *Defendants*.

_____/

## ORDER ACKNOWLEDGING ECF NO. 37 AND SETTING DEADLINES

This Court originally set this case for a scheduling conference for December 10, 2021. However, this Court just finished presiding over a two-week bellwether trial which necessitated rescheduling the scheduling conference for December 13, 2021. The parties have conferred in accordance with this Court's prior order setting the scheduling conference and filed a letter of notification with this Court indicating that they have agreed to certain deadlines. This Order acknowledges the parties' letter and agrees that the parties' proposed deadlines are appropriate. Accordingly, Plaintiffs' deadline to file their response in opposition to Defendants' motion to dismiss is extended to **on or before Friday, December 17, 2021**. Additionally, Defendants must file their response in opposition to Plaintiffs' motion for

preliminary injunction **on or before Friday, December 17, 2021**. This Court will address remaining topics with respect to scheduling the preliminary injunction hearing at the telephonic scheduling conference on Monday, December 13, 2021.

Lastly, this Court recognizes that other courts have different preferences and policies, but this Court does not post any such policies on its website aside from the Local Rules. This Court understands that a letter of notification is accepted practice in other district courts. For this Court, however, if the parties have any future requests, need clarification, or seek to notify this Court of any matter related to this case, they should file either a motion or a notice, rather than a letter, with this Court.

**SO ORDERED on December 10, 2021.**

>　　　　　　　　　　　　　　　s/Mark E. Walker
>　　　　　　　　　　　　　　　**Chief United States District Judge**