# United States District Court
### CIVIL MINUTES - GENERAL

Time: 2:31 – 2:54 p.m.                                   Case # 1:21cv184-MW-GRJ

Date  December 13, 2021

SHARON WRIGHT AUSTIN, et al. v. UNIVERSITY OF FLORIDA BOARD OF TRUSTEES, et al.

DOCKET ENTRY:  TELEPHONIC SCHEDULING CONFERENCE held.  Parties discuss case status, briefing and hearing schedule for [30] Motion for Preliminary Injunction.  Ruling by Court:  [30] Motion for Preliminary Injunction and [24] Motion to Dismiss to have same briefing schedule:  Responses due by 12/17/21.  Replies by 5:30 pm on 1/5/22.  Oral argument re: [30] Motion for Preliminary Injunction set for 1/7/22 at 9:30 am.

PRESENT:    HONORABLE **MARK E. WALKER**, CHIEF U.S. DISTRICT JUDGE

| Victoria Milton McGee | Megan Hague |
| --- | --- |
| Deputy Clerk | Court Reporter |

ATTORNEY(S) APPEARING FOR PLAINTIFF(S):

David O'Neil
Paul Donnelly
Samuel Rosh
Jaime Freilich-Fried
Katharine Witteman
Alexandra Swain

ATTORNEY(S) APPEARING FOR DEFENDANT(S):

H. Christopher Bartolomucci
Ryan Fuller

Initials of the Clerk:  VMM