# EXHIBIT 2

| | |
|---|---|
| **From:** | Rosenbury, Laura |
| **To:** | Nunn, Kenneth B.; Harrison,Jeffrey L; Willis,Steven J |
| **Subject:** | Re: UF Law Community Update for July 9, 2020 |
| **Date:** | Sunday, July 12, 2020 2:18:56 PM |

Dear Kenneth, Jeff, and Steve,

I have confirmed that the university will approve this activity so long as you participate solely in your individual capacity.  You may not participate in your capacity as an employee of the University of Florida or on behalf of the Levin College of Law or the University of Florida.  Please ensure that the amicus brief clearly indicates that any law school or university affiliation is included for identification purposes only.  12-month employees must also ensure that all work on the amicus brief is done on personal time and no university equipment is used.

Once you submit your UFOLIO request, I will approve it using language similar to that set forth above.

Thank you,

Laura

---

**From:** "Nunn, Kenneth B." <nunn@law.ufl.edu>
**Date:** Friday, July 10, 2020 at 10:12 AM
**To:** "Rosenbury,Laura Ann" <rosenbury@law.ufl.edu>, "Harrison,Jeffrey L" <harrisonj@law.ufl.edu>
**Cc:** "Willis,Steven J" <willis@law.ufl.edu>
**Subject:** Re: UF Law Community Update for July 9, 2020

Laura,

Can you inquire whether the University considers participation by any professor in a lawsuit *of this kind* against the state to be a conflict of interest? Thank you.

Kenneth

--
Kenneth B. Nunn, Esq.
Professor of Law and
University Term Professor (2018-21)
University of Florida
Levin College of Law
P.O. Box 117625
Gainesville, FL 32611
352-273-0660 (p)

352-392-3005 (f)

---

**From:** "Rosenbury,Laura Ann" <rosenbury@law.ufl.edu>
**Date:** Friday, July 10, 2020 at 8:15 AM
**To:** "Harrison,Jeffrey L" <harrisonj@law.ufl.edu>, Kenneth Nunn <nunn@law.ufl.edu>
**Cc:** Steven Willis <willis@law.ufl.edu>
**Subject:** Re: UF Law Community Update for July 9, 2020

Thank you, Jeff.  There is absolutely no penalty if a professor discloses the potential conflict of interest, waits for the university's decision, and then follows that decision.  If a professor fails to disclose or participates even after the university deems it a conflict of interest, then the General Counsel's office would determine the consequences.  This is the protocol for all potential conflicts of interest.

Laura

---

**From:** "Harrison,Jeffrey L" <harrisonj@law.ufl.edu>
**Date:** Thursday, July 9, 2020 at 10:53 PM
**To:** "Rosenbury,Laura Ann" <rosenbury@law.ufl.edu>, "Nunn, Kenneth B."
<nunn@law.ufl.edu>
**Cc:** "Willis,Steven J" <willis@law.ufl.edu>
**Subject:** RE: UF Law Community Update for July 9, 2020

Laura, would it be possible to explain what disclosure entails? Are you suggesting that a law professor participating  the activity could be sanctioned in some way? Fired, loss of tenure, decrease in pay in pay, demoted.  Ken, I am happy to sign and not worry about  the consequences of disclosure or,  frankly, non disclosure.

Jeff H.

---

**From:** Rosenbury,Laura Ann <rosenbury@law.ufl.edu>
**Sent:** Thursday, July 9, 2020 9:54 PM
**To:** Nunn, Kenneth B. <nunn@law.ufl.edu>
**Cc:** . LAW-Faculty Voting <LAW-FacultyVoting@ad.ufl.edu>
**Subject:** Re: UF Law Community Update for July 9, 2020

Dear Ken,

You are correct that this is not an outside activity, but it is a potential conflict of interest because the amicus brief will be filed in an action against the state.  You, and others, must therefore disclose on that basis.

I'm happy to talk with anyone by phone or zoom if you have any other questions.

