IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
SHARON WRIGHT AUSTIN, MICHAEL MCDONALD, DANIEL A. SMITH, JEFFREY GOLDHAGEN, TERESA J. REID, and KENNETH B. NUNN,

        Plaintiffs,

  v.

UNIVERSITY OF FLORIDA BOARD OF TRUSTEES, the public body corporate acting for and on behalf of the University of Florida; W. KENT FUCHS, in his official capacity as President of the University of Florida; JOSEPH GLOVER, in his official capacity as Provost of the University of Florida; and LAURA ROSENBURY, in her official capacity as Dean of the Fredric G. Levin College of Law,

        Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

1:21-cv-00184-MW-GRJ

## DECLARATION OF MORGAN A. DAVIS

I, Morgan A. Davis, declare as follows:

1.     I am a member of the New York Bar and am associated with the law firm of Debevoise & Plimpton LLP. I have been admitted to this Court *pro hac vice* as counsel for Plaintiffs.

2.     I make this declaration on personal knowledge and on the record of this litigation in support of Plaintiffs' Opposition to Defendants' Motion to

1

Dismiss.

3.      Attached as **Exhibit A** is a true and correct copy of a document entitled "UFOLIO Review Level Examples" published by the University of Florida Conflicts of Interests Program on April 22, 2020.  The document is available at https://coi.ufl.edu/wordpress/files/2020/05/UFOLIO-Review-Level-Examples.pdf.

4.      Attached as **Exhibit B** is a true and correct copy of an article entitled "U. of Florida Doctor Says Administrators Blocked Him from Participating in Lawsuits about Masking," written by Lindsay Ellis and published by *The Chronicle of Higher Education* on November 2, 2021.  The article is available at https://www.chronicle.com/article/u-of-florida-doctor-says-administrators-blocked-him-from-participating-in-lawsuits-about-masking.

5.      Attached as **Exhibit C** is a true and correct copy of an article entitled "Florida's Flagship Is Beset with Controversy.  Its Board Says Everything Is Fine," written by Jack Stripling and published by *The Chronicle of Higher Education* on December 3, 2021.  The article is available at https://www.chronicle.com/article/floridas-flagship-is-beset-with-controversy-its-board-says-everything-is-fine.

6.      Attached as **Exhibit D** is a true and correct copy of Morteza Hosseini's remarks at a University of Florida Board of Trustees meeting on December 3, 2021.

7.      Attached as **Exhibit E** is a true and correct copy of the "Report of the

Faculty Senate Ad Hoc Committee on Academic Freedom" published on December 6, 2021. The report is available at https://drive.google.com/file/d/1mB6mjqdE6bqdQcXOhX_5pUpRhnSik2X8/view.

8. Attached as **Exhibit F** is a true and correct copy of an article entitled "UF Professors Accuse Task Force Examining Expert Testimony of Having Its Own Conflicts," written by Jimena Tavel and published by *The Miami Herald* on November 15, 2021. The article is available at https://www.miamiherald.com/news/local/education/article255762986.html.

9. Attached as **Exhibit G** is a true and correct copy of an article entitled "UF President, Faculty Agree on Changes to Safeguard Free Speech," written by Divya Kumar and published by *The Tampa Bay Times* on December 9, 2021. The article is available at https://www.tampabay.com/news/education/2021/12/09/uf-president-faculty-agree-on-changes-to-safeguard-free-speech/.

10. Attached as **Exhibit H** is a true and correct copy of the UFOLIO review process flowchart published on the University of Florida's website. The flowchart is available at https://coi.ufl.edu/wordpress/files/2020/04/Visio-DOI-Process-Flow-Chart.pdf.

11. Attached as **Exhibit I** is a true and correct copy of the addendum to the UFOLIO review process flowchart starting at Level 2, presented at a University of Florida Faculty Senate meeting on December 16, 2021. A recording of the

meeting that includes the flowchart is available at https://mediasite.video.ufl.edu/Mediasite/Play/e38aa91bfa634b7a87c7824c0272c94c1d?catalog=8456cbab10b449868436ee51ddb84dc421.

I declare under penalty of perjury that the foregoing is true and correct. Executed at New York, New York on this 17th day of December 2021.

/s/ Morgan A. Davis<br>
Morgan A. Davis