# Exhibit D

# Chairman's Remarks

## Board of Trustees Meeting

December 3, 2021

**Good morning everyone, I'm so glad to see you all here today. I hope you had a restful Thanksgiving and that you were able to take time to reflect on how much we all have to be grateful for.**

**One of the things for which I'm grateful is the opportunity to serve as chair of the Board of Trustees for this wonderful university.**

**It is truly a privilege, and my top goal is to live up to the expectations and responsibilities that come with the job.**

**Those expectations, by law, include setting policy for the university and ensuring the efficient and effective use of our university's resources.**

**I owe the university nothing less than my best, and I know my fellow trustees feel the same way.**

**Today, I have something on my mind that I feel is important to address.**

**It is an issue that you all have seen quite a bit about in the news.**

**I'm speaking about the issue of conflicts of interest and outside activities.**

**While I strongly support a free and independent press and I have great respect for professional and responsible journalists, the stories in the media about this issue have been incomplete.**

**This morning, I would like to set the record straight and give you the rest of the story.**

**Let me begin by reminding my fellow trustees, the cabinet and our faculty and staff why we are here.**

**Several years ago, the Ford Motor Company ran an advertising campaign with the tagline "Quality is Job 1."**

**Here at the University of Florida, we also have a "Job 1." For us, Job 1 is educating our students.**

2

**Every single thing we do –**

- **as a board,**
- **as an administration,**
- **as faculty,**
- **as University of Florida employees and officials –**

**Everything MUST have our students as our number one priority.**

**Our job is to give our amazing students a top-five university education –**

**\* to teach them,**

**\* advise them,**

**\* mentor them,**

**\* allow them to explore opportunities,**

**\* expose them to a wide range of ideas and**

**\* to give them the tools they need to go out into the world and be successful in life.**

**As a board of trustees, we are responsible for implementing and maintaining the highest quality of educational programs consistent with the university's mission.**

**As a board, we are fiduciaries – meaning that we put our students' interests ahead of our own and we hold a position of trust to always do what is best for the university and its mission.**

**In this regard, we are responsible for developing policies and standards that uphold the mission we serve.**

**Not only do we have amazing students, we also have amazing faculty members who are here to**

- **teach our students,**
- **engage them in research,**

4

- **mentor and advise them.**

**Make no mistake - the overwhelming majority of our faculty relish this role and live every day to fulfill it.**

**They are providing our students a Top 5 university education and – in countless cases across UF's footprint – are making research discoveries that are**

- **saving lives,**
- **improving our quality of life, and**
- **expanding how we think about the world.**

**Unfortunately, we learned a couple years ago, that we had a small number of faculty members who were not carrying out the responsibilities of their jobs here.**

**They were not putting the students first.**

**In fact, they were using university time, resources, and sometimes even our students to benefit outside jobs and positions from which the faculty were personally profiting directly.**

**It was the discovery of what a small group of faculty members were doing at UF, and at other universities across the nation, that prompted us to revise our outside activities policy.**

**Although we've talked about this before, here's a reminder about how it all started.**

**Back in August 2018, universities around the country began receiving letters from the National Institutes of Health indicating that certain faculty members may be improperly profiting from secondary employment, that was undisclosed to their own employers.**

**Those faculty members were spending much time away from their responsibilities at their home institutions at which they were employed**

to work full-time and were sometimes working with organizations that constitute a conflict of interest.

In January 2019, UF received such a letter from the NIH identifying two faculty members that NIH had reason to believe were spending significant time engaged in these outside activities that they intentionally did not disclose, instead of spending their time working for the University of Florida that was paying their full-time salary.

As university officials charged with responding to the NIH began looking into these issues, they discovered additional individuals who were engaged in undisclosed second jobs and who, once reviewed, had spent only minimal time at the university over the course of years – all the while being paid by UF to be full-time faculty here.

**The university's regulations mirror the federal government's requirement that researchers should not simultaneously be pursuing competing endeavors.**

**As UF was learning about these faculty members who were**

- **moonlighting across the world and**
- **not disclosing their outside activities to UF and**
- **sometimes not in their classrooms or their labs for many months out of the year…**

**we realized we needed to make improvements to the outside activities approval process and the monitoring of time commitments.**

**We undertook the long, thorough and thoughtful work of improving that process and ensuring that the faculty across the university and their department chairs and deans were provided with ample**

opportunity for input and comments into the revised outside activities policy.

In 2020, the university board approved the updated policy and the university was able to apply it to all of those employees not within the union.

The faculty union voted to approve and ratify the policy in July 2021 through an extensive negotiating and bargaining process.

Again - that new outside activities policy approved by the faculty union is the same one that has come under scrutiny in relation to some faculty members who disclosed outside activities requests to testify as expert witnesses in litigation in which the state of Florida is a party.

