# Exhibit H



https://coi.ufl.edu/wordpress/files/2020/04/Visio-DOI-Process-Flow-Chart.pdf.