# Exhibit I

https://mediasite.video.ufl.edu/Mediasite/Play/e38aa91bfa634b7a87c7824c0272c94c1d?catalog=8456cbab10b449868436ee51ddb84dc421




