## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF FLORIDA
## GAINESVILLE DIVISION

------------------------------------x

SHARON WRIGHT AUSTIN, MICHAEL
MCDONALD, DANIEL A. SMITH, JEFFREY
GOLDHAGEN, TERESA J. REID, and
KENNETH B. NUNN,

          Plaintiffs,

  v.

UNIVERSITY OF FLORIDA BOARD OF
TRUSTEES, the public body corporate acting for
and on behalf of the University of Florida; W.
KENT FUCHS, in his official capacity as
President of the University of Florida; JOSEPH
GLOVER, in his official capacity as Provost of
the University of Florida; and LAURA
ROSENBURY, in her official capacity as Dean of
the Fredric G. Levin College of Law,

          Defendants.

1:21-cv-00184-MW-GRJ

------------------------------------X

## **JOINT STATUS REPORT**

Pursuant to this Court's Initial Scheduling Order dated December 2, 2021 (ECF No. 25), the parties respectfully submit this joint status report on the progress of discovery. The parties held the Rule 26(f) conference on January 3, 2022.

Plaintiffs served their First Request for Production of Documents to Defendants on December 27, 2021. These requests are outstanding. Thus far, the Defendants have not served any discovery requests on the Plaintiffs.

                                              Respectfully submitted.

Dated: January 3, 2022

/s/ David A. O'Neil
DAVID A. O'NEIL (*pro hac vice*)
Debevoise & Plimpton LLP
801 Pennsylvania Avenue N.W.
Suite 500
Washington, D.C. 20004
(202) 383-8000
daoneil@debevoise.com

*Attorney for Plaintiffs*

PAUL DONNELLY
Florida Bar No. 813613
Donnelly + Gross LLP
2421 NW 41st Street, Suite A-1
Gainesville, FL 32606
(352) 374-4001
paul@donnellygross.com

*Attorney for Plaintiffs*

/s/ H. Christopher Bartolomucci
H. CHRISTOPHER BARTOLOMUCCI
SCHAERR JAFFE LLP
1717 K Street NW, Suite 900
Washington, D.C. 20006
(202) 787-1060
cbartolomucci@schaerr-jaffe.com

*Attorney for Defendants*