IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

SHARON WRIGHT AUSTIN,
et al.,

    *Plaintiffs*,

v.                                               Case No.: 1:21cv184-MW/GRJ

UNIVERSITY OF FLORIDA BOARD
OF TRUSTEES, et al.,

    *Defendants*.

_____/

## ORDER REQUIRING SUPPLEMENTAL NOTICE

In their memorandum in opposition to Plaintiffs' motion for a preliminary injunction, Defendants state that "Plaintiffs Goldhagen and McDonald submitted new outside activity requests on November 16 and December 7, respectively, and UF approved those requests." ECF No. 43 at 12. In turn, an affidavit that Defendants submit with their memorandum provides that Goldhagen "request[ed] to perform voluntary service as the head of an organization that addresses pediatrics issues." ECF No. 44 ¶ 9. As for McDonald, however, the affidavit states only that he "request[ed] to perform legal consulting for which [he] would be compensated." *Id.* ¶ 10.

As it relates to Plaintiff McDonald, this Court finds that a more detailed description would be helpful. Accordingly, **by the close of business tomorrow**

**January 6, 2022**, Defendants are ordered to file a supplemental notice accompanied by record evidence setting out the specific subject matter on which Plaintiff McDonald is consulting.[1] If Defendants do not provide evidence identifying the specific subject matter on which Plaintiff McDonald is consulting, Plaintiffs must supplement the evidence in the record to provide this Court more detail on the work that Plaintiff McDonald has been approved to do.

**SO ORDERED on January 5, 2022.**

<u>s/Mark E. Walker</u>
**Chief United States District Judge**

---

[1] This Court says "subject matter" for a reason. This Court is not demanding that Defendants violate any sort of confidentiality requirement by revealing *for whom* Plaintiff McDonald is consulting.