UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

SHARON WRIGHT AUSTIN, *et al.*,

    *Plaintiffs*,

v.

UNIVERSITY OF FLORIDA
BOARD OF TRUSTEES, *et al.*,

    *Defendants*.

Case No.: 1:21-cv-00184-MW-GRJ

**SUPPLEMENTAL NOTICE**

Pursuant to this Court's Order Requiring Supplemental Notice (Doc. 50), Defendants state as follows:

On December 7, 2021, Plaintiff Michael McDonald submitted an outside activity request seeking approval to perform paid legal consulting work for the law firm of Genova Burns LLC. He stated in his request that "The Democratic members of the New Jersey Redistricting Commission have requested that I write a short memo on partisan fairness …."

Within days of receiving Plaintiff McDonald's request, the University of Florida approved it. Level 1 approval was given on December 8, 2021, and Level 2 approval was given on December 10, 2021. His request and the University's approval are submitted as an exhibit to this notice.

Respectfully submitted,

*/s/ H. Christopher Bartolomucci*
H. Christopher Bartolomucci
D.C. Bar No. 453423
Brian J. Field*
D.C. Bar No. 985577
SCHAERR | JAFFE LLP
1717 K Street NW, Suite 900
Washington, DC 20006
(202) 787-1060
cbartolomucci@schaerr-jaffe.com
bfield@schaerr-jaffe.com
*Admitted *pro hac vice*

Amy Meyers Hass
 *Vice President and General Counsel*
Fla. Bar No. 483346
Ryan Fuller
 *Associate Vice President and*
 *Deputy General Counsel*
Fla. Bar No. 635324
UNIVERSITY OF FLORIDA
OFFICE OF GENERAL COUNSEL
123 Tigert Hall, P.O. Box 113125
Gainesville, Florida 32611
(352) 392-1358
amhass@ufl.edu
ryanf@ufl.edu

*Counsel for Defendants*

Dated:  January 6, 2022