# EXHIBIT A



Need help? Contact us:
ufolio-Help@ufl.edu
(352) 294-6353

Date: Friday, December 10, 2021 1:36:01 PM

Print    Close

View: SF: Disclosure Type

**ID:** DOI00021981
**Name:** Michael McDonald 2021 - Genova Burns LLC
**Disclosure Type:** Legal Consulting
**Status:** Review Complete
**Department:** 16380000 LS-POLITICAL SCIENCE
**Disclosure Submitted Date/Time:** Dec 07, 2021 11:56pm
**Level 1 Review:** Approved on Dec 08, 2021 09:07am
**Level 2 Review:** Approved on Dec 10, 2021 1:36pm

## Disclosure for Michael McDonald: Disclosure Type

**\*** Please select the type of outside activity or interest you have to disclose. If you have multiple disclosures to enter, you will disclose one at a time (e.g., consulting for one outside entity and a leadership role with a different outside enity). If none of these activities or interests apply to you, select that option at the bottom of the list.
Legal Consulting

View: SF: Disclosure Entity Information

## Disclosure for Michael McDonald: Entity Information

1. **External entity:**

    **or**
    **If entity not listed, enter a single/specific entity name here:**
    Genova Burns LLC

    **\* Is the entity publicly traded?**
    ○ Yes
    ● No

    **\* Country:**
    United States

    **Entity-related documents:**

    | Name | Description |
    | --- | --- |
    | There are no items to display | |

2. **Entity EIN tax number (optional):**

3. **Entity website URL (optional):**

View: SF: Disclosure Legal Consulting

# Disclosure for Michael McDonald: Legal Consulting

1. **\* Does this legal consulting/expert witness engagement relate to medical malpractice or any healthcare-related matter?**
   ○ Yes
   ● No

   **\* Does this legal consulting/expert witness engagement relate to a civil, criminal or administrative proceeding? Indicate any that apply.**
   Administrative proceeding

2. **\*  Will you be hired by the Government, Plaintiff, or Defendant? Indicate any that apply.**
   Government

   **I affirm that the attorney with whom I will be working understands that my engagement in this activity is in my capacity as a private citizen and not as an employee of the University of Florida.**
   ☑

3. **Enter Plaintiff(s) name:**
   New Jersey Congressional Redistricting Commission

4. **Enter Plaintiff law firm/attorney name:**
   Genova Burns LLC

5. **Enter Defendant(s) name:**
   N/A

6. **Enter Defendant law firm/attorney name:**
   N/A

7. **City/State where the alleged issue occurred or relates to:**
   New Jersey

8. **\*  Is the estimated annual compensation $5,000 or more?**
   ● Yes
   ○ No

   **\* What is the amount of estimated annual compensation?**
   $9,000.00

9. **\* Will UF equipment, facilities, services, resources be used (on a more than incidental basis), or will staff and/or students be involved in this activity or financial interest?**

    ○ Yes
    ● No

10. **\* Are you participating in UF research that would affect the disclosed entity (e.g. the entity: sponsors the research, makes a drug or device being evaluated in the study, options or licenses related technology or is otherwise related to the study)?**

    ○ Yes
    ● No

11. **\* Please explain whether you think this activity/case could in any way place you in a position that is adverse to the interests of the University of Florida.**

    NA

12. **\* Please upload an agreement with the entity to authenticate your responses to the questions in this section. If you do not have a formal agreement, please upload any email, correspondence, or document that serves the same purpose.**

    | Name | Description |
    |---|---|
    | 📄 Genova_Burns_email.txt(0.01) | |

13. **Additional relevant information, if any, that would help clarify this disclosure:**
    The Democratic members of the New Jersey Redistricting Commission have requested that I write a short memo on partisan fairness, which will be completed over the break and should have minimal time commitment conflict.

14. **Attach any additional supporting documentation, if applicable (descriptive emails, letters, etc.):**

    | Name | Description |
    |---|---|
    | There are no items to display | |

View: SF: Time Commitment

# Disclosure for Michael McDonald:  Legal Consulting

## Time Commitment

1. **\* Approximately how long do you expect this activity or relationship to last in total?**
   2 weeks or less

2. **\* Estimated start date:**
   12/8/2021

3. **Estimated end date:**
   12/31/2021

4. **\* Approximately how many hours in total do you expect to spend on this activity? (Numerical values only, please)**
   20

5. **Explain any additional information to clarify the dates or time commitment involved:**

View: SF: Certification

# Disclosure for Michael McDonald: Certification

My initials on this completed electronic disclosure affirm and certify an understanding of and compliance with UF's policies on conflicts of interest, outside activities, and financial interests as well as the completeness and accuracy of my responses in this disclosure.

**I will keep my disclosures up-to-date and accurate, and I confirm I understand and agree with the above statements. Enter initials here:** \* MM

---

➔ Level 2 Review Submitted    Lynch, Elizabeth    12/10/2021 1:36 PM

Future Updates: Should any of the circumstances set forth in this disclosure materially change, please modify and re-submit it for additional review.

Approved for One Year: Disclosures are approved for one year, assuming there are no significant changes during that time. You must return to UFOLIO throughout the year to update your disclosure to ensure your disclosure portfolio is always an accurate reflection of your ongoing outside activities and interests.

Expert Witness: While you are engaged in this expert witness / legal consulting activity, you are not permitted to:

- Make more than incidental use of UF facilities, equipment, supplies, or other resources, nor involve UF students or employees;
- Discuss any proprietary or confidential UF information/research, nor UF policies, regulations, interests, or issues;
- Be involved in decisions at UF for UF to contract or do business with this entity;
- Use any UF marks, logos, or other identifiers, nor otherwise imply or suggest any official affiliation with UF.

You must participate in this outside relationship in your individual capacity only. You must also disengage from this activit[y] if at any point your role becomes adverse to UF or UF interests. Please continue to submit separate disclosures ahead o[f] time for individual expert witness/legal consulting activities you wish to engage in throughout the year.

Elizabeth Lynch
Analyst, Conflicts of Interest  read less ▲

➔ Level 1 Review Submitted    Smith, Daniel    12/8/2021 9:07 AM

In no way does this outside activity interfere with, or reasonably appear to interfere with, Dr. McDonald's professional obligations to the University.

