UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

| | |
|---|---|
| SHARON WRIGHT AUSTIN, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> UNIVERSITY OF FLORIDA <br> BOARD OF TRUSTEES, *et al.*, <br><br> *Defendants*. | Case No.: 1:21-cv-00184-MW-GRJ |

**DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION
OF TIME TO FILE ANSWER**

Pursuant to Local Civil Rules 6.1 and 7.1, Defendants respectfully request a 14-day extension of the time to file their answer to Plaintiffs' amended complaint. As explained below, the requested extension will allow Defendants to focus their efforts on the pending motion for a preliminary injunction, discovery requests, and the Rule 26(f) process. Pursuant to Local Civil Rule 7.1(B), the Parties conferred, and counsel for Plaintiffs stated that Plaintiffs do not oppose to the requested relief.

There is good cause to grant the requested extension of time. Plaintiffs filed their initial complaint on November 5, 2021 (Doc. 1), and they filed an amended complaint on November 15, 2021 (Doc. 19). On December 1, 2021, Defendants filed a motion to dismiss (Doc. 23), and on December 3, 2021, Plaintiffs filed a

motion for preliminary injunction (Doc. 30). Since then, the Parties have been diligently proceeding with the briefing on those motions.

On January 3, 2022, the Court denied Defendants' motion to dismiss (Doc. 46). After the Parties completed briefing on the motion for preliminary injunction, the Court held a hearing on the motion January 7, 2022. At that hearing, the Court directed Defendants to submit a supplemental brief by January 12, 2022, and Plaintiffs to file a response to the supplemental brief by January 13, 2022. The Court also continued the preliminary injunction hearing to January 14, 2022.

Defendants' answer to the amended complaint currently is due on January 18, 2022. *See* Fed. R. Civ. P. 12(a)(4)(A). As noted above, Defendants have been briefing the motion for preliminary injunction and preparing for the hearing on January 14, 2022. Additionally, Plaintiffs served their initial discovery requests on December 27, 2021, and Defendants are working on their responses to those requests. The Parties also have been engaged in the meet and confer process for the forthcoming Rule 26(f) report.

To allow Defendants to focus their efforts on these matters, Defendants request that the Court grant this unopposed motion for a 14-day extension of their answer deadline, to and including February 1, 2022. The requested extension will not unduly delay these proceedings as Defendants do not request that the Court extend any other pending deadlines accordingly. Rather, the discovery process

remains ongoing and will be unaffected by the requested extension.

*/s/ H. Christopher Bartolomucci*
H. Christopher Bartolomucci
Brian J. Field (*pro hac vice*)
SCHAERR | JAFFE LLP
1717 K Street NW, Suite 900
Washington, DC 20006
(202) 787-1060
cbartolomucci@schaerr-jaffe.com
bfield@schaerr-jaffe.com

Dated:  January 11, 2022          *Counsel for Defendants*

## CERTIFICATION OF CONFERENCE

I hereby certify that, pursuant to Local Civil Rule 7.1(B), counsel for the Parties conferred about the relief requested in this motion, and counsel for Plaintiffs stated that Plaintiffs do not oppose the requested relief.

*/s/ H. Christopher Bartolomucci*
H. Christopher Bartolomucci
