## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF FLORIDA
## GAINESVILLE DIVISION

SHARON WRIGHT AUSTIN, *et al.*,

*Plaintiffs*,

v.

UNIVERSITY OF FLORIDA
BOARD OF TRUSTEES, *et al.*,

*Defendants*.

Case No.: 1:21-cv-00184-MW-GRJ

### [PROPOSED] ORDER

Upon review of Defendants' Unopposed Motion for Extension of Time to File Answer, and the entire record herein, it is hereby:

ORDERED that Defendants' Unopposed Motion for Extension of Time to File Answer is GRANTED; and it is

FURTHER ORDERED that Defendants shall file their answer to Plaintiffs' Amended Complaint by February 1, 2022.

SO ORDERED.

_____
Date

_____
Chief Judge Mark E. Walker