IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

SHARON WRIGHT AUSTIN,
et al.,

    *Plaintiffs*,

v.                                                Case No.: 1:21cv184-MW/GRJ

UNIVERSITY OF FLORIDA BOARD
OF TRUSTEES, et al.,

    *Defendants*.

_____/

## ORDER GRANTING EXTENSION

Defendants move for a 14-day extension of time to file their answer to Plaintiffs' amended complaint. ECF No. 56. Plaintiffs do not oppose the motion. The motion is **GRANTED**. Defendants must file their answer **on or before February 1, 2022**.

    **SO ORDERED on January 12, 2022.**

                                                   s/Mark E. Walker          
                                                 **Chief United States District Judge**