UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

| | |
|---|---|
| SHARON WRIGHT AUSTIN, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>UNIVERSITY OF FLORIDA<br>BOARD OF TRUSTEES, *et al.*,<br><br>*Defendants*. | Case No.: 1:21-cv-00184-MW-GRJ |

## NOTICE OF APPEARANCE

The Clerk of the Court will please enter the appearance of the undersigned, a member in good standing of the bar of this Court, as counsel for all Defendants in this matter.

Respectfully submitted,

*/s/ Kenneth A. Klukowski*
Kenneth A. Klukowski
D.C. Bar No. 1046093
SCHAERR | JAFFE LLP
1717 K Street NW, Suite 900
Washington, DC 20006
(202) 787-1060
kklukowski@schaerr-jaffe.com

*Counsel for Defendants*

Dated: January 12, 2022