UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

SHARON WRIGHT AUSTIN, *et al.*,

    *Plaintiffs*,

v.

UNIVERSITY OF FLORIDA
BOARD OF TRUSTEES, *et al.*,

    *Defendants*.

Case No.: 1:21-cv-00184-MW-GRJ

**DEFENDANTS' NOTICE OF FILING**

Pursuant to this Court's order of January 14, 2022, Defendants hereby submit the following documents:

Ex. 1: Opening Expert Report of Sharon Austin, Sept. 1, 2021

Ex. 2: Expert Report of Daniel A. Smith, Sept. 1, 2021

Ex. 3: Expert Declaration of Michael McDonald, Oct. 13, 2021

Ex. 4: Supplemental and Rebuttal Expert Report of Daniel A. Smith, Oct. 13, 2021

Ex. 5: Transcript of deposition of Daniel A. Smith, Oct. 25, 2021

Ex. 6: Transcript of deposition of Sharon Austin, Oct. 27, 2021

Ex. 7: Transcript of deposition of Michael McDonald, Oct. 29, 2021

Respectfully submitted,

*/s/ H. Christopher Bartolomucci*
H. Christopher Bartolomucci
Brian J. Field (*pro hac vice*)
Kenneth A. Klukowski
SCHAERR | JAFFE LLP
1717 K Street NW, Suite 900
Washington, DC 20006
(202) 787-1060
cbartolomucci@schaerr-jaffe.com
bfield@schaerr-jaffe.com
kklukowski@schaerr-jaffe.com

Amy Meyers Hass
  *Vice President and General Counsel*
Fla. Bar No. 483346
Ryan Fuller
  *Associate Vice President and*
  *Deputy General Counsel*
Fla. Bar No. 635324
Shayne Ashley Thomas
  *Senior Counsel*
Fla. Bar No. 585025
UNIVERSITY OF FLORIDA
OFFICE OF GENERAL COUNSEL
123 Tigert Hall, P.O. Box 113125
Gainesville, Florida 32611
(352) 392-1358
amhass@ufl.edu
ryanf@ufl.edu
sthomas777@ufl.edu

*Counsel for Defendants*

Dated: January 14, 2022