# United States District Court
CIVIL MINUTES - GENERAL

Case #   1:21cv184-MW-GRJ          Date   January 7 & 14, 2022

SHARON WRIGHT AUSTIN et al v. UNIVERSITY OF FLORIDA BOARD OF TRUSTEES et al

DOCKET ENTRY:   Telephonic Preliminary Injunction Oral Argument Held

1/7/22                                           9:33 – 10:20 a.m.; 10:25 – 11:06 a.m.; 11:16 – 11:53 a.m.
Court hears argument regarding [30] Plaintiffs' Motion for Preliminary Injunction.  Ruling by Court:  Defendants to file supplemental brief re: Pickering by 1/12/22; Plaintiffs' response by 1/13/22.  Hearing continued to 1/14/22 at 2:00 p.m.

1/14/22                                      2:00 – 2:30 p.m.; 2:39 – 2:49 p.m.; 2:52 – 3:04 p.m.; 3:09 – 3:23 p.m.
Argument continues regarding [30] Plaintiffs' Motion for Preliminary Injunction.  Ruling by Court: Defendants to supplement the record, as directed by the Court, by 5:00 pm on 1/14/22 with expert reports and depositions. Order to follow.

PRESENT:  HONORABLE MARK E. WALKER, CHIEF UNITED STATES DISTRICT JUDGE

| Victoria Milton McGee | Megan Hague (1/7/22) and Judy Martin (1/14/22) |
|:---:|:---:|
| Deputy Clerk | Court Reporters |

Attorney(s) for Plaintiff(s):                      Attorney(s) for Defendant(s):
David O'Neil, Morgan Davis &            H. Christopher Bartolomucci & Kenneth Klukowski
Paul Donnelly

PROCEEDINGS:   Telephonic Preliminary Injunction Oral Argument Held

Initials of Clerk: **VMM**