UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

| | |
|---|---|
| SHARON WRIGHT AUSTIN, MICHAEL MCDONALD, DANIEL A. SMITH, JEFFREY GOLDHAGEN, TERESA J. REID, and KENNETH B. NUNN,<br><br>*Plaintiffs*,<br><br>v.<br><br>UNIVERSITY OF FLORIDA BOARD OF TRUSTEES, the public body corporate acting for and behalf of the University of Florida, W. KENT FUCHS, in his official capacity as President of the University of Florida, JOSEPH GLOVER, in his official capacity as Provost of the University of Florida, and LAURA ROSENBURY, in her official capacity as Dean of the Fredric G. Levin College of Law,<br><br>*Defendants*. | Case No.: 1:21-cv-00184-MW-GRJ |

### DEFENDANTS' NOTICE OF APPEAL

Pursuant to 28 U.S.C. § 1292(a)(1) and Rule 4(a)(1) of the Federal Rules of Appellate Procedure, Defendants—University of Florida Board of Trustees, W. Kent Fuchs, Joseph Glover, and Laura Rosenbury—hereby give notice of their appeal to the United States Court of Appeals for the Eleventh Circuit from the order entered

by the district court on January 21, 2022, granting the Plaintiffs' motion for a preliminary injunction and preliminarily enjoining the Defendants. *See* Preliminary Injunction (Doc. 65), attached hereto as Exhibit 1.

Respectfully submitted,

*/s/ H. Christopher Bartolomucci*
H. Christopher Bartolomucci
Brian J. Field*
Kenneth A. Klukowski
SCHAERR | JAFFE LLP
1717 K Street NW, Suite 900
Washington, DC 20006
(202) 787-1060
cbartolomucci@schaerr-jaffe.com
bfield@schaerr-jaffe.com
kklukowski@schaerr-jaffe.com
*Admitted *pro hac vice*

*Counsel for Defendants-Appellants University of Florida Board of Trustees, W. Kent Fuchs, Joseph Glover, and Laura Rosenbury*

Dated: February 8, 2022