| | |
|---|---|
| **From:** | ecf_help@ca11.uscourts.gov |
| **To:** | FLNDdb_efile Appeals |
| **Subject:** | 22-10448-G Sharon Wright Austin, et al v. University of Florida Board of Trustees, et al "Civil Appeal Docketed - Notice of Appeal" (1:21-cv-00184-MW-GRJ) |
| **Date:** | Tuesday, February 15, 2022 5:48:26 PM |

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.**

**United States Court of Appeals for the Eleventh Circuit**

**Notice of Docket Activity**

The following transaction was entered on 02/15/2022 at 5:40:20 PM Eastern Standard Time and filed on 02/09/2022

| | |
|---|---|
| **Case Name:** | Sharon Wright Austin, et al v. University of Florida Board of Trustees, et al |
| **Case Number:** | 22-10448 |
| **Document(s):** | Document(s) |

**Docket Text:**
CIVIL APPEAL DOCKETED. Notice of appeal filed by Appellants W. Kent Fuchs, Joseph Glover, Laura Rosenbury and University of Florida Board of Trustees on 02/08/2022. Fee Status: Fee Paid. Awaiting Appellant's Certificate of Interested Persons due on or before 03/01/2022 as to Appellant W. Kent Fuchs. Awaiting Appellee's Certificate of Interested Persons due on or before 03/15/2022 as to Appellees Sharon Austin, et al.

**Notice will be electronically mailed to:**

H. Christopher Bartolomucci
Clerk - Northern District of Florida, Clerk of Court
Paul A. Donnelly
Brian Field
Kenneth Alan Klukowski

**Notice sent via US Mail to:**

Morgan Amanda Davis
Debevoise & Plimpton, LLP
919 3RD AVE
NEW YORK, NY 10022

Jaime Michelle Freilich-Fried
James Lawrence King Federal Justice Building
99 NE 4TH ST
MIAMI, FL 33132

Laura A. Gross
Donnelly & Gross, PA
2421 NW 41ST ST STE A-1
GAINESVILLE, FL 32606

David Andrew O'Neil
Debevoise & Plimpton, LLP
801 PENNSYLVANIA AVE NW STE 500
WASHINGTON, DC 20004

Samuel Jack Rosh
Debevoise & Plimpton, LLP
919 3RD AVE
NEW YORK, NY 10022

Soren Owen Schwab
Debevoise & Plimpton, LLP
919 3RD AVE
NEW YORK, NY 10022

Alexandra P. Swain
Debevoise & Plimpton, LLP
919 3RD AVE
NEW YORK, NY 10022

Katharine McGrath Witteman
Debevoise & Plimpton, LLP
919 3RD AVE
NEW YORK, NY 10022

The following document(s) are associated with this transaction:
**Document Description:** DKT-2 Notice to Counsel/Parties
**Original Filename:** /opt/ACECF/live/forms/TammyAaron_2210448_9599382_DKT-2AppealWITHDeficiency_96.pdf
**Electronic Document Stamp:**
[STAMP aceecfStamp_ID=1160056652 [Date=02/09/2022] [FileNumber=9599382-2]

[70f7881d109f9eb6cd924b83d6194f3edfb0dafbb974b17bcf4b6540dc2016747516aeb60975ebaaa2c9877f5231ec357615a892bdf2af67993caca27be57028]]

**Recipients:**

- <u>H. Christopher Bartolomucci</u>
- <u>Clerk - Northern District of Florida, Clerk of Court</u>
- <u>Morgan Amanda Davis</u>
- <u>Paul A. Donnelly</u>
- <u>Brian Field</u>
- <u>Jaime Michelle Freilich-Fried</u>
- <u>Laura A. Gross</u>
- <u>Kenneth Alan Klukowski</u>
- <u>David Andrew O'Neil</u>
- <u>Samuel Jack Rosh</u>
- <u>Soren Owen Schwab</u>
- <u>Alexandra P. Swain</u>
- <u>Katharine McGrath Witteman</u>

**Document Description:** Civil Appeal Docketed - Notice of Appeal
**Original Filename:** 22-10448 noa.pdf
**Electronic Document Stamp:**
[STAMP aceefStamp_ID=1160056652 [Date=02/09/2022] [FileNumber=9599382-0]
[6af95d55b98c5f04a2d1a0eb97ab18a4758634107b4e3b082de7732db3b68eef35347be93b1828cfd7fcd9a9742dda632cde0571f5d563a72845f4c700781b74]]

**Document Description:** DC Preliminary Injunction Appealed DE# 65
**Original Filename:** 22-10448 65.pdf
**Electronic Document Stamp:**
[STAMP aceefStamp_ID=1160056652 [Date=02/09/2022] [FileNumber=9599382-1]
[36308be27cf883e59f09b6d76c766a1b3c94d9ef170f5a033dc1de25294c0bf11cdd5066f7c33a6897b0a6537b0197add441909208a71a554e1ee4f233fc3524]]