IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

---------------------------------x
SHARON WRIGHT AUSTIN, MICHAEL :
MCDONALD, DANIEL A. SMITH, JEFFREY :
GOLDHAGEN, TERESA J. REID, and :
KENNETH B. NUNN, :          1:21-cv-00184-MW-GRJ
:
    Plaintiffs, :
:
v. :
:
UNIVERSITY OF FLORIDA BOARD OF :
TRUSTEES, the public body corporate acting for :
and on behalf of the University of Florida; W. :
KENT FUCHS, in his official capacity as :
President of the University of Florida; JOSEPH :
GLOVER, in his official capacity as Provost of :
the University of Florida; and LAURA :
ROSENBURY, in her official capacity as Dean of :
the Fredric G. Levin College of Law, :
:
    Defendants. :
---------------------------------x

## JOINT STATUS REPORT

Pursuant to this Court's Initial Scheduling Order dated December 2, 2021 (ECF No. 25), the parties respectfully submit this joint status report on the progress of discovery. The parties held the Rule 26(f) conference on January 3, 2022.

Plaintiffs served their First Request for Production of Documents to Defendants on December 27, 2021. Defendants served their Responses and Objections on January 26, 2022. The parties met and conferred on March 7, 2022.

Defendants served their First Set of Requests for the Production of Documents and Interrogatories on January 21, 2022. Plaintiffs served their Responses and Objections on February 22, 2022. Plaintiffs served their First Set of Interrogatories and First Requests for Admission on February 24, 2022. Defendants served their Responses and Objections on April 1, 2022.

Respectfully submitted.

Dated: April 1, 2022

*/s/ David A. O'Neil*
DAVID A. O'NEIL (*pro hac vice*)
Debevoise & Plimpton LLP
801 Pennsylvania Avenue N.W.
Suite 500
Washington, D.C. 20004
(202) 383-8000
daoneil@debevoise.com

*Attorney for Plaintiffs*

PAUL DONNELLY
Florida Bar No. 813613
Donnelly + Gross LLP
2421 NW 41st Street, Suite A-1
Gainesville, FL 32606
(352) 374-4001
paul@donnellygross.com

*Attorney for Plaintiffs*

*/s/ H. Christopher Bartolomucci*
H. CHRISTOPHER BARTOLOMUCCI
SCHAERR | JAFFE LLP
1717 K Street NW, Suite 900
Washington, D.C. 20006
(202) 787-1060
cbartolomucci@schaerr-jaffe.com

*Attorney for Defendants*