# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF FLORIDA
# GAINESVILLE DIVISION

| | |
|---|---|
| SHARON WRIGHT AUSTIN, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> UNIVERSITY OF FLORIDA BOARD OF TRUSTEES, *et al.*, <br><br> Defendants. | 1:21-cv-00184-MW-GRJ |

## JOINT MOTION TO ENTER PROTECTIVE ORDER

Pursuant to Federal Rules of Civil Procedure 7(b)(1) and 26(c)(1), the parties jointly request that the Court enter the Stipulation and Proposed Order Governing the Protection and Exchange of Confidential Material attached hereto as Exhibit 1.

Respectfully submitted.

Dated: April 28, 2022

*/s/ David A. O'Neil*

DAVID A. O'NEIL (*pro hac vice*)
Debevoise & Plimpton LLP
801 Pennsylvania Avenue N.W.
Suite 500
Washington, D.C. 20004
(202) 383-8000
daoneil@debevoise.com

*/s/ H. Christopher Bartolomucci*

H. CHRISTOPHER BARTOLOMUCCI
Schaerr | Jaffe LLP
1717 K Street NW, Suite 900
Washington, D.C. 20006
(202) 787-1060
cbartolomucci@schaerr-jaffe.com

*Attorney for Defendants*

PAUL DONNELLY
Florida Bar No. 813613
Donnelly + Gross LLP
2421 NW 41st Street, Suite A-1
Gainesville, FL 32606
(352) 374-4001
paul@donnellygross.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(B)

The parties have conferred and jointly request that the Court enter the attached order.

/s/ David A. O'Neil
David A. O'Neil

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(F)

I hereby certify that this motion contains 36 words.

/s/ David A. O'Neil
David A. O'Neil

2