| From: | ecf_help@ca11.uscourts.gov |
|---|---|
| To: | FLNDdb_efile Appeals |
| Subject: | 22-10448-GG Sharon Wright Austin, et al v. University of Florida Board of Trustees, et al "FRAP 11 Certification Requested" (1:21-cv-00184-MW-GRJ) |
| Date: | Thursday, May 19, 2022 12:43:27 PM |

**\*\*\*NOTE TO USERS\*\*\* The following notice is for internal court use only and access to the information is limited to named recipients. Access to the Notes and Documents may be further restricted.**

### United States Court of Appeals for the Eleventh Circuit

**Notice of Docket Activity**

The following transaction was filed on 05/19/2022

**Case Name:**   Sharon Wright Austin, et al v. University of Florida Board of Trustees, et al

**Case Number:**   22-10448

**Docket Text:**
**Please certify that the electronic record, including transcripts and exhibits, is complete for purposes of this appeal pursuant to 11th Cir. R. 11-2. Electronic versions of all documentary exhibits admitted into evidence at trial or any evidentiary hearing must be included in the electronic record on appeal pursuant to 11th Cir. R. 11-3. Please see 11th Cir. R. 11-3 for additional information about transmitting sealed or confidential exhibits, audio or video exhibits, and non-documentary physical exhibits.**

**Notice will be electronically mailed to:**

Clerk - Northern District of Florida, Clerk of Court