UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA

IN RE: ASSIGNMENT OF CIVIL AND CRIMINAL CASES TO MAGISTRATE JUDGES

Case No. 4:95-mc-40111

_____/

## ORDER AMENDING CASE ASSIGNMENT

In order to promote an equitable distribution of cases among the magistrate judges of this district, effective July 15, 2022, the clerk of court is hereby directed to assign cases on a random basis as indicated below.

GAINESVILLE DIVISION

Prisoner (NOS 510) civil cases shall be referred:

25% to Magistrate Judge Michael J. Frank

25% to Magistrate Judge Hope T. Cannon

25% to Magistrate Judge Martin A. Fitzpatrick

25% to Magistrate Judge Zachary C. Bolitho

Prisoner (NOS 540, 560) civil cases shall be referred:

25% to Magistrate Judge Michael J. Frank

25% to Magistrate Judge Hope T. Cannon

25% to Magistrate Judge Martin A. Fitzpatrick

    25% to Magistrate Judge Zachary C. Bolitho

Prisoner (NOS 550, 555) civil cases shall be referred:

    25% to Magistrate Judge Michael J. Frank

    25% to Magistrate Judge Hope T. Cannon

    25% to Magistrate Judge Martin A. Fitzpatrick

    25% to Magistrate Judge Zachary C. Bolitho

Habeas Corpus- General (NOS 530) cases shall be referred:

    25% to Magistrate Judge Michael J. Frank

    25% to Magistrate Judge Hope T. Cannon

    25% to Magistrate Judge Martin A. Fitzpatrick

    25% to Magistrate Judge Zachary C. Bolitho

Habeas Corpus- Alien Detainee (NOS 463) cases shall be referred:

    100% to Magistrate Judge Martin A. Fitzpatrick

Social Security (NOS 861, 862, 863, 864, 865) cases shall be referred:

    25% to Magistrate Judge Michael J. Frank

    25% to Magistrate Judge Hope T. Cannon

  25% to Magistrate Judge Martin A. Fitzpatrick

  25% to Magistrate Judge Zachary C. Bolitho

All other civil cases shall be referred:

  25% to Magistrate Judge Michael J. Frank

  25% to Magistrate Judge Hope T. Cannon

  25% to Magistrate Judge Martin A. Fitzpatrick

  25% to Magistrate Judge Zachary C. Bolitho

All criminal cases shall be referred:

  100% to Magistrate Judge Gary R. Jones

<u>PANAMA CITY DIVISION</u>

Prisoner (NOS 510) civil cases shall be referred:

  25% to Magistrate Judge Michael J. Frank

  25% to Magistrate Judge Hope T. Cannon

  25% to Magistrate Judge Martin A. Fitzpatrick

  25% to Magistrate Judge Zachary C. Bolitho

Prisoner (NOS 540, 560) civil cases shall be referred:

100% to Magistrate Judge Michael J. Frank

Prisoner (NOS 550, 555) civil cases shall be referred:

100% to Magistrate Judge Michael J. Frank

Habeas Corpus- General (NOS 530) cases shall be referred:

25% to Magistrate Judge Michael J. Frank

25% to Magistrate Judge Hope T. Cannon

25% to Magistrate Judge Martin A. Fitzpatrick

25% to Magistrate Judge Zachary C. Bolitho

Habeas Corpus- Alien Detainee (NOS 463) cases shall be referred:

100% to Magistrate Judge Martin A. Fitzpatrick

Social Security (NOS 861, 862, 863, 864, 865) cases shall be referred:

25% to Magistrate Judge Michael J. Frank

25% to Magistrate Judge Hope T. Cannon

25% to Magistrate Judge Martin A. Fitzpatrick

25% to Magistrate Judge Zachary C. Bolitho

All other civil cases shall be referred:

    100% to Magistrate Judge Michael J. Frank

All criminal cases shall be referred:

    100% to Magistrate Judge Michael J. Frank

PENSACOLA DIVISION

Prisoner (NOS 510) civil cases shall be referred:

    25% to Magistrate Judge Michael J. Frank

    25% to Magistrate Judge Hope T. Cannon

    25% to Magistrate Judge Martin A. Fitzpatrick

    25% to Magistrate Judge Zachary C. Bolitho

Prisoner (NOS 540, 560) civil cases shall be referred:

    50% to Magistrate Judge Hope T. Cannon

    50% to Magistrate Judge Zachary C. Bolitho

Prisoner (NOS 550, 555) civil cases shall be referred:

    50% to Magistrate Judge Hope T. Cannon

    50% to Magistrate Judge Zachary C. Bolitho

Habeas Corpus- General (NOS 530) cases shall be referred:

    25% to Magistrate Judge Michael J. Frank

    25% to Magistrate Judge Hope T. Cannon

    25% to Magistrate Judge Martin A. Fitzpatrick

    25% to Magistrate Judge Zachary C. Bolitho

Habeas Corpus- Alien Detainee (NOS 463) cases shall be referred:

    100% to Magistrate Judge Martin A. Fitzpatrick

Social Security (NOS 861, 862, 863, 864, 865) cases shall be referred:

    25% to Magistrate Judge Michael J. Frank

    25% to Magistrate Judge Hope T. Cannon

    25% to Magistrate Judge Martin A. Fitzpatrick

    25% to Magistrate Judge Zachary C. Bolitho

All other civil cases shall be referred:

    50% to Magistrate Judge Hope T. Cannon

    50% to Magistrate Judge Zachary C. Bolitho

All criminal cases shall be referred:

>50% to Magistrate Judge Hope T. Cannon

>50% to Magistrate Judge Zachary C. Bolitho

TALLAHASSEE DIVISION

Prisoner (NOS 510) civil cases shall be referred:

>25% to Magistrate Judge Michael J. Frank

>25% to Magistrate Judge Hope T. Cannon

>25% to Magistrate Judge Martin A. Fitzpatrick

>25% to Magistrate Judge Zachary C. Bolitho

Prisoner (NOS 540, 560) civil cases shall be referred:

>70% to Magistrate Judge Martin A. Fitzpatrick

>30% to Magistrate Judge Michael J. Frank

Prisoner (NOS 550, 555) civil cases shall be referred:

>70% to Magistrate Judge Martin A. Fitzpatrick

>30% to Magistrate Judge Michael J. Frank

Habeas Corpus- General (NOS 530) cases shall be referred:

      25% to Magistrate Judge Michael J. Frank

      25% to Magistrate Judge Hope T. Cannon

      25% to Magistrate Judge Martin A. Fitzpatrick

      25% to Magistrate Judge Zachary C. Bolitho

Habeas Corpus- Alien Detainee (NOS 463) cases shall be referred:

      100% to Magistrate Judge Martin A. Fitzpatrick

Social Security (NOS 861, 862, 863, 864, 865) cases shall be referred:

      25% to Magistrate Judge Michael J. Frank

      25% to Magistrate Judge Hope T. Cannon

      25% to Magistrate Judge Martin A. Fitzpatrick

      25% to Magistrate Judge Zachary C. Bolitho

All other civil cases shall be referred:

      75% to Magistrate Judge Martin A. Fitzpatrick

      25% to Magistrate Judge Michael J. Frank

All criminal cases shall be referred:

      100% to Magistrate Judge Martin A. Fitzpatrick

Upon the reopening of any case assigned to a magistrate judge who is no longer receiving cases, the clerk of court is directed to reassign the case on a random basis in accordance with the assignment provisions stated above.

**DONE AND ORDERED** this 14th day of July, 2022.

                                    *s/ Mark E. Walker*
                                    **Chief United States District Judge**