UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

SHARON WRIGHT AUSTIN, *et al.*,

    *Plaintiffs*,

v.

UNIVERSITY OF FLORIDA
BOARD OF TRUSTEES, *et al.*,

    *Defendants*.

Case No.: 1:21-cv-00184-MW-HTC

**JOINT MOTION TO EXTEND DISCOVERY DEADLINE TO
FACILITATE SETTLEMENT DISCUSSIONS**

Plaintiffs, Sharon Wright Austin *et al.*, and Defendants, the University of Florida Board of Trustees *et al.*, hereby jointly move to extend the discovery deadline and other deadlines in this case by 60 days to facilitate ongoing settlement discussions between the parties.

1. Plaintiffs commenced this action on November 5, 2021, with the filing of their Complaint. *See* Doc. 1.

2. On December 2, 2021, this Court issued its Initial Scheduling Order. *See* Doc. 25.

3. On January 18, 2022, the parties filed their Joint Report of Rule 26(f) Conference. *See* Doc. 62.

4. On January 19, 2022, this Court issued its Scheduling and Mediation Order. *See* Doc. 63. That order set August 1, 2022, as the discovery deadline; August 22, 2022, as the deadline for summary judgment motions; and November 7, 2022, as the bench trial date.

5. On January 21, 2022, this Court granted Plaintiffs' motion for a preliminary injunction. *See* Doc. 65. Defendants thereafter appealed the Court's order granting a preliminary injunction to the U.S. Court of Appeals for the Eleventh Circuit. The appeal is pending as 11th Cir. No. 22-10448.

6. The parties have been conducting discovery with diligence. The parties have exchanged multiple discovery requests and have each made an initial production of documents. *See* Doc. 92.

7. The parties have been participating in discussions facilitated by a mediator.

8. To continue those discussions, the parties jointly request that the Court extend the discovery deadline, and other deadlines established by the Court, by 60 days. The requested extension of time would allow the parties to focus on their settlement discussions without expending time and resources on discovery. The parties are negotiating in good faith with an eye toward settling this case.

9. If the requested extension of time is granted, the discovery deadline would be extended from August 1, 2022 to September 30, 2022. The summary

judgment deadline would be extended from August 22, 2022 to October 21, 2022. And the bench trial date would be extended from November 7, 2022 to a date convenient to the Court in January 2023.

For the foregoing reasons, the parties' joint motion to extend the discovery deadline and other deadlines by 60 days to facilitate settlement discussions should be granted.

|  | Respectfully submitted, |
|---|---|
| */s/ David A. O'Neil* | */s/ H. Christopher Bartolomucci* |
| David A. O'Neil (*pro hac vice*) | H. Christopher Bartolomucci |
| DEBEVOISE & PLIMPTON LLP | Brian J. Field (*admitted pro hac vice*) |
| 801 Pennsylvania Avenue N.W. | SCHAERR | JAFFE LLP |
| Suite 500 | 1717 K Street NW, Suite 900 |
| Washington, D.C. 20004 | Washington, DC 20006 |
| (202) 383-8000 | (202) 787-1060 |
| daoneil@debevoise.com | cbartolomucci@schaerr-jaffe.com |
|  | bfield@schaerr-jaffe.com |
| Paul Donnelly |  |
| Florida Bar No. 813613 | *Counsel for Defendants* |
| DONNELLY + GROSS LLP |  |
| 2421 NW 41st Street, Suite A-1 |  |
| Gainesville, FL 32606 |  |
| (352) 374-4001 |  |
| paul@donnellygross.com |  |

*Counsel for Plaintiffs*

Dated: July 25, 2022

**CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(B)**

The parties have conferred and jointly request that the Court grant the requested relief.

<u>/s/ H. Christopher Bartolomucci</u>
H. Christopher Bartolomucci

**CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(F)**

I hereby certify that this motion contains 372 words.

<u>/s/ H. Christopher Bartolomucci</u>
H. Christopher Bartolomucci