UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

| | |
|---|---|
| SHARON WRIGHT AUSTIN, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> UNIVERSITY OF FLORIDA BOARD OF TRUSTEES, *et al.*, <br><br> *Defendants*. | Case No.: 1:21-cv-00184-MW-HTC |

**[PROPOSED] ORDER**

Upon review of the parties' Joint Motion to Extend Discovery Deadline to Facilitate Settlement Discussions, and the entire record herein, it is hereby:

ORDERED that as the parties are negotiating in good faith in an attempt to settle this matter, in order to allow the parties to focus on settlement discussions, the Joint Motion to Extend Discovery Deadline by 60 days is GRANTED; and it is

FURTHER ORDERED that the discovery deadline is extended from August 1, 2022 to September 30, 2022; the summary judgment deadline is extended from August 22, 2022 to October 21, 2022; and the bench trial date is extended from November 7, 2022 to a date in January 2023 to be set by the Court.

SO ORDERED.

_____
Date

_____
Chief Judge Mark E. Walker