IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

SHARON WRIGHT AUSTIN,
et al.,

    *Plaintiffs*,

v.                        Case No.: 1:21cv184-MW/GRJ

UNIVERSITY OF FLORIDA BOARD
OF TRUSTEES, et al.,

    *Defendants*.

_____/

## ORDER GRANTING JOINT MOTION TO EXTEND DEADLINES

This Court has considered, without hearing, the parties' joint motion to extend certain deadlines. ECF No. 94. The motion is **GRANTED.** The discovery deadline is extended to September 30, 2022. The deadline for filing summary judgment motions is extended to October 21, 2022. The bench trial in this case is reset for Monday, March 13, 2023.

    **SO ORDERED on July 25, 2022.**

                                      s/Mark E. Walker                 
                                      **Chief United States District Judge**