## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF FLORIDA
## GAINESVILLE DIVISION

SHARON WRIGHT AUSTIN, *et al.*,

               *Plaintiffs*,

        v.

UNIVERSITY OF FLORIDA
BOARD OF TRUSTEES, *et al.*,

               *Defendants*.

Case No.: 1:21-cv-00184-MW-HTC

## JOINT MOTION TO FURTHER EXTEND DISCOVERY DEADLINE TO FACILITATE SETTLEMENT DISCUSSIONS

Plaintiffs, Sharon Wright Austin *et al*., and Defendants, the University of Florida Board of Trustees *et al*., hereby jointly move to further extend the discovery deadline and other deadlines in this case by an additional 45 days to facilitate ongoing settlement discussions between the parties.

1.    Plaintiffs commenced this action on November 5, 2021, with the filing of their Complaint.  *See* Doc. 1.

2.    On December 2, 2021, this Court issued its Initial Scheduling Order. *See* Doc. 25.

3.    On January 18, 2022, the parties filed their Joint Report of Rule 26(f) Conference.  *See* Doc. 62.

4.     On January 19, 2022, this Court issued its Scheduling and Mediation Order.  *See* Doc. 63.  That order set August 1, 2022, as the discovery deadline; August 22, 2022, as the deadline for summary judgment motions; and November 7, 2022, as the bench trial date.

5.     On January 21, 2022, this Court granted Plaintiffs' motion for a preliminary injunction.  *See* Doc. 65.  Defendants thereafter appealed the Court's order granting a preliminary injunction to the U.S. Court of Appeals for the Eleventh Circuit.  The appeal is pending as 11th Cir. No. 22-10448.

6.     The parties have been conducting discovery with diligence.  The parties have exchanged multiple discovery requests and have each made an initial production of documents.  *See* Doc. 97.

7.     The parties have been participating in discussions facilitated by a mediator.

8.     On July 25, 2022, the parties filed a joint motion to extend the discovery deadline to facilitate settlement discussions.  *See* Doc. 94.  That same day, this Court granted the motion and extended the discovery deadline to September 30, 2022.  *See* Doc. 95.  The Court also extended the deadline for filing summary judgment motions to October 21, 2022, and reset the bench trial in this case for March 13, 2023.  *Id.*

9.     The parties are still negotiating in good faith with an eye toward settling this case.  To continue and facilitate those discussions, the parties jointly request that

the Court further extend the discovery deadline, and other deadlines established by the Court, by an additional 45 days.

10.    If the requested extension of time is granted, the discovery deadline would be extended from September 30, 2022, to November 14, 2022.  The summary judgment deadline would be extended from October 21, 2022, to December 5, 2022. And the bench trial would be reset from March 13, 2023, to a date convenient to the Court later in 2023.

For the foregoing reasons, the parties' joint motion to further extend the discovery deadline and other deadlines by 45 days to facilitate settlement discussions should be granted.

Respectfully submitted,

/s/ David A. O'Neil
David A. O'Neil (*pro hac vice*)
DEBEVOISE & PLIMPTON LLP

801 Pennsylvania Avenue N.W.
Suite 500
Washington, D.C. 20004
(202) 383-8000
daoneil@debevoise.com

Paul Donnelly
Florida Bar No. 813613
DONNELLY + GROSS LLP
2421 NW 41st Street, Suite A-1
Gainesville, FL 32606
(352) 374-4001
paul@donnellygross.com

*Counsel for Plaintiffs*


Dated: September 14, 2022

/s/ H. Christopher Bartolomucci
H. Christopher Bartolomucci
Brian J. Field (*pro hac vice*)

SCHAERR | JAFFE LLP
1717 K Street NW, Suite 900
Washington, DC 20006
(202) 787-1060
cbartolomucci@schaerr-jaffe.com
bfield@schaerr-jaffe.com

*Counsel for Defendants*

**CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(B)**

The parties have conferred and jointly request that the Court grant the requested relief.

/s/ *H. Christopher Bartolomucci*
H. Christopher Bartolomucci


**CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(F)**

I hereby certify that this motion contains 430 words.

/s/ *H. Christopher Bartolomucci*
H. Christopher Bartolomucci