IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

| | |
|---|---|
| SHARON WRIGHT AUSTIN, et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> UNIVERSITY OF FLORIDA BOARD OF TRUSTEES, et al., <br><br> *Defendants*. | Case No.: 1:21-cv-00184-MW/HTC |

### [PROPOSED] ORDER GRANTING JOINT MOTION TO FURTHER EXTEND DEADLINES

This Court has considered, without hearing, the parties' joint motion to further extend certain deadlines. ECF No. ___. The motion is **GRANTED**. The discovery deadline is extended to November 14, 2022. The deadline for filing summary judgment motions is extended to December 5, 2022. The bench trial in this case is reset for _____, 2023

**SO ORDERED** on September ___, 2022.

s/_____
**Chief United States District Judge**