IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**SHARON WRIGHT AUSTIN,**
**et al.,**

    *Plaintiffs*,

v.                               Case No.: 1:21cv184-MW/GRJ

**UNIVERSITY OF FLORIDA BOARD**
**OF TRUSTEES, et al.,**

    *Defendants*.

_____/

**ORDER GRANTING JOINT MOTION**
**TO FURTHER EXTEND DEADLINES**

This Court has considered, without hearing, the parties' joint motion to further extend certain deadlines. ECF No. 98. The motion is **GRANTED.** The discovery deadline is extended to November 14, 2022. The deadline for filing summary judgment motions is extended to December 5, 2022. The bench trial in this case is reset for Monday, July 10, 2023.

    **SO ORDERED on September 14, 2022.**

                                                            s/Mark E. Walker
                                                            **Chief United States District Judge**