IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

SHARON WRIGHT AUSTIN,
et al.,

    *Plaintiffs*,

v.                                            Case No.: 1:21cv184-MW/HTC

UNIVERSITY OF FLORIDA BOARD
OF TRUSTEES, et al.,

    *Defendants*.

_____/

## ORDER GRANTING JOINT MOTION
## TO FURTHER EXTEND DEADLINES

This Court has considered, without hearing, the parties' joint motion to further extend certain deadlines. ECF No. 102. The motion is **GRANTED.** The discovery deadline is extended to December 14, 2022. The deadline for filing summary judgment motions is extended to January 4, 2023. The bench trial in this case will be rescheduled to a later date if the parties notify this Court that they are unable to reach a settlement.

**SO ORDERED on November 14, 2022.**

                                            **s/Mark E. Walker**_____
                                            **Chief United States District Judge**