# EXHIBIT 1

UF Conflicts of Interest Policy

(revised October 13, 2022)

 (https://www.ufl.edu/)

Home (/s/)    Topics    🔍 Search for policies...

ACADEMIC AFFAIRS (/S/TOPIC/0TO1K0000019QMXWA...

# Conflicts of Commitment and Conflicts of Interest

Published:                Oct 13, 2022
Responsible Unit:         Provost and Senior Vice President of Academic Affairs

## 1.  Policy Statement and Purpose

The University of Florida encourages its Employees to engage in activities supporting their professional growth, creating new knowledge and ideas, and furthering the University's mission of excellence in education, research, and service. University Employees' primary professional obligation, however, is to act in the best interest of the University and to maintain the highest ethical and professional standards. A University Employee's Outside Activities or interests must not conflict, or appear to conflict, with their professional obligations to the University. Accordingly, this Policy establishes standards and requirements to protect the University's financial wellbeing, reputation, and legal obligations and provides a system for identifying, reporting, and managing real or apparent conflicts.

## 2.  Applicability

All University Employees as defined below. To the extent this Policy conflicts with other University policies or procedures, this Policy shall control.

## 3.  Definitions

A.  *Conflict of Commitment*: Outside Activities whose time of occurrence or duration would hinder the Employee from carrying out Inside Activities.

B.  *Conflict of Interest*: a Private Interest, or relationship to a relative, that would reasonably appear to (a) adversely influence an Employee's actions, judgment or decisions, required to carry out Inside Activities or (b) create an unlawful conflict with the Employee's position as a public employee, as decreed by state or federal

law, which includes a situation in which regard for a Private Interest leads to disregard of a public duty or interest.

C.  *Days*: for purposes of this Policy, days shall be calendar days unless otherwise specified.

D.  *Employee*: University Faculty or Staff as defined herein.

E.  *Entity*: any business, company, or other organization, whether public or private, including without limitation any partnership, corporation, limited liability corporation, unincorporated association, or other institution or organization, whether for-profit or not-for-profit.

F.  *Faculty*: all positions identified as Academic Personnel in the University of Florida Regulation 7.003 Academic Personnel Employment Plan.

G.  *Financial Interest*: any Private monetary or equity Interest which would create a Conflict of Interest.

H.  *Inside Activity*: any activity an Employee does as part of their assigned responsibilities, including any University activities that form the basis for supervisory assessment of their University job performance.

I.  *Institutional Expertise*: an Employee's expertise in their University discipline or area of responsibility.

J.  *Investigator*: the principal Investigator, co-principal Investigator, or any other Employee responsible for the design, conduct, or reporting of proposed or funded research or educational activities.

K.  *Non-reportable Outside Activities*: include, but are not limited to:
   (1)  Any activity that is described as not reportable in UFOLIO or in other guidance communicated from the Office of the Provost; or
   (2)  Reporting for required jury duty; or
   (3)  Serving in the United States Armed Forces or other branches of the military; or
   (4)  Participating in scientific or educational conferences, invited colloquia or other events while representing the University, subsumed under Inside Activities; or
   (5)  Performing unpaid peer review, conference committee or journal editorial duties while representing the University, subsumed under Inside Activities;
   (6)  Research activities approved and coordinated through the University including research by Investigators conducted at Entities as part of a University sponsored project or research funding received by the University, subsumed under Inside Activities; or
   (7)  Reviewing proposals for a United States federal or state government sponsor or a domestic non-profit organization, subsumed under Inside Activities; or
   (8)  Writing or editing activities that are subsumed under Inside Activities; or
   (9)  Membership in an academic or professional society (however, serving on the Board or carrying a fiduciary role requires disclosure); or
   (10)  Signing an amicus brief when a UF entity is not a party.  When signing an amicus brief, an Employee is permitted to state his or her position with the University but must make clear that he or she is signing the amicus brief solely in his or her personal capacity.
   (11)  Receiving honors, academic awards, or an honorary degree from a non-profit institution that are

not cash value prizes as set forth in Section 6(H) of this policy, subsumed under Inside Activities; or

(12)  Taking Sabbatical or Professional Development Leave, subsumed under Inside Activities; or

(13)  Serving as a program manager for a United States federal agency or working on an assignment through the Intergovernmental Personnel Act or a related federal program, subsumed under Inside Activities; or

(14)  Participating in the Fulbright (Scholar) Fellowship program, subsumed under Inside Activities; or

(15)  Serving as an external member of a thesis, dissertation, or promotion committee, subsumed under Inside Activities.

