IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

SHARON WRIGHT AUSTIN, et al.,

*Plaintiffs*,

v.

UNIVERSITY OF FLORIDA
BOARD OF TRUSTEES, et al.,

*Defendants*.

Case No.: 1:21-cv-00184-MW/HTC

## [PROPOSED] ORDER GRANTING MOTION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE

This Court has considered, without hearing, Plaintiffs' motion for voluntary dismissal without prejudice.  ECF No. 105.  On October 13, 2022, the University of Florida adopted a new Conflicts of Interest Policy that, for the first time, prohibits consideration of viewpoint and content in determining the existence of a conflict of interest arising from faculty speech.  As a result of that new Policy, the Court finds that this case has been rendered moot.  For that reason, this Court **GRANTS** the motion, ECF No. 105, and exercises its discretion to voluntarily dismiss this case without prejudice.  *See* Fed. R. Civ. P. 41(a)(2).

The Clerk shall enter judgment stating, "Plaintiffs' claims against Defendants are dismissed without prejudice." Plaintiffs shall file any motion for attorneys' fees and costs in accordance with N.D. Fla. Local R. 54.1.

**SO ORDERED** on December \_\_\_, 2022.

s/_____
**Chief United States District Judge**