IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

```
------------------------------------x
SHARON WRIGHT AUSTIN, MICHAEL MCDONALD,  :
DANIEL A. SMITH, JEFFREY GOLDHAGEN,      :
TERESA J. REID, and KENNETH B. NUNN,     :
                                         :   1:21-cv-00184-MW-HTC
              Plaintiffs,                :
                                         :
       v.                                :
                                         :
UNIVERSITY OF FLORIDA BOARD OF TRUSTEES, :
the public body corporate acting for and on behalf of the :
University of Florida; W. KENT FUCHS, in his official :
capacity as President of the University Florida; JOSEPH :
GLOVER, in his official capacity as Provost of the :
University of Florida; and LAURA ROSENBURY, in her :
official capacity as Dean of the Fredric G. Levin College :
of Law,                                  :
                                         :
              Defendants.                :
                                         :
------------------------------------X
```

## NOTICE OF CHANGE OF ADDRESS

       PLEASE TAKE NOTICE that Debevoise & Plimpton LLP has relocated its New York office to the following as of January 17, 2023:

> Debevoise & Plimpton LLP
> 66 Hudson Boulevard
> New York, New York 10001
> (212) 909-6000

Please direct any hard copy service to us at our new address.

Dated: New York, New York
       January 12, 2023

                                      DEBEVOISE & PLIMPTON LLP

                                      By:    *s/ Morgan A. Davis*
                                      Morgan A. Davis (mdavis@debevoise.com)
                                      Jaime Freilich-Fried (jmfried@debevoise.com)

        Samuel Rosh (sjrosh@debevoise.com)
        Soren Schwab (sschwab@debevoise.com)
        Katharine Witteman (kmwitteman@debevoise.com)
        New York, New York  10001
        (212) 909-6000

*Attorneys for Plaintiffs Sharon Wright Austin, Michael McDonald, Daniel A. Smith, Jeffrey Goldhagen, Teresa J. Reid, and Kenneth B. Nunn*