IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

SHARON WRIGHT AUSTIN,
et al.,

      *Plaintiffs*,

v.                                 Case No.: 1:21cv184-MW/HTC

UNIVERSITY OF FLORIDA BOARD
OF TRUSTEES, et al.,

      *Defendants*.

_____/

## ORDER DIRECTING CLERK TO TERMINATE MOTION PENDING OUTCOME OF APPEAL

Plaintiffs move to dismiss this action without prejudice, citing a recent rule change at the University of Florida that allegedly moots the controversy. ECF No. 105. Defendants respond that this case became moot long before the most recent rule change, but in any event this Court should refrain from forging ahead of the Eleventh Circuit and resolving Plaintiffs' motion and request for fees.

This Court agrees with Plaintiffs' thoughtful arguments that it is within its jurisdiction to entertain Plaintiffs' motion and fee request at this time. Indeed, it is mystifying to this Court that Defendants continue to argue that the earlier rule change mooted this controversy. This Court has rejected that same argument on the merits and notes that the November 2021 "revisions" amounted to something akin to

viewpoint discrimination on steroids. *See* ECF No. 65 at 29–30, 32, 34, 35–37.

But the question before this Court is not *can* this Court hear Plaintiffs' motion, but *should* it do so at this time. For both prudential reasons and judicial economy to preserve this Court's limited resources to address other pressing matters, this Court will take this matter under advisement *after* the Eleventh Circuit has addressed the parties' arguments on appeal. Accordingly, the Clerk shall terminate ECF No. 105 and re-gavel the motion after the appeal is either dismissed or resolved.

**SO ORDERED on January 24, 2023.**

**s/Mark E. Walker**
**Chief United States District Judge**