IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

------------------------------------x

SHARON WRIGHT AUSTIN, MICHAEL
MCDONALD, DANIEL A. SMITH, JEFFREY
GOLDHAGEN, TERESA J. REID, and
KENNETH B. NUNN,

                1:21-cv-00184-MW-HTC

        Plaintiffs,

  v.

UNIVERSITY OF FLORIDA BOARD OF
TRUSTEES, the public body corporate acting for
and on behalf of the University of Florida; W.
KENT FUCHS, in his official capacity as
President of the University Florida; JOSEPH
GLOVER, in his official capacity as Provost of
the University of Florida; and LAURA
ROSENBURY, in her official capacity as Dean of
the Fredric G. Levin College of Law,

        Defendants.

------------------------------------X

## MOTION FOR WITHDRAWAL OF COUNSEL

Pursuant to Local Rule 11.1(H)(1) of the Northern District of Florida, I respectfully move to withdraw as counsel for plaintiffs in the above-captioned matter. Plaintiffs consent to my withdrawal. As of January 27, 2023, I will

no longer be associated with Debevoise & Plimpton LLP.  I also respectfully request the Court's permission to have my name removed from the Court's docket and electronic mailing distribution list.

Attorneys from Debevoise & Plimpton and Donnelly + Gross LLP will continue to serve as counsel of record for plaintiffs and, therefore, my withdrawal will not adversely affect the interests of the plaintiffs.  I am not asserting a retaining or charging lien.

Dated: January 26, 2023
New York, N.Y.

/s/ Katharine M. Witteman

Katharine M. Witteman
Debevoise & Plimpton LLP
66 Hudson Boulevard
212-909-6000
New York, NY 10001
kwitteman@debevoise.com