IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**SHARON WRIGHT AUSTIN,**
**et al.,**

    *Plaintiffs*,

v.                                              Case No.: 1:21cv184-MW/HTC

**UNIVERSITY OF FLORIDA BOARD**
**OF TRUSTEES, et al.,**

    *Defendants*.

_____/

## ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL

This Court has considered, without hearing, the motion to withdraw Katharine M. Witteman as counsel for Plaintiffs. ECF No. 112. Plaintiffs continue to be represented by counsel, and representation will continue uninterrupted. This motion is, therefore, **GRANTED**. The Clerk shall disconnect Katharine M. Witteman from CM/ECF in this matter.

    **SO ORDERED on January 26, 2023.**

                                             s/Mark E. Walker
                                             **Chief United States District Judge**