# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith  
Clerk of Court

For rules and forms visit  
www.ca11.uscourts.gov

March 20, 2023

Clerk - Northern District of Florida  
U.S. District Court  
401 SE 1ST AVE STE 243  
GAINESVILLE, FL 32601-6895

Appeal Number: 22-10448-GG  
Case Style: Sharon Wright Austin, et al v. University of Florida Board of Trustees, et al  
District Court Docket No: 1:21-cv-00184-MW-GRJ

The enclosed copy of this Court's Order of Dismissal is issued as the mandate of this court. See 11th Cir. R. 41-4. Counsel and pro se parties are advised that pursuant to 11th Cir. R. 27-2, "a motion to reconsider, vacate, or modify an order must be filed within 21 days of the entry of such order. No additional time shall be allowed for mailing."

Any pending motions are now rendered moot in light of the attached order.

<u>Clerk's Office Phone Numbers</u>

| | | | |
|---|---|---|---|
| General Information: | 404-335-6100 | Attorney Admissions: | 404-335-6122 |
| New / Before Briefing Cases: | 404-335-6135 | Capital Cases: | 404-335-6200 |
| Cases in Briefing / After Opinion: | 404-335-6130 | CM/ECF Help Desk: | 404-335-6125 |
| Cases Set for Oral Argument: | 404-335-6141 | | |

Enclosure(s)

DIS-4 Multi-purpose dismissal letter

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 22-10448-GG

_____

SHARON WRIGHT AUSTIN,
MICHAEL MCDONALD,
DANIEL A. SMITH,
JEFFREY GOLDHAGEN,
TERESA J. REID,
KENNETH B. NUNN,

                                                                 Plaintiffs - Appellees,

versus

UNIVERSITY OF FLORIDA BOARD OF TRUSTEES,
The Public Body Corporate acting for and on behalf of The University of Florida,
W. KENT FUCHS,
In his official capacity as President of The University of Florida,
JOSEPH GLOVER,
In his official capacity as Provost of The University of Florida,
LAURA ROSENBURY,
In her official capacity as Dean of the Fredric G. Levin College of Law,

                                                                 Defendants - Appellants.

_____

On Appeal from the United States
District Court for the Northern District of Florida

_____

BEFORE:   JILL PRYOR, GRANT, and LUCK, Circuit Judges.

BY THE COURT:

      Appellees' "Motion to Dismiss Appeal" is GRANTED. The appeal is DISMISSED AS MOOT. The district court's January 21, 2022 preliminary injunction is VACATED. The district court is DIRECTED to dismiss the case below as moot.