IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

SHARON WRIGHT AUSTIN,
et al.,

    *Plaintiffs*,

v.                                   Case No.: 1:21cv184-MW/HTC

UNIVERSITY OF FLORIDA BOARD
OF TRUSTEES, et al.,

    *Defendants*.
_____/

## ORDER VACATING PRELIMINARY INJUNCTION AND SETTING DEADLINE TO FILE MOTION REGARDING ENTITLEMENT TO FEES

This case has been rendered moot by Defendants' change in policy, because the policy at issue no longer permits viewpoint discrimination with respect to University of Florida professors.[1] *See* ECF No. 116. Accordingly, the Clerk shall **VACATE** the preliminary injunction, ECF No. 65. Pursuant to the directive of the Eleventh Circuit, this case is **DISMISSED as moot**. The Clerk shall enter judgment stating, "Plaintiffs' claims are **DISMISSED as moot**."

The Clerk shall *not* close the file, however, until this Court resolves any claim for attorney's fees. Accordingly, Plaintiffs shall file any motion to determine

---

[1] This Court recognizes that the parties dispute which change in policy rendered Plaintiffs' First Amendment claims moot.

*entitlement* to attorney's fees on or before Thursday, April 6, 2023, and Defendants shall file a response thereto on or before two weeks from the date the motion for entitlement to fees is filed. The parties must identify any further request for hearing regarding entitlement to fees, otherwise this Court will rely on the papers. If this Court determines Plaintiffs are entitled to any attorney's fees, this Court will set a separate briefing schedule as to *amount* at a later date.

**SO ORDERED on March 23, 2023.**

<u>s/Mark E. Walker                    </u>
**Chief United States District Judge**