# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA GAINESVILLE DIVISION

**SHARON WRIGHT AUSTIN, et al.,**
    **Plaintiffs,**

v.                                                           Case No. 1:21cv184-MW/HTC

**UNIVERSITY OF FLORIDA BOARD OF TRUSTEES, et al.,**
    **Defendants.**
_____/

## **JUDGMENT**

Plaintiffs' claims are DISMISSED as moot.

                                                        JESSICA J. LYUBLANOVITS
                                                        CLERK OF COURT

<u>March 23, 2023</u>                                    <u>s/ KELLI MALU</u>
Date                                                    Deputy Clerk: Kelli Malu