# Adriana Mata

| | |
|---|---|
| **From:** | flnd_flncmecf@flnd.uscourts.gov |
| **Sent:** | Friday, November 5, 2021 4:53 PM |
| **To:** | flnd_clerk@flnd.uscourts.gov |
| **Subject:** | Activity in Case 1:21-cv-00184-MW-GRJ Austin et al v. UNIVERSITY OF FLORIDA BOARD OF TRUSTEES et al Complaint |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

U.S. District Court

**Northern District of Florida**

## Notice of Electronic Filing

The following transaction was entered by DONNELLY, PAUL on 11/5/2021 at 3:53 PM CDT and filed on 11/5/2021

| | |
|---|---|
| **Case Name:** | Austin et al v. UNIVERSITY OF FLORIDA BOARD OF TRUSTEES et al |
| **Case Number:** | [1:21-cv-00184-MW-GRJ](#) |
| **Filer:** | Sharon Wright Austin |
| | Daniel A. Smith |
| | Michael McDonald |

**Document Number:** [1](#)
**Judges(s) Assigned:** MARK E WALKER (presiding), GARY R JONES (referral)

**Docket Text:**
**COMPLAINT against All Plaintiffs ( Filing fee $ 402 receipt number AFLNDC-6532595.), filed by Sharon Wright Austin, Daniel A. Smith, Michael McDonald. (Attachments: # (1) Civil Cover Sheet Civil Cover Sheet, # (2) Summons, # (3) Notice of Related Case) (DONNELLY, PAUL)**


**1:21-cv-00184-MW-GRJ Notice has been electronically mailed to:**

PAUL ANDREW DONNELLY     paul@donnellygross.com, Adriana@donnellygross.com, Anna@donnellygross.com, file@donnellygross.com, jim@donnellygross.com, jung@donnellygross.com, laura@donnellygross.com, lisa@donnellygross.com, maria@donnellygross.com, patty@donnellygross.com

**1:21-cv-00184-MW-GRJ Notice will be mailed via USPS and will NOT be electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a

**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1047052653 [Date=11/5/2021] [FileNumber=7929208-0
] [4fa90d0d29bd522f139f5e6997981b8bf14ff92603ed1214b7027bc936668b93561
ee8baf91c919ef6c8dc86997fea12940ef7b44371de469a7a0616788756ec]]
**Document description:** Civil Cover Sheet Civil Cover Sheet
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1047052653 [Date=11/5/2021] [FileNumber=7929208-1
] [73f27da5f592144a9069b8be2534ba6d2b025274382de15e6ae795893afee6f0323
5ba6a4b8bf01792aae68557d9eb9fdacddf93243a13f09e2521a6f4c5331e]]
**Document description:** Summons
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1047052653 [Date=11/5/2021] [FileNumber=7929208-2
] [71a6e41aa8cd810070e726d7f543e76bef4efc68fc65681dcb2538e174d34247be4
104cf26530e444cf0f8cccf10470ecd2aade59c980005f4c2ffc7d07bb23d]]
**Document description:** Notice of Related Case
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1047052653 [Date=11/5/2021] [FileNumber=7929208-3
] [21a63ef5d873191303c959a9d543318e2416e1db7a26f12949d7d76d207da9ce872
6c595f9451d50251be4b903ca1557358d6410263a79b542e42706a2eed83c]]




# ALACHUA COUNTY SHERIFF'S OFFICE
## ALACHUA COUNTY, FLORIDA
# NON-ENFORCEABLE RETURN OF SERVICE

**Document Number:** ASO21CIV012285NON  **Agency Number:**
**Court:** DISTRICT
**County:** ALACHUA
**Case Number:** 121CV00184MWGRJ

**Attorney/Agent:**
DONNELLY & GROSS

2421 NW 41ST ST STE A-1
GAINESVILLE, FL 32606

**Plaintiff:** SHARON WRIGHT AUSTIN, MICHAEL MCDONALD, AND DANIEL A. SMITH
**Defendant:** UNIVERSITY OF FLORIDA BOARD OF TRUSTEES, THE PUBLIC BODY CORPORATE ACTING FOR AND BEHALF OF THE UNIVERSITY OF FLORIDA, E. KENT FUCHS, IN HIS OFFICIAL CAPACITY AS PRESIDENT OF THE UNIVERISTY FLORIDA, AND JOSEPH GLOVER, IN HIS OFFICIAL CAPACITY AS PROVOST OF THE UNIVERSITY OF FLORIDA

