IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**SHARON WRIGHT AUSTIN,**
et al.,

    *Plaintiffs*,

v.                                              Case No.: 1:21cv184-MW/HTC

**UNIVERSITY OF FLORIDA BOARD
OF TRUSTEES, et al.,**

    *Defendants*.

_____/

## ORDER GRANTING LEAVE TO FILE A REPLY

Defendants have filed their response in opposition to Plaintiffs' motion for attorneys' fees and costs. ECF No. 122. Plaintiffs are permitted to file a reply on or before May 1, 2023, addressing Defendants' response and its attachments, including any request for further relief in light of Defendants' response and its attachments.

**SO ORDERED on April 21, 2023.**

                                              **s/Mark E. Walker_____
                                              Chief United States District Judge**