IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

------------------------------------x

SHARON WRIGHT AUSTIN, MICHAEL :
MCDONALD, DANIEL A. SMITH, JEFFREY :
GOLDHAGEN, TERESA J. REID, and :
KENNETH B. NUNN, : 1:21-cv-00184-MW-HTC
:
        Plaintiffs, :
:
 v. :
:
UNIVERSITY OF FLORIDA BOARD OF :
TRUSTEES, the public body corporate acting for :
and on behalf of the University of Florida; W. :
KENT FUCHS, in his official capacity as :
President of the University Florida; JOSEPH :
GLOVER, in his official capacity as Provost of :
the University of Florida; and LAURA :
ROSENBURY, in her official capacity as Dean of :
the Fredric G. Levin College of Law, :
:
        Defendants.

------------------------------------X

## MOTION TO WITHDRAW AS COUNSEL

Pursuant to Local Rule 11.1(H) of the Northern District of Florida, I respectfully move to withdraw as counsel for plaintiffs in the above-captioned matter because, as of next week, I will no longer be associated with Debevoise & Plimpton LLP. I also respectfully request the Court's permission to have my name removed from the Court's docket and electronic mailing distribution list.

Plaintiffs consent to my withdrawal. Attorneys from Debevoise & Plimpton and Donnelly + Gross LLP will continue to serve as counsel of record for plaintiffs and, therefore, my withdrawal will not adversely affect the interests of the plaintiffs. I am not asserting a retaining or charging lien.

                Respectfully submitted.

                */s/* Samuel Rosh

                Samuel Rosh
                Debevoise & Plimpton LLP
                66 Hudson Boulevard
                212-909-6000
                New York, NY 10001
                sjrosh@debevoise.com

Dated: June 6, 2023
New York, N.Y.