**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF FLORIDA**
**GAINESVILLE DIVISION**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

SHARON WRIGHT AUSTIN, MICHAEL: MCDONALD, DANIEL A. SMITH, JEFFREY: GOLDHAGEN, TERESA J. REID, and: KENNETH B. NUNN,                                                 :          1:21-cv-00184-MW-HTC

                              :

         Plaintiffs,            :

                                :

    v.                           :

                                :

UNIVERSITY OF FLORIDA BOARD OF: TRUSTEES, the public body corporate acting for: and on behalf of the University of Florida; W.: KENT FUCHS, in his official capacity as: President of the University of Florida; JOSEPH: GLOVER, in his official capacity as Provost of: the University of Florida; and LAURA: ROSENBURY, in her official capacity as Dean of: the Fredric G. Levin College of Law,                      :

                                :

        Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

## DECLARATION OF DAVID A. O'NEIL

I, David A. O'Neil, declare as follows:

1.     I am a member of the New York Bar and am a partner in the law firm of Debevoise & Plimpton LLP ("Debevoise").  I have been admitted to this Court *pro hac vice* as counsel for Plaintiffs.

2.     I make this declaration pursuant to Local Rule 54.1(E)(1) of the Northern District of Florida to provide an itemization of the hours expended by

1

Debevoise attorneys and staff in this matter.

3.    I make this declaration on personal knowledge and on the record of this litigation in support of Plaintiffs' Motion for Determination of Amount of Reasonable Attorneys' Fees and Costs.

4.    Attached as **Exhibit A** is a contemporaneous, detailed breakdown of the hours expended by attorneys and staff at my firm relating to this matter to the nearest tenth hour.  These billing records set forth the time devoted to the case by date and task, and specifically identify the timekeeper and each timekeeper's claimed hourly rate.  The records contain a detailed description of the task performed to assist the court in assessing reasonableness.

5.    I attest that the hours and rates requested in these time records were reasonable and necessary for the successful prosecution of Plaintiffs' case.

6.    The hourly rates sought reflect the prevailing market rates in the relevant legal community for similar services by lawyers of reasonable comparable skills, experience, and reputation.  Declaration of Archibald J. Thomas, III ¶ 8.

**Timekeepers and Hourly Rates**

7.    I graduated *magna cum laude* from Harvard Law School in 2000. After law school, I clerked for Judge Robert D. Sack of the U.S. Court of Appeals for the Second Circuit and then for U.S. Supreme Court Justice Ruth Bader Ginsburg.  I have over two decades of experience as an attorney.  I was recognized

as a Litigation Trailblazer by the *National Law Journal* in 2018 and 2020.  In

2020, the *American Lawyer* named me a Litigator of the Year finalist, along with

seven other attorneys nationwide.  Prior to joining Debevoise in 2015, I held

several positions within the Department of Justice.  In 2014, I led the Criminal

Division, responsible for over 600 prosecutors enforcing the full scope of federal

criminal laws around the country.  From 2006 to 2014, I served in other prominent

positions within the Department of Justice, including as an Assistant United States

Attorney in the Southern District of New York, Assistant to the Solicitor General,

Associate Deputy Attorney General, and Chief of Staff to the Deputy Attorney

General.  I have argued five cases in the U.S. Supreme Court, and authored more

than 50 briefs filed with the Supreme Court.  Based on my skills and experience,

my requested hourly rate for this matter is $450 per hour.

       8.     Morgan A. Davis graduated *cum laude* from Harvard Law School in

2015.  After law school, she was a law clerk for the Honorable Claire C. Cecchi of

the U.S. District Court for the District of New Jersey.  Since 2016, she has

practiced in Debevoise's Litigation Department, where she specializes in complex

civil litigation.  She has represented parties in securities, mass tort, and class action

cases in both state and federal courts.  Ms. Davis also has an active *pro bono*

practice that focuses on civil rights impact litigation.  She has been admitted to the

New York Bar since 2016.  Based on her skills and experience, her requested

hourly rate for this matter is $350 per hour.

9.     Alexandra P. Swain graduated from Columbia Law School in 2016. From 2017 to 2018, she was a law clerk for the Honorable Allyson K. Duncan of the U.S. Court of Appeals for the Fourth Circuit.  Based on her skills and experience, her requested hourly rate for this matter is $325 per hour.

10.     Jaime Freilich-Fried graduated *summa cum laude* from Brooklyn Law School in 2018.  From 2020 to 2021, she served as a law clerk for the Honorable Stanley Marcus of the U.S. Court of Appeals for the Eleventh Circuit.  Based on her skills and experience, her requested hourly rate for this matter is $300 per hour.

11.     Samuel Rosh was formerly an associate at Debevoise.  He graduated from Columbia Law School in 2018, where he was a James Kent Scholar and Harlan Fiske Stone Scholar.  In June of 2023, he left the firm to clerk for the Honorable Reena Raggi of the United States Court of Appeals for the Second Circuit and from 2020 to 2021, he served as a law clerk for the Honorable Edward R. Korman of the U.S. District Court for the Eastern District of New York.  Based on his skills and experience, his requested hourly rate for this matter is $300 per hour.

12.     Soren Schwab graduated from Yale Law School in 2020.  Based on his skills and experience, his requested hourly rate for this matter is $250 per hour.

13.     Katharine Witteman was formerly an associate at Debevoise.  She

graduated from New York University School of Law in 2020.  In January of 2023, she left the firm to clerk for the Honorable Pamela K. Chen in the Eastern District of New York.  Based on her skills and experience, her requested hourly rate for this matter is $250 per hour.

14.    In addition to the above attorneys, paralegals and other legal assistants worked on this matter.  The requested hourly rate for these professionals is $75 per hour.

15.    These rates represent a substantial discount from Debevoise & Plimpton's regular rates.

16.    The declaration of Archibald J. Thomas, III, an independent lawyer local to the Northern District of Florida, attests to the reasonableness of these claimed hourly rates.  *Id.*

**Hours Expended**

17.    As detailed in **Exhibit A**, Debevoise seeks attorneys' fees for 1,209.50 hours of work expended on this matter.

18.    Debevoise exercised billing judgment in the number of hours for which Plaintiffs seek recovery.  In particular, Debevoise has written off nearly 1,200 hours of work performed, and has applied a 15% discount to the remaining fees in recognition of the number of lawyers working on this matter.

19.    Debevoise billed these hours for the following categories of work:

researching, drafting, filing, and later amending the complaint; briefing and arguing several motions, including Defendants' initial motion to dismiss, Plaintiffs' motion for preliminary injunction, Plaintiffs' motion for voluntary dismissal, and Plaintiffs' motion for attorneys' fees; conducting discovery including collecting, reviewing, and producing Plaintiffs' documents and reviewing documents produced by Defendants.

20.    The declaration of Archibald J. Thomas, III, an independent lawyer local to the Northern District of Florida, further attests to the reasonableness of these expended hours. *Id.* ¶ 12.

I declare under penalty of perjury that the foregoing is true and correct.

Executed at New York, New York on this 23rd day of June, 2023.


/s/ David A. O'Neil
David A. O'Neil