UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

SHARON WRIGHT AUSTIN, MICHAEL MCDONALD, DANIEL A. SMITH, JEFFREY GOLDHAGEN, TERESA J. REID, and KENNETH B. NUNN,

    Plaintiffs,

vs.                                              Case No.: 1:21-cv-00184-MW-HTC

UNIVERSITY OF FLORIDA BOARD OF TRUSTEES, the public body corporate acting for and on behalf of the University of Florida; W. KENT FUCHS, in his official capacity as President of the University of Florida; JOSEPH GLOVER, in his official capacity as Provost of the University of Florida; and LAURA ROSENBURY, in her official capacity as Dean of the Fredric G. Levin College of Law,

    Defendants.

## DECLARATION OF ARCHIBALD J. THOMAS, III

I, Archibald J. Thomas, III, declare as follows:

1. I make this declaration on personal knowledge and on the record of this litigation in support of Plaintiffs' Motion for Reasonable Attorneys' Fees and Costs.

2. I am the owner and founder of the Law Offices of Archibald J. Thomas, III, P.A. I received a B.A. degree in Philosophy from the University of South Florida in 1973. I subsequently attended Stetson University College of Law and graduated from there in January, 1977 where I was staff member of the Law Review.

3. I have been a member of the Florida Bar since May, 1977. I have been employed as a Law Clerk for the Honorable Paul Game, Jr., United States Magistrate, Tampa, Florida, and as an Assistant Federal Public Defender. Since leaving the Federal Defender's Office in early 1984, I have concentrated in the area of labor and employment law and employment rights litigation. I have presented numerous seminars in the area of employment law sponsored by the Florida Bar, EEOC, ABA, National Employment Lawyers Association and various other Bar and professional groups and organizations. I am a member of the National Employment Lawyers Association where I was President of the Florida Chapter in 2003. I am a member and former President of the Jacksonville Chapter of the Federal Bar Association. I am board certified by the Florida Bar in the area of Labor and Employment Law and was a member of the Labor and Employment Law Certification Committee from 2001 to 2007.

4. I have tried approximately fifty state and federal cases to conclusion and have handled approximately thirty cases in the U.S. Circuit Court of Appeals for the Fifth, Eleventh and Federal Circuits. I have also handled appeals in the First, Fourth

and Fifth District Court of Appeals and in the Florida Supreme Court. I have tried and litigated cases involving discrimination, civil rights, First Amendment retaliation, union discrimination, breach of contract, whistleblower retaliation, misrepresentation, restrictive covenants, ERISA retaliation, FLSA issues, and various business torts and have litigated hundreds of EEO and other employment related administrative cases and arbitrations to conclusion.

5. Approximately 10% of the cases our firm handles are cases involving a contingent fee agreement with our client. The remaining 90% are cases where we are paid our usual and customary hourly rate. My current normal or customary rate is $450.00 per hour. I have consistently strived to keep my hourly rate at a level approximately 20% less than the prevailing hourly rate for attorneys with similar qualifications, experience, and skills since we often represent individuals facing financial difficulty as a result of the loss income from employment.

6. I have appeared as a expert witness regarding the issue of attorney's fees in cases since approximately 1988. I have testified in Federal and State Court regarding the issue of attorney fees, and I have represented attorneys in the United States District Court for the Middle District of Florida, Jacksonville, Florida regarding various issues related to the propriety of awarding attorney's fees to a prevailing defendant and the proper computation thereof, including issues relating to

the reasonable and customary rate of lawyers representing both the plaintiff and defendant.

7. I have reviewed the attorney's fee guidelines set forth in the case of *Johnson v. Georgia Highway Express, Inc.*, 488 F.2d 714 (5th Cir 1974), and in Rule 4-1.5 of the Rules of Professional Conduct of the Florida Bar.

8. I have reviewed the requested hourly rates sought by the law firm of Debevoise & Plimpton, LLP, counsel for the Plaintiffs. The rate sought by Mr. O'Neil is $450 per hour. Such rate is reasonable in view of Mr. O'Neil's experience and ability. The rate sought by Ms. Davis is $350 per hour. The rate sought by Ms. Swain is $325 per hour. The rate sought by Ms. Freilich-Fried and Mr. Rosh is $300 per hour. The rate sought by Mr. Schwab and Ms. Witteman is $250 per hour. These hourly rates are reasonable given their experience and background. Further, the hourly rate of $75 per hour for the work performed by paralegals and other legal assistants appears to be reasonable as well. Based on my experience in the area, these rates are also in line with the prevailing market rates in the Northern District of Florida.

9. I have also reviewed the requested hourly rates sought by Donnelly & Gross PLLC. The rate sought by Mr. Donnelly and Ms. Gross is $450 per hour. The rate sought by Ms. Yoon is $375 per hour. The rate sought by Mr. Flynn is $325 per hour. All of these hourly rates are reasonable in view of the experience and

background of the Donnelly and Gross lawyers. Based on my experience in the area, these rates are also in line with the prevailing market rates in the Northern District of Florida.

10. I have reviewed the highly detailed time slip entries in this case, and have reviewed the overall time of all persons working on the case on behalf of the Plaintiffs; and the overall fee requested. I have also been provided with, and reviewed, the extensive docket sheet from the court's electronic case management system, showing more than 130 docket entries, dating back to November 5, 2021. I find the time expended, and the fee requested, to be more than reasonable, given the protracted and difficult nature of this case.

11. Based on my review of the file in this matter it is apparent to me that the case was a complex one involving very challenging legal issues. This case was one involving clients employed by the state of Florida that would likely have been unable to locate qualified and experienced counsel willing and able to handle this matter in the Gainesville area absent the assistance provided by the Debevoise & Plimpton law firm.

12. The time requested by Plaintiff's attorneys law firm of Debevoise & Plimpton, LLP of 1209.5 hours appears reasonable based on my experience and based on my review of the case file and pleadings, particularly in view of the billing judgment exercised and the discount applied.

13. The time requested by Plaintiff's attorneys law firm of Donnelly & Gross, PLLC of 228.6 hours appears reasonable based on my experience and based on my review of the case file and pleadings, particularly in view of the billing judgment exercised by Plaintiff's counsel. Additionally, the expenses of $286.54 appear reasonable based on my knowledge of the costs of litigating similar cases.

I declare under penalty of perjury that the foregoing is true and correct.

Executed at Jacksonville, Florida, this 21st day of June, 2023

ARCHIBALD J. THOMAS, III
Florida Bar No. 231657
ARCHIBALD J. THOMAS, III, P.A.
1205 Beach Blvd., Suite 10
Jacksonville Beach, Florida 32250
thomas@job-rights.com
(904) 674-2222 (Telephone)