IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

------------------------------------x
SHARON WRIGHT AUSTIN, MICHAEL :
MCDONALD, DANIEL A. SMITH, JEFFREY :
GOLDHAGEN, TERESA J. REID, and :
KENNETH B. NUNN,                     :     1:21-cv-00184-MW-HTC
                                     :
         Plaintiffs,                 :
                                     :
     v.                              :
                                     :
UNIVERSITY OF FLORIDA BOARD OF :
TRUSTEES, the public body corporate acting for :
and on behalf of the University of Florida; W. :
KENT FUCHS, in his official capacity as :
President of the University of Florida; JOSEPH :
GLOVER, in his official capacity as Provost of :
the University of Florida; and LAURA :
ROSENBURY, in her official capacity as Dean of :
the Fredric G. Levin College of Law, :
                                     :
         Defendants.                 :
------------------------------------X

## DECLARATION OF PAUL A. DONNELLY

I, Paul A. Donnelly, declare as follows:

1.  I am a member of the Florida Bar and a founding partner at the law firm of Donnelly & Gross, PLLC ("Donnelly & Gross"). I have been admitted to this Court and I am counsel for Plaintiffs.

2.  I make this declaration pursuant to Local Rule 54.1(E)(1) of the Northern District of Florida to provide an itemization of the hours expended by

1

Donnelly & Gross attorneys and staff in this matter.

3. I make this declaration on personal knowledge and on the record of this litigation in support of Plaintiffs' Motion for Determination of Amount of Attorneys' Fees and Costs.

4. Attached as **Exhibit A** is a contemporaneous, detailed breakdown of the hours expended by attorneys and staff at my firm relating to this matter to the nearest tenth hour. These billing records set forth the time devoted to the case by date and task, and specifically identify the timekeeper and each timekeeper's claimed hourly rate. The records contain a detailed description of the task performed to assist the court in assessing reasonableness.

5. I attest that the hours and rates requested in these time records were reasonable and necessary for the successful prosecution of Plaintiffs' case.

6. The hourly rates sought reflect the prevailing market rates in the relevant legal community for similar services by lawyers of reasonable comparable skills, experience, and reputation. Declaration of Archibald J. Thomas, III ¶ 9.

**Timekeepers and Hourly Rates**

7. I graduated from the University of Florida, College of Law in 1989. After law school, I worked as an assistant public defender for the Office of the Public Defender for the Fourth Judicial Circuit of Florida. In 1992, I formed Donnelly & Gross and began practicing labor and employment law litigation. I

have over three decades of experience as a labor and employment law litigator in Florida. I practice labor and employment law in and before the state courts; the U.S. District Courts for the Northern, Middle and Southern Districts of Florida; and the U.S. Courts of Appeals for the Eleventh Circuit and the Federal Circuit. I have been recognized as a Litigator of the Week by *The American Lawyer* in 2022. For around 18 years, I served as Adjunct Professor of Trial Practice for the University of Florida Levin College of Law. I am a Fellow in the College of Labor & Employment Lawyers, which is the highest national distinction for labor and employment lawyers. This distinction requires 20 years of labor and employment law practice, extensive supportive written nominations and written references from peers including adversaries and neutral decision-makers who are familiar with my practice. I am general counsel for over 60 labor unions in the State of Florida, including over one-third of the International Association of Fire Fighters local unions as well as law enforcement unions, teacher unions, and trades unions. For six years, I served as a Governor-appointed member and of the Judicial Nominating Commission for the Eighth Judicial Circuit, for which I also served as Chair. My firm, Donnelly & Gross, is top tier ranked as a "Best Law Firm" by *US News-Best Lawyers*, with Four Tier 1 Rankings in the Jacksonville Metropolitan Area in Employment Law (Individuals, Employment Law-Management, Labor Law-Union, Litigation-Labor & Employment), and I am named in the *Best*

*Lawyers in America*. Based on my skills and experience, my requested hourly rate for this matter is $450 per hour.

8. Laura Gross graduated with Honors from the University of Florida, College of Law in 1990. After law school, she worked as an assistant public defender for the Office of the Public Defender for the Fourth Judicial Circuit of Florida. In 1992, with me, she formed Donnelly & Gross and began practicing labor and employment law litigation. She has over three decades of experience as a labor and employment law litigator in Florida. She practices labor and employment law in and before the state courts; the U.S. District Courts for the Northern, Middle and Southern Districts of Florida; and the U.S. Courts of Appeals for the Eleventh Circuit and the Federal Circuit. She is a Fellow in the College of Labor & Employment Lawyers. She is the Managing Partner of Donnelly & Gross and in that position oversees the work of our other attorneys and legal professionals in our offices in Gainesville and Fort Myers. She is named in the *Best Lawyers in America*. Based on her skills and experience, her requested hourly rate for this matter is $450 per hour.

9. Jung Yoon graduated *cum laude* from the University of Florida, College of Law in 2002. After law school, she was a law clerk for the Honorable Gary R. Jones of the U.S. District Court for the Northern District of Florida. In 2005, she was a staff attorney for the U.S. Court of Appeals for the Eleventh

Circuit. Since 2006, she has practiced with Donnelly & Gross where she focuses on labor and employment law litigation. She practices labor and employment law in and before the state courts; the U.S. District Courts for the Northern, Middle and Southern Districts of Florida; and the U.S. Courts of Appeals for the Eleventh Circuit. She is named in the *Best Lawyers in America*. Based on her skills and experience, her requested hourly rate for this matter is $375 per hour.

10.     Conor Flynn graduated from the University of Florida Levin College of Law in 2018. During law school, he was a judicial intern for the Honorable Jorge Labarga, Chief Justice of the Florida Supreme Court. After law school, he served as an assistant public defender for the Office of the Public Defender for the Eight Judicial Circuit of Florida. As an assistant public defender, he served as lead counsel in at least 25 jury trials. Since 2021, he has practiced with Donnelly & Gross where he focuses on labor and employment law litigation. He practices labor and employment law in and before both state and federal courts in Florida as well as before administrative agencies and arbitral authorities. Based on his skills and experience, his requested hourly rate for this matter is $325 per hour.

11.     The declaration of Archibald J. Thomas, III, an independent lawyer local to the Northern District of Florida, attests to the reasonableness of these claimed hourly rates. *Id.*

**Hours Expended**

12.  Plaintiffs' Donnelly & Gross counsel seek attorneys' fees for 228.6 hours of work expended on this matter.

13.  Plaintiffs' counsel exercised billing judgment in the number of hours for which Plaintiffs seek recovery.

14.  Donnelly & Gross billed these hours for the following categories of work: researching, drafting, filing, and later amending the complaint; briefing and arguing several motions, including Defendants' initial motion to dismiss, Plaintiffs' motion for preliminary injunction, Plaintiffs' motion for voluntary dismissal, and Plaintiffs' motion for attorneys' fees; conducting discovery including collecting, reviewing, and producing Plaintiffs' documents and reviewing documents produced by Defendants.

15.  The declaration of Archibald J. Thomas, III, an independent lawyer local to the Northern District of Florida, further attests to the reasonableness of these expended hours. *Id.* ¶ 13.

**Expenses**

16.  Donnelly & Gross also incurred $286.54 in expenses for a public records request directed at the University of Florida, which was reasonable and necessary for the successful prosecution of Plaintiffs' case. A copy of the invoice and cancelled check associated with this expense are attached hereto as **Exhibit B.**

I declare under penalty of perjury that the foregoing is true and correct.

Executed at Gainesville, Florida on this 23rd day of June, 2023.

/s/ Paul A. Donnelly
Paul A. Donnelly
