# Exhibit B



Office of the Vice President and General Counsel

**Date: February 4, 2022**

123 Tigert Hall
PO Box 113125
Gainesville, FL. 32611-3125
(352) 392-1358
(352) 392-4387 Fax

# INVOICE

Bill To: Conor Flynn
conor@donnellygross.com

## Public Records Request
http://publicrecords.ufl.edu/
Ref. # W010070-112721

| Description | Total Due |
|---|---|
| **EMAIL SEARCH: (Excluding Attachments)**<br>**Mailboxes to Search:**<br>Mark Kaplan<br>Stephen Orlando<br>Hesselin Fernandez de Cueto<br><br>**Date Range:**<br>October 29, 2021 to November 27, 2021<br><br>**Keywords/Criteria:**<br>In subject or body of emails, search for:<br>"Dan Smith" OR "Michael McDonald" OR "Sharon Austin" OR (expert near(10) testimony) | $286.54 |
| **PLEASE PLACE REFERENCE NUMBER BELOW ON YOUR CHECK!** | |

Reference # **                        Balance Due   $286.54

*The invoice amount reflects the estimated cost for the legal review of the potentially responsive records, not a cost for physical copies of the records.*

**PLEASE NOTE:** The invoiced amount reflects an estimated cost of production.  Should the actual cost exceed the invoiced amount, the University will provide records up to the actual cost and bill for any additional cost.  Should the actual cost be less than the invoiced amount, the University will reimburse the difference.

*Please make your check or money order payable to:*
**University of Florida**
**Attention:  Barbara L. Wood**
**PO Box 113125**
**Gainesville, FL. 32611-3125**

**Note:** If you would like to proceed, please remit payment to the address indicated on the invoice. Gathering, review, and release of potential public records does not occur until payment is received.
**UNIVERSITY OF FLORIDA FEIN: 59-6002052**

