IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

SHARON WRIGHT AUSTIN,
et al.,

    *Plaintiffs*,

v.                                        Case No.: 1:21cv184-MW/HTC

UNIVERSITY OF FLORIDA BOARD
OF TRUSTEES, et al.,

    *Defendants*.

_____/

## ORDER GRANTING LEAVE TO FILE A REPLY

Defendants have filed their response in opposition to Plaintiffs' motion for attorneys' fees. ECF No. 133. This Court routinely grants leave to file replies in support of such motions. Although Plaintiffs are not required to file a reply, this Court grants leave for them to do so **on or before Friday, August 4, 2023**. At that time, this Court will take Plaintiffs' pending motion, ECF No. 131, under advisement.

    **SO ORDERED on July 27, 2023.**

                                               s/Mark E. Walker                
                                             **Chief United States District Judge**