# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF FLORIDA
# GAINESVILLE DIVISION

| | |
|---|---|
| SHARON WRIGHT AUSTIN, et al., *Plaintiffs*, v. UNIVERSITY OF FLORIDA BOARD OF TRUSTEES, et al., *Defendants*. | Case No.: 1:21-cv-00184-MW/HTC |

## RULE 54.1(G) NOTICE

Pursuant to N.D. Fla. Local Rule 54.1(G), the parties submit this notice to inform the Court that the parties met and conferred regarding Plaintiffs' Motion for Determination of Amount of Reasonable Attorneys' Fees and Costs, ECF No. 131, and Defendants' Objections thereto, ECF No. 133. The parties did not reach an agreement.

Respectfully submitted.

Dated: August 7, 2023
Washington, D.C.

| | |
|---|---|
| */s/ David A. O'Neil* | */s/ H. Christopher Bartolomucci* |
| DAVID A. O'NEIL (*pro hac vice*) | H. CHRISTOPHER BARTOLOMUCCI |
| Debevoise & Plimpton LLP | Schaerr \| Jaffe LLP |
| 801 Pennsylvania Avenue N.W. | 1717 K Street NW, Suite 900 |

Suite 500  
Washington, D.C. 20004  
(202) 383-8000  
daoneil@debevoise.com

PAUL DONNELLY  
Florida Bar No. 813613  
Donnelly + Gross LLP  
2421 NW 41st Street, Suite A-1  
Gainesville, FL 32606  
(352) 374-4001  
paul@donnellygross.com

*Attorneys for Plaintiffs*

Washington, D.C. 20006  
(202) 787-1060  
cbartolomucci@schaerr-jaffe.com

*Attorney for Defendants*