IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

------------------------------------x
SHARON WRIGHT AUSTIN, MICHAEL
MCDONALD, DANIEL A. SMITH, JEFFREY
GOLDHAGEN, TERESA J. REID, and
KENNETH B. NUNN,                           :   1:21-cv-00184-MW-HTC

           Plaintiffs,

   v.

UNIVERSITY OF FLORIDA BOARD OF
TRUSTEES, the public body corporate acting for
and on behalf of the University of Florida; W.
KENT FUCHS, in his official capacity as
President of the University Florida; JOSEPH
GLOVER, in his official capacity as Provost of
the University of Florida; and LAURA
ROSENBURY, in her official capacity as Dean of
the Fredric G. Levin College of Law,

           Defendants.
------------------------------------X

## MOTION FOR
## WITHDRAWAL OF COUNSEL

Pursuant to Local Rule 11.1(H)(1) of the Northern District of Florida, I, Alexandra Swain, respectfully move to withdraw as counsel for plaintiffs in the above-captioned matter. Plaintiffs consent to my withdrawal. I will

be leaving the firm, Debevoise & Plimpton, LLP, in the coming days to enter public service. I also respectfully request the Court's permission to have my name removed from the Court's docket and electronic mailing distribution list.

Attorneys from Debevoise & Plimpton and Donnelly + Gross LLP will continue to serve as counsel of record for plaintiffs and, therefore, my withdrawal will not adversely affect the interests of the plaintiffs.

Dated: September 5, 2023
San Francisco, C.A.

                                                                                                                             */s/* Alexandra Swain

                                                                                                                             Alexandra P. Swain

                                                                                                                             DEBEVOISE & PLIMPTON LLP
650 California Street
San Francisco, California 94108
(415) 738-5700
apswain@debevoise.com

*Counsel for Plaintiffs*