IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**SHARON WRIGHT AUSTIN,**
et al.,

    *Plaintiffs*,

v.                                    Case No.: 1:21cv184-MW/GRJ

**UNIVERSITY OF FLORIDA BOARD
OF TRUSTEES, et al.,**

    *Defendants*.

_____/

## ORDER GRANTING MOTION TO WITHDRAW

    This Court has considered, without hearing, Alexandra Swain's motion to withdraw as counsel for Plaintiffs. Plaintiffs continue to be represented by counsel, and their representation will continue uninterrupted. Ms. Swain's motion is, therefore, **GRANTED**. The Clerk shall disconnect Ms. Swain from EM/ECF in this matter.

    **SO ORDERED on September 5, 2023.**

                                                  s/Mark E. Walker               
                                                  **Chief United States District Judge**