IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

SHARON WRIGHT AUSTIN,
et al.,

    *Plaintiffs*,

v.                                           Case No.: 1:21cv184-MW/GRJ

UNIVERSITY OF FLORIDA BOARD
OF TRUSTEES, et al.,

    *Defendants*.

_____/

## ORDER FOR UPDATED TIME RECORDS

Plaintiffs' reply in support of their motion for this Court to determine an amount of reasonable attorneys' fees indicates that they offered to reduce their requested fees by over $25,000 in response to Defendants' objections. *See* ECF No. 135 at 5. These reductions include appellate time entries that are not recoverable at this juncture, time spent on unsuccessful aspects of this case, non-attorney tasks, etc.

To aid this Court in its review of Plaintiffs' request for attorneys' fees, taking into account Plaintiffs' proposed reduction of $25,400.00, Plaintiffs shall file updated time records that identify (1) those entries that have been cut in response to Defendants' objections and (2) include the updated total hours, hourly rates, and fee totals. Plaintiffs must file their updated time records with this Court on or before

Monday, October 2, 2023. By ordering Plaintiffs to supplement, this Court is not telegraphing to the parties that Plaintiffs' proposed reductions are the end of the inquiry.

    **SO ORDERED on September 22, 2023.**

<u>s/Mark E. Walker</u>
**Chief United States District Judge**