Thank you,

Laura

Laura Ann Rosenbury
Dean, UF Levin College of Law




On Jul 9, 2020, at 7:33 PM, Nunn, Kenneth B. <nunn@law.ufl.edu> wrote:

Laura,

I wanted to ask you to clarify your notice this afternoon that "If you seek… to write or sign on to an amicus brief in support of a party suing the state of Florida, you must fill out a disclosure form through UFOLIO and receive approval before participating." I ask this because I am looking to sign on as an amicus in Jones v. DeSantis, a case seeking to enforce the citizen initiative Amendment 4 and provide voting rights to ex-felons who have served their sentences.

I'm sure you will not disagree that advocating on the behalf of ex-felons is a laudable public interest end that falls within the purview of typical activities pursued by criminal law and procedure professors. If one must seek UFOLIO approval before participating in any litigation adverse to the State of Florida, that would mean that a criminal law professor could not engage in the practice criminal law at all, without approval, as criminal defense is always adverse to the state.

Such a position would contradict your earlier guidance about the type of activities for which UFOLIO disclosure was required. In your email of February 10th, you

stated that one did NOT have to report "writing or signing on to an amicus brief in your capacity as an individual law professor." This is distinguished from situations where one acts as counsel for an individual or group and writes an amicus brief for that group. Can you please clarify this issue as it is an urgent matter, since several law faculty would like to sign the amicus brief in Jones v. DeSantis.

Kenneth

Excerpt from February 10, 2020 email re "Faculty Disclosure Obligations."

As such, activities such ==as the following are NOT considered relevant outside activities and need NOT be disclosed== on UFOLIOeven if you receive a modest honorarium for your work:

**Activities Considered Part of Your UF Assignment and Therefore NOT Outside**
- Writing a casebook
- Reviewing a law-related manuscript
- Writing or ==signing on to an amicus brief in your capacity as an individual law professor==
- Presenting a paper at another law school; however, as explained above in #1, you will still need to complete the UF Law Fund or Travel Request Form

**Activities Considered Unrelated to Your UF Expertise and Therefore NOT Relevant**
- Teaching yoga classes or other classes completely unrelated to law
- Mentoring or supervising children
- Engaging in religious activities or social activities
- Engaging in community activities completely unrelated to law
- Going to political rallies

Conversely, activities such as the following that are not part of your UF assignment but related to law MUST be disclosed *whether they are paid or unpaid*:

**Activities Considered to be Relevant Outside Activities that MUST Be Disclosed**
- Law-related teaching or research for an entity other than UF
- Legal work or consulting for any individual or entity
- Amicus briefs written for another individual or entity
- Service on for-profit or non-profit boards of directors

- Participation in business entities related to law or legal regulation (including forming such entities)

---

**From:** "Rosenbury,Laura Ann" <rosenbury@law.ufl.edu>
**Date:** Thursday, July 9, 2020 at 4:48 PM
**To:** ". LAW-Campus" <LAW-Campus@law.ufl.edu>
**Subject:** UF Law Community Update for July 9, 2020

Dear Colleagues,

I hope you are staying safe and well as we approach the middle of summer. Tomorrow, the university will send an email about the university's general plan for the fall semester. That plan provides a useful overview for undergraduate and graduate school teaching, but it does not address the specific needs of graduate schools. Please continue to look out for messages from the College of Law like this one. Below are a few additional updates and announcements.

**Student Information for the Fall Semester**
Tomorrow, July 10, is the deadline for our rising 2Ls and 3Ls to opt out of in-person instruction. We hosted a town hall last week to answer many of their questions. We provided students with the same information about safety precautions in the classroom and outside of class that we have previously provided to you. We also provided them with this additional information:

> **Limited Access to Buildings**
> Our buildings will be locked at all times and will not be accessible to the public or undergraduate students at any point during the semester. College of Law faculty, staff, and students taking in-person courses will have swipe card access to parts of our buildings during designated hours only. Classrooms and study rooms will not be available for general use. Larger common areas – including the library, commons, student center, and experiential learning hub – will be available for use only if physical distancing guidelines are followed. Staff will monitor physical distancing, and common areas will be closed when we do not have adequate staff to do so. We are still determining the exact hours that common areas will be available via swipe card; at the moment, all we can say is that it will *not* be 24-hour access. Students opting out of in-person instruction will initially not have access to our buildings but may be granted access later in the semester.