The catalyst for the 2020 revisions to the outside activities policy at UF had nothing to do with the First Amendment or academic freedom.

**On the contrary, we as the board and the administration absolutely support the First Amendment rights of our faculty and their academic freedom to**

- **teach,**
- **research,**
- **publish, and**
- **exercise their rights as citizens.**

**We know it is core to our mission and we absolutely believe in that.**

**The catalyst for the policy changes had EVERYTHING to do with making sure federal, state, and university resources are being used for their intended purpose and not for purposes unrelated to the university of Florida or for personal gain.**

10

**We have spent much effort ensuring that our policies and regulations protect the rights of our professors and promote the expression of all viewpoints.**

**And, I will repeat that the overwhelming majority of our faculty are here for the reasons we are:**

- **to educate,**
- **research and**
- **serve the University of Florida as their employer.**

**However, we saw that some have taken advantage of their positions.**

- **I am speaking here of faculty members taking second jobs using the university's state resources for their own personal gain.**
- **I am speaking about faculty members who use their positions of authority to improperly advocate personal political viewpoints to the exclusion of others.**

11

- **I am speaking about a department chair who tried to find a way for his faculty to avoid coming into the classrooms by suggesting they limit their in-person seating to one or two students, in an apparent effort to dodge Board of Governors guidance.**

To this I say – enough.

This behavior is unacceptable.

It is disrespectful not only to the taxpayers of Florida, whose hard-earned dollars pay faculty salaries, but it is also disrespectful to these faculty members' hard-working colleagues – the ones who are doing their jobs honestly and fulfilling their missions.

And importantly – it is disrespectful to the students who depend on their professors' full attention and commitment.

This. Will. Not. Stand.

**It must stop, and it WILL stop.**

**If you allow something to happen, that means you condone it.**

**Enough.**

**Let me tell you, our legislators are not going to put up with the wasting of state money and resources, and neither is this board.**

**And we shouldn't.**

**We are accountable to our students and their families and the taxpayers to do our jobs.**

**I am also personally very disappointed in local faculty union leadership who are actively encouraging donors to stop contributing to the university and who are actively encouraging university presidents and provosts around the country to downgrade their reputation assessment of the University of Florida in rankings surveys.**

**All of that damages their fellow faculty members and the students we serve.**

**We have fought so hard over the years**

- **to get funding so our faculty could have raises,**

- **so our students could have good housing,**

- **so our employees' families could have day care through Baby Gator.**

**Think of everything we've been able to accomplish during the past five years to rebuild our infrastructure and establish world-class learning and research facilities so our faculty can engage in interdisciplinary work and our students can experience a state-of-the-art campus.**

- **Our Faculty 500 hiring initiative,**

- **the AI 100 faculty hiring initiative,**

- **Malachowsky Hall for Data Science & Information Technology,**

- **a brand-new home for the Student Health Care Center,**

- **the new Gator Village honors and undergraduate housing – and the list goes on.**

**These things were all made possible through the support of our state leaders.**

- **Our Speaker of the House, Chris Sprowls, led an initiative to provide UF with $200 million for the education of our state's youth and has entrusted UF to carry out this important program that will ensure all of our children are able to read.**

- **Our Senate President, Wilton Simpson, committed $20 million per year to UF to lead the state and the country in Artificial Intelligence.**

- **That will mean $200 million over the next ten years for our AI initiative.**

- **Our Governor and his team paved the way for UF to take over the world-class Scripps Research Institute.**

- **Our state leaders understand how important these things are, and they have followed through when we have asked.**

**And, while the media has suggested that the Governor has played some role through his relationship with me in UF's decisions on outside activities and conflicts of interest, let me be clear:**

**That is 100% false.  Neither I, any other member of this board, the governor, nor any legislator had any influence on specific decisions on outside activities and conflicts of interest.  Period.**

**The first I learned about these decisions was when I read the story in the newspaper.**

**While, of course, in my role as board chair I have conversations with the Governor.  In fact, my conversations with the Governor have been about ONE thing and ONE thing only – asking him to help UF to become one of the leading universities in the country.**

**And, the Governor has done exactly that in response.**

**Our state leaders are the**

- **protectors of the taxpayers of the state of Florida,**

- **they have entrusted UF with hundreds of millions of those dollars, and**

- **they are also fed up with the waste of those dollars by the few who are misusing their positions or aren't doing the jobs they were hired and committed to do.**

- **And, our job, as trustees, as fiduciaries, is to ensure that UF is fixing problems where they exist and that these state funds that our leaders have entrusted to UF are being used to support our most important and No. 1 asset --- our students.**

**It is time to stand up for what is right and to put a stop to what is wrong.**

**We owe nothing less to our students, to the overwhelming majority of our faculty and staff, and to our fellow Floridians.**

**And now, my friends, let us move forward with doing the business of this great university and Job 1: taking care of our students.**

18