L.  *Other Disclosable Activities*: Non-reportable Outside Activities that taken alone or together could represent a Conflict of Commitment.

M.  *Outside Activity*: any activity undertaken by the Employee that is not an Inside Activity.

N.  *Private Interest*: a concrete Financial Interest, or other material or tangible interest, including compensated or uncompensated relationships, held by or inuring to an Employee or Reporting Household member, and arising from the Employee's Outside Activity.

O.  *Reportable Outside Activity*: any Financial Interest or Outside Activity that is required to be disclosed to the University as provided in Items 1 to 12 below.

   (1)  Management or Material Interest: An Employee must report a management position (e.g., officer, director, partner, proprietor) held or material interest (more than a 5% ownership interest) owned by themselves, anyone in the Reporting Household, and any Relative (as defined in Florida Statute 112.312) whose position or interest is known to the employee, in an Entity that enters into any agreements or contracts with University (e.g., service agreements, leases, sales agreements).

   (2)  Publicly Traded Entity Payments/Ownership: An Employee must report receipt of payments from or an ownership interest of $5,000 or more (including shares, partnership stake, or derivative interests such as stock options) in a publicly traded Entity by the employee or anyone in the Reporting Household where the payments or ownership interest reasonably appear to be related to the Employee's Inside Activities or Institutional Expertise. This does not include an ownership interest managed by a third party, such as a mutual or retirement fund.

   (3)  Privately Held Entity Ownership: An Employee must report any remuneration of $5,000 or more or ownership in a privately held Entity by the Employee or a member of the Reporting Household, where the remuneration/ownership interest reasonably appears to be related to the Employee's Inside Activities or Institutional Expertise.

   (4)  Public Office/Candidate: An Employee must report if the Employee is a candidate for public office or holds public office.

   (5)  Outside Teaching Appointments: An Employee must report if the Employee has or is seeking approval to hold an additional (to their UF appointment) teaching appointment with an outside Entity, in the area of their Institutional Expertise that represents a Private Interest.

(6) <u>Outside Research</u>: An Employee must report if the Employee oversees or conducts or is seeking approval to conduct any research in the general area of their Institutional Expertise at, or receive any research resources or funding from or through, any Entity other than the University. Research by Investigators conducted at Entities as part of a University sponsored project or research funding received by the University is subsumed under Inside Activity and hence does not need to be disclosed in UFOLIO.

(7) <u>Classroom Works</u>: An Employee must report if the Employee requires or seeks approval to require students to purchase works to be used in the Employee's classroom when such works were created, authored or co-authored (e.g., textbook(s), computer software, electronic or digital media) by the Employee or Employee's spouse and for which the Employee or their spouse will receive, or anticipate receiving payment, loan, subscription, advance, deposit of money or service or anything of monetary value.

(8) <u>Royalties/Copyright/Licensing Income</u>: An Employee must report if the Employee receives royalties, licensing fees, and/or copyright income in the area of their Institutional Expertise of $5,000 or more, annually from an Entity other than the University.