**Type of Process:** SUMMONS IN A CIVIL ACTION, COMPLAINT, CIVIL COVER SHEET, NOTICE OF RELATED CASE

PERSON TO BE SERVED: GLOVER, JOSEPH, PROVOST OF THE UNIVERSITY FLORIDA
111 TIGERT HALL , GAINESVILLE, FL

Received the above named writ on 11/15/2021 at 8:13 AM, and served the same on 11/16/2021 at 10:08 AM, in Alachua County, Florida, to RYAN FULLER, VP AND GENERAL COUNSEL.

SERVED AT 123 TIGERT HALL. FULLER HAS AUTHORIZATION FROM MR GLOVER TO ACCEPT SERVICE ON HIS BEHALF.

Clovis Watson Jr.
ALACHUA

By: /s/ Nicole Yancy #393
N. YANCY, 393

Service Fee: $120.00
Receipt No: 69862-21-D

Printed By: CVALEA

12285

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

SHARON WRIGHT AUSTIN, MICHAEL
MCDONALD, AND DANIEL A. SMITH,

      Plaintiffs,

v.                                       Case No.: 1:21-cv-00184-MW-GRJ

UNIVERSITY OF FLORIDA BOARD OF TRUSTEES,
the public body corporate acting for and behalf of the
University of Florida, W. KENT FUCHS, in his official
capacity as President of the University Florida, and
JOSEPH GLOVER, in his official capacity as Provost
of the University of Florida,

      Defendant.

_____/

**SUMMONS IN A CIVIL ACTION**

To:  **JOSEPH GLOVER, Provost of the University Florida**
      **111 Tigert Hall**
      **Gainesville, FL 32611-3157**

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ.P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

**Paul Donnelly, Donnelly + Gross
2421 NW 41st Street, Suite A-1, Gainesville, FL 32606**

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

JESSICA J LYUBLANOVITS,
*CLERK OF COURT*

Date: 11/8/2021                                     s/ KELLI MALU, Deputy Clerk
                                                                         *Signature of Clerk or Deputy Clerk*

[Stamp: ALACHUA COUNTY SHERIFF'S OFFICE, 2021 NOV 15 AM 7:05, CIVIL BUREAU]

 

**ALACHUA COUNTY SHERIFF'S OFFICE**
ALACHUA COUNTY, FLORIDA

# NON-ENFORCEABLE RETURN OF SERVICE

**Document Number:** ASO21CIV012285NON      **Agency Number:**
**Court:** DISTRICT
**County:** ALACHUA
**Case Number:** 121CV00184MWGRJ

**Attorney/Agent:**
 DONNELLY & GROSS

 2421 NW 41ST ST STE A-1
 GAINESVILLE, FL  32606

**Plaintiff:**   SHARON WRIGHT AUSTIN, MICHAEL MCDONALD, AND DANIEL A. SMITH
**Defendant:**  UNIVERSITY OF FLORIDA BOARD OF TRUSTEES, THE PUBLIC BODY CORPORATE ACTING FOR AND BEHALF OF THE UNIVERSITY OF FLORIDA, E. KENT FUCHS, IN HIS OFFICIAL CAPACITY AS PRESIDENT OF THE UNIVERISTY FLORIDA, AND JOSEPH GLOVER, IN HIS OFFICIAL CAPACITY AS PROVOST OF THE UNIVERSITY OF FLORIDA

**Type of Process:** SUMMONS IN A CIVIL ACTION, COMPLAINT, CIVIL COVER SHEET, NOTICE OF RELATED CASE

PERSON TO BE SERVED:  FUCHS, W. KENT PRESIDENT OF THE UNIVERISTY FLORIDA
                       111  TIGERT HALL , GAINESVILLE, FL

 Received the above named writ on 11/15/2021 at 8:13 AM, and served the same on 11/16/2021 at 10:08 AM, in Alachua County, Florida, to RYAN FULLER, VP AND GENERAL COUNSEL.