**No In-Person Events or Meetings**

In order to prioritize in-person instruction, we will not host any in-person events this fall.  We will host several virtual events, however, and we stand ready to help student groups organize virtual events.  The Office of Student Affairs is also obtaining tools to better support virtual meetings and activities of student groups.  Co-curriculars and student organizations will not be able to meet regularly on campus, and we are working with faculty advisors and student leaders to determine if it is possible to monitor physical distancing for occasional student meetings.  In any event, we ask all student groups to provide remote options for students opting out of in-person instruction and to prepare for the possibility of entirely virtual interaction this fall.  As previously mentioned, all faculty office hours during the fall semester will be conducted remotely, as will all meetings between students and the Student Affairs team and the Career and Professional Development team.  We are developing protocols to make it easy to schedule these virtual meetings.

**Protecting our Community**

We will count on all members of our community to keep our campus safe this fall.  Please do not prop open or hold the doors for others.  The polite and respectful approach is to ask everyone to swipe into our buildings!  Likewise, if you see someone without a mask, please remind them to put one on.  If you see a group that is gathered closely, please remind the group to physically distance.  Please also avoid off-campus gatherings, particularly at bars and other establishments that make physical distancing impossible.  If you begin to feel ill or experience any symptoms related to COVID-19, please stay home and consult with your medical provider.  Please also contact Dean Inman, who will make sure you are able to participate in your courses remotely or have access to class recordings.

**Taping of Classes**

The majority of each course will be taught in a synchronous manner.  Students are strongly encouraged to attend every class session and to actively participate in class discussion, whether students are participating in the classroom or remotely.  Attendance will be required for all students, and professors may lower grades or drop students from the course for lack of attendance.  Some professors may choose to tape all class sessions and make them available for students.  Other professors may decline to do so in order to encourage more robust class participation.  Access to recorded class meetings will be guaranteed only for those students with

documented accommodations or medical needs.

**JLPP Publishing Special Online Black Lives Matter Issue**
Our students on the *Journal of Law and Public Policy* (JLPP) are creating a special, online Black Lives Matter issue and are seeking submissions from you and your networks.  The theme of the issue is intentionally broad to allow for a wide variety of submissions, but the editors ask that submissions relate to social justice, racial disparities, police practices, criminal law, constitutional law, or any other topic relevant to the current conversation about racial justice in the United States.  JLPP will accept essays and other short pieces of 3000 to 5000 words until August 9.  Please send submissions or any questions to JLPP Editor Jerron Wheeler at jerronwheeler@ufl.edu.  I thank these amazing students for spearheading this important project, and I thank each of you for spreading the word about this opportunity.

**National Security Junior Scholars Workshop on July 15**
Maryam Jamshidi has organized a National Security Junior Scholars Workshop on Wednesday, July 15 from 9:00 a.m. - 4:00 p.m. with a truly impressive lineup of national scholars.  I thank Maryam for her leadership, and I encourage you to participate as an audience member.  Please just RSVP.  If you have any questions, please contact Maryam at jamshidi@law.ufl.edu.

**Participating in Litigation Against the State of Florida, including via Amicus Briefs**
I remind you that faculty participation in litigation against the state of Florida or any agency thereof, including through amicus briefs, is considered a potential conflict of interest.  If you seek to participate in such litigation or to write or sign on to an amicus brief in support of a party suing the state of Florida, you must fill out a disclosure form through UFOLIO and receive approval before participating.  You may access UFOLIO at https://coi.ufl.edu/.  Entities of the College of Law, such as centers, clinics, or other classes, seeking to participate in such litigation or amicus briefs must separately receive approval from me, the General Counsel, and President Fuchs.  Please contact me if you have any questions about these policies.

We will continue to share updates as the semester approaches.  For now, please continue to take care of yourselves!

Laura

Laura Ann Rosenbury
Dean and Levin, Mabie & Levin Professor of Law
University of Florida
Fredric G. Levin College of Law
352-273-0603