(9) <u>Expert Witness/Legal Consulting</u>: An Employee must report if the employee serves or seeks approval to serve as an expert witness and/or engage in legal consulting, including drafting an amicus brief, in the area of their Institutional Expertise or Inside Activities in a legal matter like a lawsuit or a potential lawsuit. Activities in this category are only reviewed for Conflicts of Commitment and to confirm Employees are acting in their personal capacity unless a University entity, including a direct support organization or affiliate, is a party to the proceeding or the Board of Governors Self-Insurance Plan is providing for the defense of an <u>insured party (https://flbog.sip.ufl.edu/self-insurance-program-participants/)</u> in a medical liability proceeding.  Employees may identify their affiliation with the University so long as such identification does not indicate the Employees are speaking or acting on behalf of the University.

(10) <u>Professional Services Related to Institutional Expertise</u>: An Employee must report if an Employee provides or seeks approval to provide professional services to an outside Entity in the area of the Employee's Inside Activities or Institutional Expertise that represent a Private Interest.

(11) <u>Leadership Roles</u>: An Employee must report if the Employee has a senior management, administrative, or leadership role, that represents a Private Interest, with an outside Entity related to the Employee's Inside Activities or Institutional Expertise where the Employee makes executive business and/or financial decisions on behalf of the outside Entity.

(12) <u>Innovation Inducement Cash Value Prize</u>: An Employee must report if they choose to participate, as an Outside Activity, in a competition, with a prize amount greater than $5,000, in the area of their Institutional Expertise.

P.  *Reporting Household*: a spouse, domestic partner, dependent child or stepchild or any Relative (as defined in Section 112.312 of the Florida Statutes) who shares a household with the Employee.

Q.  *Staff*: any regular, non-exempt or exempt Employee in research, academic, or administrative positions, including Technical, Executive, Administrative and Managerial Support (TEAMS) staff; University Support Personnel System (USPS) staff; Law Enforcement Officer (LEO) and Other Personnel Services (OPS) staff as defined in University of Florida Regulation 1.100.

## 4.    Academic Freedom

As set forth in UF Regulation 7.018, academic freedom and responsibility are essential to the full development of a true university and apply to teaching, research, and creativity. In the development of knowledge, research endeavors, and creative activities, the faculty must be free to cultivate a spirit of inquiry and scholarly criticism and to examine ideas in an atmosphere of freedom and confidence. Faculty are free to engage in scholarly and creative activity and publish the results in a manner consistent with professional obligations. A similar atmosphere is required for university teaching. Consistent with the exercise of academic responsibility, a teacher has the freedom in the classroom to discuss academic subjects, select instructional materials and determine grades. The university student must likewise have the opportunity to study a full spectrum of ideas, opinions, and beliefs, so that the student may acquire maturity for analysis and judgment. Objective and skillful exposition of such matters is the duty of every instructor.

## 5.    Employee Personal Speech

The University affirms the free speech rights of its Employees to comment on matters of public concern in accordance with the First Amendment to the U.S. Constitution and Article I, Section 4 of the Florida Constitution.  Statements made by Employees in their capacities as individual citizens and not on behalf of the University, another person or entity, including those to the media, are not reportable outside activities. This includes when Employees are speaking in their personal capacity about areas of their expertise and when they use their University credentials for identification purposes only.  However, comments on matters of public concern become reportable outside activities, subject to University review for potential Conflicts of Interest or Conflicts of Commitment, when Employees seek to speak on behalf of or represent another as part of an activity that constitutes a Reportable Outside Activity.

## 6.    Conflicts

A.  Guiding Principles

University Employees must adhere to the highest ethical and professional standards. Good judgment is essential and no set of rules can adequately address the myriad of potential conflicts. If Employees have questions concerning a potential Conflict of Commitment or Conflict of Interest, they must first discuss these concerns with their supervisor[1]. Real or apparent conflicts must be managed or disclosed as set forth in

section 7 below.

B. <u>Conflicts of Commitment</u>

   1. University Employees must commit their primary professional and intellectual energy towards supporting the University's mission of excellence in education, research and service. A Conflict of Commitment occurs when an Employee's professional time or energy is devoted to Outside Activities adversely affecting their capacity to satisfy their obligations to the University of Florida.