SERVED AT 123 TIGERT HALL. FULLER HAS AUTHORIZATION FROM MR FUCHS TO ACCEPT SERVICE ON HIS BEHALF.

Clovis Watson Jr.
ALACHUA

By: *[signature]* BT Nicole Yancy #393
N. YANCY, 393

Service Fee:   $120.00
Receipt No:    69862-21-D

Printed By:  CVALEA

12285

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

SHARON WRIGHT AUSTIN, MICHAEL
MCDONALD, AND DANIEL A. SMITH,

      Plaintiffs,

v.                                   Case No.: 1:21-cv-00184-MW-GRJ

UNIVERSITY OF FLORIDA BOARD OF TRUSTEES,
the public body corporate acting for and behalf of the
University of Florida, W. KENT FUCHS, in his official
capacity as President of the University Florida, and
JOSEPH GLOVER, in his official capacity as Provost
of the University of Florida,

      Defendant.

_____/

## SUMMONS IN A CIVIL ACTION

To: **W. KENT FUCHS, President of the University Florida**
**111 Tigert Hall**
**Gainesville, FL 32611-3157**

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ.P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

**Paul Donnelly, Donnelly + Gross**
**2421 NW 41st Street, Suite A-1, Gainesville, FL 32606**

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

JESSICA J LYUBLANOVITS,
*CLERK OF COURT*

Date: 11/8/2021                                s/ KELLI MALU, Deputy Clerk
                                                           *Signature of Clerk or Deputy Clerk*

[Stamp: ALACHUA COUNTY SHERIFF'S OFFICE CIVIL BUREAU 2021 NOV 15 AM 7:03]




# ALACHUA COUNTY SHERIFF'S OFFICE
## ALACHUA COUNTY, FLORIDA
# NON-ENFORCEABLE RETURN OF SERVICE

**Document Number:** ASO21CIV012285NON  **Agency Number:**
**Court:** DISTRICT
**County:** ALACHUA
**Case Number:** 121CV00184MWGRJ

**Attorney/Agent:**
DONNELLY & GROSS

2421 NW 41ST ST STE A-1
GAINESVILLE, FL 32606

**Plaintiff:** SHARON WRIGHT AUSTIN, MICHAEL MCDONALD, AND DANIEL A. SMITH
**Defendant:** UNIVERSITY OF FLORIDA BOARD OF TRUSTEES, THE PUBLIC BODY CORPORATE ACTING FOR AND BEHALF OF THE UNIVERSITY OF FLORIDA, E. KENT FUCHS, IN HIS OFFICIAL CAPACITY AS PRESIDENT OF THE UNIVERISTY FLORIDA, AND JOSEPH GLOVER, IN HIS OFFICIAL CAPACITY AS PROVOST OF THE UNIVERSITY OF FLORIDA

**Type of Process:** SUMMONS IN A CIVIL ACTION, COMPLAINT, CIVIL COVER SHEET, NOTICE OF RELATED CASE

PERSON TO BE SERVED:  THE UNIVERSITY OF FLORIDA BOARD OF TRUSTEES
111 TIGERT HALL , GAINESVILLE, FL

Received the above named writ on 11/15/2021 at 8:13 AM, and served the same on 11/16/2021 at 10:08 AM, in Alachua County, Florida, to RYAN FULLER, VP AND GENERAL COUNSEL.

SERVED AT 123 TIGERT HALL

Clovis Watson Jr.
ALACHUA

By: *[signature]* BT Nicole Yancy #393
N. YANCY, 393

Service Fee: $120.00
Receipt No: 69862-21-D

Printed By:  CVALEA

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

SHARON WRIGHT AUSTIN, MICHAEL
MCDONALD, AND DANIEL A. SMITH,

      Plaintiffs,               Civil Action No.: 1:21-cv-00184-MW-GRJ

v.