   2. Conflicts of Commitment usually involve time allocation. For instance, when an Employee attempts to balance their University responsibilities with Outside Activities such as consulting or volunteering, they may be left with inadequate time to fulfil their University responsibilities.

   3. Employees wishing to engage in an Outside Activity that may present a Conflict of Commitment—however insignificant it may seem to the Employee—must disclose the Outside Activity to their supervisor and receive approval <u>before</u> engaging in the outside activity. Irrespective of disclosures, it is the responsibility of University supervisors (in the case of Faculty, their department chairs and deans) to identify and manage any Conflicts of Commitment undertaken by their direct reports.

   4. If the University determines an Employee's Outside Activity will result in a Conflict of Commitment, the University may, in accordance with this Policy, prohibit the Employee from engaging in the Activity; require the Employee take personal time off or a leave of absence to participate in the Activity; or implement other measures the University deems reasonably necessary. The viewpoint and content of the Employee's speech or other activity shall not be considered when assessing whether a Conflict of Commitment exists.

C. <u>Conflicts of Interest</u>

Employees must avoid situations which interfere with—or reasonably appear to interfere with—their professional obligations to the University. Such situations might create an appearance of impropriety and, therefore, must be disclosed. As explained more below, Employees must disclose Reportable Outside Activities in which they wish to engage through the University's online reporting system, UFOLIO, or as otherwise directed by the University. When the University determines an Employee's Outside Activity creates a Conflict of Interest, the University may, in accordance with this Policy, prohibit the Employee from engaging in the Activity; take actions to limit the Employee's activity; or implement other measures the University deems reasonably necessary to eliminate the potential conflict. The viewpoint and content of the Employee's speech or other activity shall not be considered when assessing whether a Conflict of Interest exists.

D. <u>Intellectual Property</u>

The University's mission includes fostering invention and the development of new patentable and non-patentable ideas, technologies, methodologies, copyrights and other creations of the human mind. The University attempts to license many of these innovations to commercial Entities so the fruits of this innovation may reach the marketplace for the public good and provide resources for further innovation. The University, therefore, must be protected from both real and perceived disclosure of intellectual property with Entities in

which University inventors have personal or financial interests or Entities that are adverse to the University's interest. More information, including applicable definitions, the University's ownership rights to inventions and works can be found in the University's Intellectual Property Policy (https://generalcounsel.ufl.edu/media/generalcounselufledu/documents/Intellectual-Property-Policy.pdf).

E. Use of University Resources, Students and Employees

1. Use of University facilities, equipment, or services for personal use and/or use in Outside Activities is prohibited. The University recognizes that sometimes Employees may incidentally use University facilities, equipment, or services for personal use and does not seek to discipline Employees for incidental use. Incidental use must not adversely affect the performance of Employees' University duties or the University's operations, must be extremely limited in duration and frequency, and must be restricted to matters that cannot be addressed during non-working time.

2. An Employee engaging in any Outside Activity shall not make more than incidental use of the facilities, equipment, or services of the University in connection with such Outside Activity without prior approval of the University or designee. Approval for the use of University facilities, equipment, or services may be conditioned upon reimbursement for such use.

3. An Employee engaging in any Outside Activity shall not involve University students or Employees in the Outside Activity unless otherwise disclosed and approved to do so. Employees are not generally permitted to engage in dual reporting relationships for Outside Activities which would involve an Employee supervising in the Outside Activity one of their UF students or UF employees they also have academic or supervisory authority over at UF.

F. No University Affiliation

Employees engaging in an Outside Activity do so as private citizens and shall not represent themselves to the outside employer or other recipient of services as engaging in such Outside Activity on behalf of the University except when specifically authorized in writing by the University to do so.

G. No Signing Contracts/Agreements Before Approval

Contracts/Agreements to engage in Reportable Outside Activities shall not be signed by Employees prior to formal disclosure and final approval of the relationship by the University of Florida.