UNIVERSITY OF FLORIDA BOARD OF TRUSTEES,
the public body corporate acting for and behalf of the
University of Florida, W. KENT FUCHS, in his official
capacity as President of the University Florida, and
JOSEPH GLOVER, in his official capacity as Provost
of the University of Florida,

      Defendant.

_____/

**SUMMONS IN A CIVIL ACTION**

To:  **The University of Florida Board of Trustees
111 Tigert Hall
Gainesville, FL 32611-3157**

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ.P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

**Paul Donnelly, Donnelly + Gross
2421 NW 41st Street, Suite A-1, Gainesville, FL 32606**

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

JESSICA J LYUBLANOVITS
*CLERK OF COURT*

Date:  11/8/2021                s/ KELLI MALU, Deputy Clerk
                                           *Signature of Clerk or Deputy Clerk*



 

# ALACHUA COUNTY SHERIFF'S OFFICE
## ALACHUA COUNTY, FLORIDA
# NON-ENFORCEABLE RETURN OF SERVICE

**Document Number:** ASO21CIV012474NON      **Agency Number:**
**Court:** DISTRICT
**County:** ALACHUA
**Case Number:** 21CV184MWGRJ

**Attorney/Agent:**
DONNELLY & GROSS

2421 NW 41ST ST STE A-1
GAINESVILLE, FL  32606

**Plaintiff:** SHARON WRIGHT AUSTIN, MICHAEL MCDONALD, DANIEL A. SMITH, JERFFREY GOLDHAGEN, TERESA J. REID AND KENNETH B NUNN

**Defendant:** UNIVERSITY OF FLORIDA BOARD OF TRUSTEES, W KENT FUCHS, IN HIS OFFICIAL CAPACITY, JOSEPH GLOVER, IN HIS OFFICIAL CAPACITY, AND LAURA ROSENBURY, IN HER OFFICITY CAPACITY.

**Type of Process:** SUMMONS IN A CIVIL ACTION, AMENDED COMPLAINT, COMPLAINT, CIVIL COVER SHEET, INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS 44, NOTICE OF RELATED CASE

**PERSON TO BE SERVED:** ROSENBURY, LAURA (DEAN OF THE FREDRIC G. LEVIN COLLEGE OF LAW)
264 HOLLAND HALL , GAINESVILLE, FL

Received the above named writ on 11/19/2021 at 9:42 AM, and served the same on 11/30/2021 at 10:50 AM, in Alachua County, Florida, to SHAYNE THOMAS, SR COUNSEL.

SUBJECT REFUSED SERVICE AND ADVISED THAT UF'S GENERAL COUNSEL WOULD ACCEPT SERVICE ON HER BEHALF. SERVED AT 123 TIGERT HALL

Clovis Watson Jr.
ALACHUA

By: *[signature]* BT Nicole Yancy #393
N. YANCY, 393

Service Fee:   $40.00
Receipt No:    69940-21-D

Printed By:  CVALEA

O 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of Florida ▼

Sharon Wright Austin, Michael McDonald, Daniel A. Smith, Jeffrey Goldhagen, Teresa J. Reid and Kenneth B. Nunn
)
)
)
)
)
*Plaintiff(s)*
)
v.
)
University of Florida Board of Trustees, W. Kent Fuchs, in his official capacity, Joseph Glover, in his official capacity, and Laura Rosenbury, in her official capacity
)
)
)
)
*Defendant(s)*
)

Civil Action No. 21-cv-184-MW-GRJ

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Laura Rosenbury, Dean of the Fredric G. Levin College of Law
264 Holland Hall
Gainesville, FL 32611

A lawsuit has been filed against you.

Within 1 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 2 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be ser ed on the plaintiff or plaintiff's attorney, whose name and address are:
Paul Donnelly, Donnelly + Gross
2421 NW 41st Street, Suite A-1, Gainesville, FL 32606

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

JESSICA J LYUBLANOVITS

*CLERK OF COURT*

Date: 11/17/2021

s/ KELLI MALU, Deputy Clerk

*Signature of Clerk or Deputy Clerk*






## ALACHUA COUNTY SHERIFF'S OFFICE
## ALACHUA COUNTY, FLORIDA
# NON-ENFORCEABLE RETURN OF SERVICE

**Document Number:** ASO21CIV012474NON  **Agency Number:**
**Court:** DISTRICT
**County:** ALACHUA
**Case Number:** 21CV184MWGRJ