H. Cash Value Prizes

"Cash Value Prizes" are awards of cash exceeding $5,000 that recognize work performed in the area of an Employee's University expertise. Cash Value Prizes are distinct from grants, contracts, or gifts that are awarded in advance for proposed work. Cash Value Prizes generally fall into two main categories: (1) Innovation Inducement Prizes, which are awarded to winners of competitions including challenge prizes by Federal or non-profit Agencies requiring the attainment, within a specific time frame, of specific material,

technology translation, or commercialization goals; and (2) all other Cash Value Prizes, including recognition prizes for research, scholarly or artistic accomplishments such as the Nobel prizes, the Fields medal, Clay Millennium prize, National book award, or Pulitzer prize.

1. Innovation Inducement Prizes

Employees wishing to compete for Innovation Inducement Prizes may do so as one of the following:

   a. An Outside Activity that does not make more than incidental use of University facilities, equipment, or services including student and staff time. Pursuit of an Innovation Inducement Prize within an Employee's area of expertise and/or using results from the Employee's previous work at the University does not itself constitute a Conflict within the meaning of this Policy. Monies awarded from the prize competition shall be the property of the Employee.

   b. An Inside Activity. With assigned effort to participate in the prize competition and approval by the chair/director, an Employee Investigator may use University facilities, equipment, or services, including graduate students research administration staff time.

      (1) If the prize is successfully obtained, the Employee Investigator shall be given the choice to treat the prize as described below.

         i. The Prize amount will be treated as net adjusted income and paid out in the same ratios as outlined under the terms of UFF CBA Article 22.7 (a) or Section C.6. of the UF Intellectual Property Policy, where applicable, but into residual funds (212). The creator(s) are the prize winners and their share will be paid as a lump sum additional pay. The "University program" shall be interpreted as the team of Employees who won the prize, and the funds for the "University program" shall be deposited into the residual accounts of these Employees.

         ii. The Award amount will be accounted for as an extramural award to the University but immediately transferred as: 65.6% to prize winners personal residual (fund 212) account. The remainder is journaled in the University's F&A holding project for return at the end of the fiscal year as all indirect costs are returned each year (10% additional to the PI/winner, 7.5% to the department, remainder to the college who will pay RCM to the University). Any allocation of prize funds to the Investigator's research residual account must be used for supporting the research mission of the University, i.e., direct research costs including but not limited to: summer salary, equipment purchases, travel, graduate student support, or other general research activities.

      (2) If the Investigator does not win the prize, the Investigator shall not be held liable for the University resources spent as part of the approved prize-participation budget.

2. All other Cash Value Prizes

Employees wishing to pursue or accept such prizes, if not prohibited by law, do not need to report such activity as an Outside Activity. The full value of any prize obtained belongs to the Employee Investigator who received the prize.

## 7. Disclosure Requirements

A. <u>When to Disclose</u>

1. Conflict of Interest:

Regardless of whether an Outside Activity occurs during a University assignment or appointment, Employees must disclose Reportable Outside Activities through UFOLIO (or as otherwise directed by the University) and receive formal approval prior to commencing such activities or pursuing such interests, at the following times:
(1) Upon initial hiring or engagement with the University;
(2) Prior to acquiring, prior to engaging in, prior to committing to engage in, or implementing a material change to a Reportable Outside Activity; an Employee may resubmit a Reportable Outside Activity in UFOLIO even if it was previously denied, provided the reason for denial was based on insufficient disclosure, there is a change in the Employee's Inside Activities, or Institutional Expertise or there is a change to the proposed Reportable Outside Activity.
(3) Prior to entering a relationship, including a familial relationship, which could reasonably be perceived as creating a Conflict of Interest; and
(4) At least annually, when requested by the University, even if attesting to no change from previous disclosures or no disclosures.

Regarding the annual reporting obligation in section 7(A)4 above, Employees must annually disclose their Reportable Outside Activities existing at that time. The University will make efforts to provide courtesy notice to Employees at least 30 days prior to their annual disclosure date. However, the failure to provide such notice or the failure of an Employee to receive such notice does not relieve an Employee of the obligation to make a timely annual disclosure.