**Attorney/Agent:**
DONNELLY & GROSS

2421 NW 41ST ST STE A-1
GAINESVILLE, FL 32606

**Plaintiff:** SHARON WRIGHT AUSTIN, MICHAEL MCDONALD, DANIEL A. SMITH, JERFFREY GOLDHAGEN, TERESA J. REID AND KENNETH B NUNN
**Defendant:** UNIVERSITY OF FLORIDA BOARD OF TRUSTEES, W KENT FUCHS, IN HIS OFFICIAL CAPACITY, JOSEPH GLOVER, IN HIS OFFICIAL CAPACITY, AND LAURA ROSENBURY, IN HER OFFICITY CAPACITY.

**Type of Process:** SUMMONS IN A CIVIL ACTION, AMENDED COMPLAINT, COMPLAINT, CIVIL COVER SHEET, INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS 44, NOTICE OF RELATED CASE

**PERSON TO BE SERVED:** ROSENBURY, LAURA (DEAN OF THE FREDRIC G. LEVIN COLLEGE OF LAW)
264 HOLLAND HALL, GAINESVILLE, FL

Received the above named writ on 11/19/2021 at 9:42 AM, and served the same on 11/30/2021 at 10:50 AM, in Alachua County, Florida, to SHAYNE THOMAS, SR COUNSEL.

SUBJECT REFUSED SERVICE AND ADVISED THAT UF'S GENERAL COUNSEL WOULD ACCEPT SERVICE ON HER BEHALF. SERVED AT 123 TIGERT HALL

Clovis Watson Jr.
ALACHUA

By: _____
N. YANCY, 393

Service Fee: $40.00
Receipt No: 69940-21-D

Printed By: CVALEA




# ALACHUA COUNTY SHERIFF'S OFFICE
## ALACHUA COUNTY, FLORIDA
# CIVIL RECEIPT - NON-ENFORCEABLE

**Document Number:** ASO21CIV012474NON  
**Agency Number:**  
**Receive Date:** 11/19/2021   9:42 AM  
**Clerk ID:** ASO19PER000043  

**Type of Process:** SUMMONS IN A CIVIL ACTION, AMENDED COMPLAINT, COMPLAINT, CIVIL COVER SHEET, INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS 44, NOTICE OF RELATED CASE

**Plaintiff:** SHARON WRIGHT AUSTIN, MICHAEL MCDONALD, DANIEL A. SMITH, JERFFREY GOLDHAGEN, TERESA J. REID AND KENNETH B NUNN

**Defendant:** UNIVERSITY OF FLORIDA BOARD OF TRUSTEES, W KENT FUCHS, IN HIS OFFICIAL CAPACITY, JOSEPH GLOVER, IN HIS OFFICIAL CAPACITY, AND LAURA ROSENBURY, IN HER OFFICITY CAPACITY.

**Case Number:** 21CV184MWGRJ  
**Court Name:** DISTRICT  
**County:** ALACHUA  
**Appear On:**

**Attorney/Agent:**  
DONNELLY & GROSS

2421 NW 41ST ST STE A-1  
GAINESVILLE, FL  32606

### Deposits & Fees:

| | |
|---|---|
| Service Fee: | $40.00 |
| + Other Fees: | |
| Total Fees: | $40.00 |

Deposit Amount:   $40.00  
Check No. 11371  
Receipt No.   69940-21-D

Refund Amount:  
Receipt No.  
Refund Date:

Check No.