Employees failing to receive formal approval prior to commencing a Reportable Outside Activity as required herein may be subject to administrative or disciplinary action as set forth in section 9 below. The absence of express disapproval of an outside activity does not constitute approval by the University.

2. Conflict of Commitment:

Employees must disclose Other Disclosable Activities to their supervisors in the manner specified by the supervisor before engaging in the activity. Irrespective of whether an Outside Activity is disclosed, however, it is the responsibility of all supervisors to identify any Conflicts of Commitment undertaken by their direct reports and manage it appropriately. If a supervisor is unsure whether a given activity poses a Conflict of Commitment or how to manage it, the supervisor should consult with the dean or vice president to whom they report.  In addition, Reportable Outside Activities may also be evaluated

for Conflicts of Commitment through the formal disclosure process. Contracts/Agreements to engage in Other Disclosable Activities shall not be signed by Employees prior to formal disclosure and final approval of the relationship by the University of Florida.

B. <u>What to Disclose</u>

1. Employees must separately disclose each Reportable Outside Activity as defined in section 3(O) of this policy.

2. If the expected or estimated compensation for a Reportable Outside Activity is $5,000 or more, the Employee must report the expected or estimated amount of the compensation and may be required to provide formal documentation of the number of compensated hours.

3. Employees shall attach to the disclosure their contract or agreement associated with the Reportable Outside Activity. If there is no formal agreement, Employees shall attach any email, correspondence, or other document that authenticates the Reportable Outside Activity and their responses to the questions in the disclosure.

4. Employees must answer all required questions in UFOLIO or as otherwise directed by the University for any Employees not in the UFOLIO system.

5. If the University cannot make a determination to approve a disclosure without additional information or clarification and an Employee fails to provide the information or clarification, the University may disapprove the disclosure.

C. <u>How to Disclose</u>

1. <u>Conflict of Interest</u>. Employees must disclose Reportable Outside Activities in which they wish to engage through the University's online reporting system, UFOLIO, or as otherwise directed by the University. UFOLIO can be accessed here: <u>https://ufolio.compliance.ufl.edu/ (https://ufolio.compliance.ufl.edu/)</u>. Additional information and resources are located on the Conflicts of Interest Program website: <u>https://coi.ufl.edu/ (https://coi.ufl.edu/)</u>.

2. <u>Conflict of Commitment</u>. Disclosure of a potential Conflict of Commitment or Other Disclosable Activities shall be made to the Employee's supervisor in the manner specified by the respective Employee's department. In the absence of a specified manner for approval of a Conflict of Commitment, the Employee must at least obtain approval from the Employee's supervisor in writing and in a form that demonstrates the supervisor was informed of the full extent of the Outside Activity and commitment prior to approval. Outside Activities presenting a potential Conflict of Commitment must be disclosed and approved before the Employee undertakes the activity.

D. <u>Failure to Disclose</u>

1. Failure to disclose a Reportable Outside Activity by a respective deadline shall result in a written notification from the University, with copies to the Employee's supervisor, department chair and dean, directing the Employee to complete their disclosure within 10 business days. Upon receipt of written notification, the Employee must cease the activity. The Employee may choose to discontinue the activity with no further disclosure or may seek approval to continue the activity.

2. Failure to disclose more than 10 business days following the receipt of a delinquency notification

shall result in a written reprimand from the University, with copies to the Employee's supervisor, department chair and dean, as applicable, indicating the Employee must complete their disclosure within 10 business days.

3. If an Employee fails to disclose more than 10 business days following receipt of a written reprimand, the University may take administrative or disciplinary action against the Employee up to and including termination of employment.

4. Failure to make truthful and complete disclosure of all Reportable Outside Activities or Conflicts of Commitment may subject the Employee to administrative or disciplinary action as set forth in section 9 below.

5. Employees commencing a Reportable or Other Disclosable Outside Activity before receiving formal approval as required herein may be subject to administrative or disciplinary action as set forth in section 9 below.