By: _____  
Received By

Clovis Watson Jr.  
ALACHUA

Printed By: JSAMUEL on 11/19/2021, 9:51:19 AM

**United States District Court**  
**Northern District/Florida**

Date: 01/08/2022  
Invoice Number: 20220709  
Re: 1/7/2022 Telephonic PI hearing

**To:**

**Dana Jones**  
**Debevoise & Pimpton, LLP**  
919 Third Avenue  
New York, New York, 10022  
**Phone:** (212) 909-6820  
**Email:** dljones@debevoise.com

**Make Checks Payable To:**

**Megan A. Hague, RPR, FCRR**  
**Official US Court Reporter**  
EIN / Tax ID: 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  
111 North Adams Street  
Tallahassee, Florida, 32301  
**Phone:** (850) 422-0011  
**Email:** megan.a.hague@gmail.com

## Case Details:

**Case Number:** 1:21cv184  
**Case Title:** Sharon Austin, et al. vs. University of Florida Board of Trustees  
**Case Description:**  
**Criminal or Civil:** Civil

**Proceeding Date:** Jan 07, 2022  
**Courthouse:** Tallahassee  
**Judge Hearing Case:** Mark E. Walker

## Transcripts:

**Date Ordered:** Jan 07, 2022  
**Date Delivered:** Jan 08, 2022

## Charges:

| Page Type | Page Count | Rate | Sub-Total |
|---|---|---|---|
| Daily Original | 86 | $6.05 | $520.30 |

**Total:** $520.30

**Amount Due:** $520.30

## Notes

I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

**Payment can be made via check, Zelle, or Venmo. Please contact me if you'd like to pay through Zelle or Venmo and I'll give you my username.

*/s/ Megan Hague*

## Payment Details

**10 Jan 2022**
**Hague, Megan A.**

P

| | |
|---|---|
| Payment Amount: | $520.30 |
| Total Check Amount: | $520.30 |
| Check number: | 751267 |
| Reconciled: | Yes |

View Payment

# I N V O I C E

1 of 1

**PHIPPS REPORTING**
HEADQUARTERS
1551 Forum Place, Suite 200-E
West Palm Beach, FL 33401
TEL: 888-811-3408   FAX: 561-290-1595
billing@phippsreporting.com   www.phippsreporting.com

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 215059 | 1/26/2022 | 227851 |
| Job Date | Case No. | |
| 1/14/2022 | 121CA184 | |
| Case Name | | |
| Sharon Wright Austin vs. University of Florida Board of Trustee | | |
| Payment Terms | | |
| Due upon receipt | | |

David O'Neil
Debevoise & Plimpton, LLP
801 Pennsylvania Avenue Northwest
Suite 500
Washington , DC 20005

HEARING TRANSCRIPT BEFORE:
  Judge Mark Walker                                              77.00  Pages    @    5.950      458.15
      Transcript Technology Package                               1.00           @   35.000       35.00
      Paperless delivery:  One tree will be planted in your       1.00           @    0.000        0.00
      honor!

                                                                 **TOTAL DUE   >>>**              **$493.15**

                                                                 AFTER 3/12/2022  PAY             $542.47

Thank you for your business!

TERMS:  Payment is due upon receipt and is not contingent upon client reimbursement.  Contact us immediately for billing corrections as no adjustments will be made after 30 days.  Terms and Conditions that apply to all services and invoicing are located at https://www.phippsreporting.com/services-all-services-services-information/ and are incorporated in this invoice by reference.

Pay your invoice here:  https://www.phippsreporting.com/invoice-payment-form/

                                                    ( - ) Payments/Credits:            0.00
                                                    (+) Finance Charges/Debits:        0.00
                                                    (=) New Balance:                $493.15

**Tax ID:** 90-0628164

*Please detach bottom portion and return with payment.*

David O'Neil
Debevoise & Plimpton, LLP
801 Pennsylvania Avenue Northwest
Suite 500
Washington , DC 20005

Invoice No.   : 215059
Invoice Date  : 1/26/2022
**Total Due**     : **$493.15**

Remit To: **Phipps Reporting, Inc.**
**1551 Forum Place**
**Building 200, Suite E**
**West Palm Beach, FL 33401**

Job No.    : 227851
BU ID      : FL-PAN
Case No.   : 121CA184
Case Name  : Sharon Wright Austin vs. University of
             Florida Board of Trustee

## Payment Details

**08 Feb 2022**
**Phipps Reporting, Inc.**

P

| | |
|---|---|
| Payment Amount: | $493.15 |
| Total Check Amount: | $493.15 |
| Check number: | 751388 |
| Reconciled: | Yes |

View Payment