# 8.   Review and Adjudication

A. For Reportable Outside Activities disclosed through UFOLIO, the Assistant Vice President for Conflicts of Interest (AVPCOI) and, depending upon the type of activity or interest, other applicable University officials, will determine the appropriate resolution including any reasonable and appropriate monitoring or management measures, or whether the disclosed activity or relationship presents an impermissible Conflict of Interest or Conflict of Commitment. If the AVPCOI resolution involved a significant contribution by an ancillary reviewer, such contribution shall be documented within the UFOLIO system.

   i. The AVPCOI shall report the resolution, with a written explanation, of the Reportable Outside Activity to Employee not later than 30 days after Employee submitted the UFOLIO request. The written explanation shall provide a reason for the determination, with sufficient detail, and indicate whether a proposed disapproval is based on insufficient disclosure, Conflict of Interest or Conflict of Commitment. However, requests for clarifications, communications between supervisors and the Conflict of Interest Program, approvals for exemptions from applicable provisions of the Florida Code of Ethics for Public Employees, or ancillary reviews by other University offices may result in longer review times. Review status is viewable in UFOLIO at all times. If a decision has not been made within 30 days, Employees may allow the review process to continue or request via UFOLIO-help@ufl.edu (mailto:UFOLIO-help@ufl.edu) and will receive a determination regarding the disclosure within 72 hours.

   ii. If the AVPCOI determines that a Reportable Outside Activity is a Conflict of Interest that can be approved with an appropriate plan for monitoring and mitigation ("Oversight Agreement"), such Monitoring Plan shall be presented to Employee. If Employee declines to comply with a proposed Monitoring Plan via UFOLIO-help@ufl.edu (mailto:UFOLIO-help@ufl.edu), the AVPCOI will notify the Provost's Advisory Committee within 3 business days of receiving the Employee's written notice declining such plan and requesting Provost Advisory Committee review.

   iii. If the AVPCOI proposes to disapprove a Reportable Outside Activity based on a Conflict of Interest,

the AVPCOI will notify the Employee at the time the AVPCOI notifies the Provost's Advisory Committee of the proposed disapproval.  The AVPCOI will notify the Provost's Advisory Committee within 3 business days after proposing the disapproval of a Reportable Outside Activity based on a Conflict of Interest.

iv.   In accordance with this Policy, the Provost's Advisory Committee shall review the proposed disapproval of a Reportable Outside Activity based on a Conflict of Interest.  The dean of each college will designate a representative to serve as a COI consultant and the Provost's Advisory Committee will seek input from the appropriate COI consultant as part of its review.  Not later than 30 days after receipt of the AVPCOI's proposed disapproval, the Provost's Advisory Committee will provide a written recommendation to the Provost to either approve or disapprove the Reportable Outside Activity.  The Provost shall decide to approve, approve conditioned on Employee's acceptance of a Oversight Agreement, or disapprove within 10 business days after receipt of the recommendation by the Provost's Advisory Committee.  Notwithstanding the deadlines set forth in Section 8.A.i-iv, in the event the AVPCOI proposes the disapproval of an Activity under Section 3.O.Item 9 on the basis of Conflict of Interest, the Provost shall make a final decision regarding such Activity no later than 30 days following the Employee's submission of a UFOLIO request to perform such Activity.

v.   If an Employee believes that the Provost's decision violates this Policy or the conflicts of interest article in an applicable collective bargaining agreement, the Employee may submit an appeal to the COI Appeal Panel [here (https://coi.ufl.edu/committeeandappeals/)](https://coi.ufl.edu/committeeandappeals/) not later than 30 days after the Provost's issuance of a decision.  The COI Appeal Panel shall review Employee's appeal and make a final determination regarding any alleged violations of this Policy or applicable collective bargaining agreement article no later than 30 days after receipt of the COI Appeal Form.  The University is not required to process or adjudicate a COI Appeal Form that is not submitted in accordance with the procedures set forth in this Policy.  The COI Appeal Panel shall make a final determination regarding Activities under Section 3.O.Item 9 no later than 10 business days after the appeal is submitted by the Employee.  Two members of the COI Appeal Panel will constitute a quorum for purposes of this expedited determination.

vi.   An Employee may grieve a final decision by the COI Appeal Panel in accordance with the applicable University regulation or collective bargaining agreement.

B.   For Employees who do not have access to UFOLIO, Reportable Outside Activities will be disclosed and adjudicated as directed by the University.

C.   For Other Disclosable Activities, the Employee's direct supervisor, in consultation with the Assistant Vice President for Conflicts of Interest, will determine whether the activity constitutes a permissible Outside Activity with or without an approved conflicts management plan or is an impermissible Conflict of Commitment. In addition to an Employee's obligation to report a potential Conflict of Commitment to the Employee's supervisor, University supervisors shall be responsible for identifying any Conflict of Commitment of their direct reports and managing the conflict appropriately.

## 9.   Policy Violations

The University may take administrative or disciplinary action concerning violations of this Policy up to and including termination of employment.

[1] Certain Outside Activities and Financial Interests must always be disclosed as set forth in section 7 of this Policy. When in doubt, supervisors must advise an Employee to disclose a potential conflict.

## History

| Date | Description |
| --- | --- |
| July 1, 2020 | Policy Adopted |
| November 10, 2020 | Policy Updated |
| November 23, 2021 | Policy Updated |
| January 25, 2022 | Policy Updated |
| October 13, 2022 | Policy Updated - Substantive Revision |

## Related Articles

Research Integrity (/s/article/Research-Integrity)  401

Endorsement of Commercial Services or Products by UF Employees (/s/article/Endorsement)  321

Classification and Management of External Support (/s/article/Classification-and-Management-of-External-Support)  1.07K

University of Florida Investment Policy (/s/article/University-of-Florida-Investment-Policy)  266

Non-Student Hourly OPS Employment (/s/article/Non-Student-Hourly-OPS-Employment)  363

## Trending Articles

Shift Differential (/s/article/Shift-Differential)

Conflicts of Commitment and Conflicts of Interest (/s/article/Conflicts-of-Commitment-and-Conflicts-of-Interest)

Social Media (/s/article/Social-Media)

Chosen and Legal Name and Gender Change (/s/article/Chosen-and-Legal-Name-and-Gender-Change)

Drug-Free Workplace (/s/article/Drug-Free-Workplace)

Questions? Contact the Policy Hub (https://uf.tfaforms.net/f/policy-hub)

APPLY (HTTP://ADMISSIONS.UFL.EDU/START.HTML)

VISIT (HTTP://VIRTUALTOUR.UFL.EDU/)

JOBS (HTTPS://JOBS.UFL.EDU/)

ASK UF (HTTP://QUESTIONS.UFL.EDU/)


(http://www.ufl.edu)

University of Florida
Gainesville, FL 32611
(352) 392-3261

# RESOURCES

ONE.UF (https://one.uf.edu)

WEBMAIL (https://webmail.ufl.edu)

MYUFL (https://my.ufl.edu)

E-LEARNING (http://elearning.ufl.edu)

DIRECTORY (https://directory.ufl.edu)

# CAMPUS

WEATHER (http://ufweather.org)

CAMPUS MAP (http://campusmap.ufl.edu)

STUDENT TOURS (http://virtualtour.ufl.edu)

ACADEMIC CALENDAR (https://catalog.ufl.edu/ugrad/current/Pages/dates-and-deadlines.aspx)

EVENTS (http://calendar.ufl.edu)

# WEBSITE

WEBSITE LISTING (http://www.ufl.edu/websites)

ACCESSIBILITY (http://accessibility.ufl.edu)

PRIVACY POLICY (http://privacy.ufl.edu/privacy-policies-and-procedures/onlineinternet-privacy-statement)

REGULATIONS (http://regulations.ufl.edu)