Exhibit D

## Donnelly + Gross

| Date | Explanation | Lwyr | Hours | Amount |
|------|-------------|------|-------|--------|
| 10/15/2021 | Spoke with Daniel Smith re strategy | PAD | 0.60 | 270.00 |
| 10/15/2021 | Phone call with Paul, initiation of representation, work with staff to pullparties together | CF | 1.00 | 325.00 |
| 10/17/2021 | Research and review of First Amendment case law (2.5); initiation of written review (briefing of cases) (.5) | CF | 3.00 | 975.00 |
| 10/18/2021 | Continuation of briefing out cases regarding First Amendment | CF | 1.40 | 455.00 |
| 10/18/2021 | Zoom meeting with Dan Smith, Drs. Austinand McDonald re UF's disapproval of expert witness activity (& CF) | PAD | 1.40 | 630.00 |
| 10/18/2021 | Zoom meeting with Dan Smith, Drs.Austin and McDonald re UF's disapproval of expert witness activity (& PD) | CF | 1.40 | 455.00 |
| 10/18/2021 | Review of local caselaw on point (.7); reading of AU legal resources (~5 policy docs) (.2); supporting SCOTUS caselaw (~5 opinions varying in length/complexity) (.7); applicable subsections in UFF CBA (grievance timeline, statutory inclusion) (.5) | CF | 2.10 | 682.50 |
| 10/19/2021 | Continued legal research on First Amendment | CF | 0.80 | 260.00 |
| 10/19/2021 | Correspondence with Paul (.1); First Amendment petitions clause research (.4) | CF | 0.50 | 162.50 |
| 10/20/2021 | Written correspondence with clients (1.0); correspondence with UFF (.2) | CF | 1.20 | 390.00 |
| 10/21/2021 | Conference call with Ryan Fuller over censorship of clients | PAD | 0.20 | 90.00 |
| 10/21/2021 | Research on petitions clause (1.3); prepfor Friday meeting with witnesses (.2) | CF | 1.50 | 487.50 |
| 10/22/2021 | T/C from client to update us on his conference calls and for us to update him on our conference calls of the lastday and a half | PAD | 0.30 | 135.00 |
| 10/22/2021 | Zoom meeting with witnesses | PAD | 0.40 | 180.00 |
| 10/22/2021 | Zoom meeting with witness | PAD | 0.30 | 135.00 |

| 10/22/2021 | Zoom meeting with Dan Smith re his subject expert testimony | PAD | 0.40 | 180.00 |
|---|---|---|---|---|
| 10/22/2021 | Continued briefing of cases (1.6); Zoom meeting with witness to collect evidence (.5); Zoom meeting with itnesses to collect evidence (.5); search of UF silencing of employees (disparate treatment) (.2) | CF | 2.80 | 910.00 |
| 10/26/2021 | Review and revise draft letter to UF/Fuller regarding censorship of clients | PAD | 0.30 | 135.00 |
| 10/26/2021 | Receipt, review and reply to additional emails from client over language for letter | PAD | 0.20 | 90.00 |
| 10/26/2021 | Receipt, review and reply to client email over revision to draft UF letter on censorship | PAD | 0.10 | 45.00 |
| 10/26/2021 | Drafting of letter to UF (attempt to resolve with assurances of no similar language moving forward) (2.0); implementation of client edits, correspondence (.3) | CF | 2.30 | 747.50 |
| 10/27/2021 | Receipt, review and reply to clients emails as appropriate re strategy | PAD | 0.10 | 45.00 |
| 10/28/2021 | Conference call wwith Dan Smith, McDonald & Austin over ongoing discrimination/silencing | PAD | 1.00 | 450.00 |
| 10/28/2021 | Review of documents related to expert testimony (.4); update structuring of response (1.8); review and summary of Governor's Office filing (.1); conference call with clients (.4) | CF | 2.70 | 877.50 |
| 10/29/2021 | Communication with witnesses | PAD | 0.30 | 135.00 |
| 10/29/2021 | Numerous texts and emails with clients during national media flurry re impact on case and collection of evidence | PAD | 1.30 | 585.00 |
| 10/29/2021 | Research on applicable cases (.4); letter to University (1.3); correspondence with clients (.2); review of document related to expert testimony (.1); conference with witnesses (.3) | CF | 2.30 | 747.50 |
| 10/30/2021 | Correspondence with client (.5); conference call with Debevoise (1.0); work on public records request (2.9) | CF | 4.40 | 1,430.00 |
| 10/30/2021 | Review news articles and develop factualbackground | PAD | 3.00 | 1,350.00 |
| 10/31/2021 | Correspondence and coordination with Debevoise | CF | 1.00 | 325.00 |
| 10/31/2021 | Continued work developing facts thru news articles | PAD | 2.00 | 900.00 |
| 10/31/2021 | Communicating with clients re case development | PAD | 0.50 | 225.00 |

| 10/31/2021 | Communicating with legal scholars re legal issues | PAD | 0.20 | 90.00 |
|---|---|---|---|---|
| 11/1/2021 | Meeting with David ONeil re case strategy and development | PAD | 1.00 | 450.00 |
| 11/1/2021 | Working on coordination and strategy development with team | PAD | 0.50 | 225.00 |
| 11/1/2021 | Working on letter to UF President Fuchs with team | PAD | 2.00 | 900.00 |
| 11/1/2021 | Communications with legal scholars re legal issues | PAD | 1.00 | 450.00 |
| 11/1/2021 | Communications with Smith, McDonald and Austin on facts of the case and UF changing position | PAD | 3.00 | 1,350.00 |
| 11/1/2021 | Phone call with UF Counsel Ryan Fuller (.3); related emails with Fuller (.5) | PAD | 0.80 | 360.00 |
| 11/1/2021 | Reviewing news articles for investigative facts being uncovered andfor admissions by UF | PAD | 2.00 | 900.00 |
| 11/1/2021 | Coordination with Debevoise and strategydevelopment with Debevoise (1.5); draft letter to UF with PD & Debevoise team (1.5); review UF statement and work on response thereto (1.0) | CF | 4.00 | 1,300.00 |
| 11/2/2021 | Correspondence regarding legal posture, UF's latest change in position | CF | 0.80 | 260.00 |
| 11/2/2021 | Identify relevant facts from news articles about Dr. Goldhagen and UF prohibition of his ability to testify related to mask (1.0); communications with clients re same (.4) | PAD | 1.40 | 630.00 |
| 11/2/2021 | Emails from clients to work on further development of facts | PAD | 1.00 | 450.00 |
| 11/2/2021 | Email with co-counsel re comments by State Official as evidence for case (.4); email communications with clientsre same (.4) | PAD | 0.80 | 360.00 |
| 11/2/2021 | Review video media which captured statements by State Official for evidence | PAD | 0.40 | 180.00 |
| 11/3/2021 | Coordination with Debevoise (1.0); call with clients (.3) | CF | 1.30 | 422.50 |
| 11/3/2021 | Call with co-counsel for development of complaint and causes of action | PAD | 0.50 | 225.00 |
| 11/3/2021 | Reviewed Gary Wimsett (UF) emails regarding expert witness work and the related statement on conflict of interest (.4); reviewed and responded to client communications re same (.6) | PAD | 1.00 | 450.00 |
| 11/3/2021 | Working on public records request to UF | PAD | 0.50 | 225.00 |
| 11/3/2021 | Client communications with Smith, Austinand McDonald on additional facts developed through news coverage | PAD | 0.50 | 225.00 |

| Date | Description | Init. | Hours | Amount |
|---|---|---|---|---|
| 11/3/2021 | Communication with witness | PAD | 0.50 | 225.00 |
| 11/3/2021 | Correspondence/engagement with Debevoise(.4); public records request (.8); confer with witnesses (.1); receipt of public records (.3) | CF | 1.60 | 520.00 |
| 11/4/2021 | Meeting with client | PAD | 1.00 | 450.00 |
| 11/4/2021 | Review multiple internal documents including collection of facts, outline of legal framework, timeline, bio information on plaintiffs, UF conflict of interest policy | PAD | 1.00 | 450.00 |
| 11/4/2021 | Communications with McDonald and Smith about analysis of facts towards drafting complaint | PAD | 0.60 | 270.00 |
| 11/4/2021 | Editing reply to UF's response to the public records request | PAD | 0.40 | 180.00 |
| 11/4/2021 | Email with Dave O'Neil and clients re drafting of complaint and legal strategy, and questions for clients to answer | PAD | 0.20 | 90.00 |
| 11/4/2021 | Email with co-counsel re claiming injunctive relief v. damages | PAD | 0.20 | 90.00 |
| 11/4/2021 | Email with co-counsel re details relatedto filing of the complaint | PAD | 0.20 | 90.00 |
| 11/4/2021 | Review news articles about UF's morphingposition and continue to identify facts,evidence and strategy in support of plaintiff's claims | PAD | 2.00 | 900.00 |
| 11/4/2021 | Communication with Teresa Reid regardingfacts related to her situation | PAD | 0.20 | 90.00 |
| 11/4/2021 | Media review for legally relevant statements by UF (1.9); research reviewof case summaries (.7); correspondence with Debevoise re pro hac vice (.4); read court's order in SB 90 (.8) | CF | 3.80 | 1,235.00 |
| 11/4/2021 | Zoom conference with legal team regarding drafting of complaint | PAD | 0.80 | 360.00 |
| 11/4/2021 | Detailed review of the Northern District's rules and related rules and guidance regarding electronic filing over the weekend; identify relevant provisions for team | JY | 0.90 | 337.50 |
| 11/5/2021 | Client call with David O'Neil | PAD | 1.00 | 450.00 |
| 11/5/2021 | Email with internal and external team redetails for filing the complaint | PAD | 0.40 | 180.00 |
| 11/5/2021 | Internal meeting with team re filing of complaint and remedies | PAD | 1.00 | 450.00 |
| 11/5/2021 | Emails and communications with clients and co-counsel re details of filing thecomplaint and relief requested | PAD | 1.50 | 675.00 |
| 11/5/2021 | Email communication with Austin re reversal of her UFOLIO | PAD | 0.20 | 90.00 |

| 11/5/2021 | Correspondence and coordinate with Debevoise re complaint (.8); finalizing and filing complaint (1.9). | CF | 2.70 | 877.50 |
|---|---|---|---|---|
| 11/5/2021 | Work on finalizing the complaint for filing (2.0); Call with co-counsel re same (.8) | PAD | 2.80 | 1,260.00 |
| 11/8/2021 | Conference call with legal team regarding motion for preliminary injunction and amending complaint | PAD | 0.80 | 360.00 |
| 11/8/2021 | Follow up with Debevoise (.2); work toward prelim. Injunction (1.0); review board of governors' meetings for evidence of intent (.2); Zoom call with Debevoise (.8); review of emails from UF (.6); review of provost/president comments (.2) | CF | 3.00 | 975.00 |
| 11/8/2021 | Telephone call and email to potential new law professor plaintiff Reid | PAD | 0.30 | 135.00 |
| 11/8/2021 | Emails with Teresa Reid re facts related to her claim against UF | PAD | 1.00 | 450.00 |
| 11/8/2021 | Email with Dr. Goldhagen, potential plaintiff (.1); emails with David ONeil re same (.1) | PAD | 0.20 | 90.00 |
| 11/8/2021 | Communication with co-counsel re adding law professors as plaintiffs | PAD | 0.20 | 90.00 |
| 11/8/2021 | Review news articles for additional investigative evidence for the case | PAD | 0.70 | 315.00 |
| 11/8/2021 | Identifying Faculty Senate video portions for facts and evidence | PAD | 0.20 | 90.00 |
| 11/9/2021 | Review, edit, and email regarding public records request to the university | PAD | 0.80 | 360.00 |
| 11/9/2021 | Correspondence with Debevoise (.3); Zoom call with potential new plaintiff (1.4); confer re public records (.2) | CF | 1.90 | 617.50 |
| 11/9/2021 | Emails with Smith re UFOLIO and new process, new electronic disclosure form | PAD | 0.30 | 135.00 |
| 11/9/2021 | Emails with co-counsel re details of Goldhagen situation | PAD | 0.20 | 90.00 |
| 11/9/2021 | Zoom meeting with Debevoise team regarding strategy and new plaintiff | PAD | 0.50 | 225.00 |
| 11/10/2021 | Conference with clients (1.4); development of litigation strategy and conference with Debevoise, faculty assist (.4) | CF | 1.80 | 585.00 |
| 11/10/2021 | Conference call with professors and Debevoise team on litigation strategy | PAD | 1.40 | 630.00 |
| 11/10/2021 | Review of national/state coverage for evidence and info for case | PAD | 1.00 | 450.00 |
| 11/11/2021 | Correspondence with legal team regarding allegations in media coverage | CF | 1.50 | 487.50 |

| 11/12/2021 | Correspondence with Debevoise (.3); review of emails from UF from 2020 (1.6) | CF | 1.90 | 617.50 |
|---|---|---|---|---|
| 11/13/2021 | Correspondence, research on discoverability of UF communicators | CF | 0.10 | 32.50 |
| 11/13/2021 | Conferences with the three professors regarding amending complaint | PAD | 1.20 | 540.00 |
| 11/13/2021 | Review of national/state coverage for evidence and info for case | PAD | 1.00 | 450.00 |
| 11/14/2021 | Near final reviewing of amended complaint and communicating with the team regarding same | PAD | 1.50 | 675.00 |
| 11/15/2021 | Telephone conference with client and legal team regarding final matters overfiling amended complaint today | PAD | 0.50 | 225.00 |
| 11/15/2021 | Review of national/state coverage for evidence and info for case | PAD | 2.00 | 900.00 |
| 11/15/2021 | Correspondence and follow up re amended complaint (1.0); research (.6); call with clients (.5) | CF | 2.10 | 682.50 |
| 11/16/2021 | BOG public records review (.8); correspondence with legal team re same (.1) | CF | 0.90 | 292.50 |
| 11/16/2021 | Phone calls and conferences with David ONeil regarding numerous points of strategy and next steps, Sharon Austin and Prof. Nunn regarding the litigationstrategy, and brief telephone call to update witness, and review of the numerous emails today | PAD | 2.50 | 1,125.00 |
| 11/16/2021 | T/C from Dan Smith re numerous points ofstrategy and next steps | PAD | 0.30 | 135.00 |
| 11/17/2021 | Telephone call with union representatives regarding possible evidence | PAD | 0.40 | 180.00 |
| 11/17/2021 | Research, drafting | CF | 1.30 | 422.50 |
| 11/17/2021 | T/C with witness | PAD | 0.20 | 90.00 |
| 11/17/2021 | Review of national/state coverage for evidence and info for case | PAD | 1.00 | 450.00 |
| 11/18/2021 | Research concerning scope of privilege | CF | 0.70 | 227.50 |
| 11/18/2021 | Communications with Goldhagen re his position and description of events | PAD | 1.00 | 450.00 |
| 11/18/2021 | Review congressional investigative demand and citations therein, related news articles for ongoing development of facts and arguments | PAD | 1.00 | 450.00 |
| 11/19/2021 | Telephone call to Dr Goldhagen' regarding contingent fee agreement and facts and strategy | PAD | 0.50 | 225.00 |

| 11/19/2021 | Correspondence with legal team (.4); public records drafting (1.0); researchreview (.4) | CF | 1.80 | 585.00 |
|---|---|---|---|---|
| 11/19/2021 | Review of national/state coverage for evidence and info for case | PAD | 1.00 | 450.00 |
| 11/19/2021 | Conference call with Davis, O'Neil & witness over facts in college of education and chilling effect by UF policy | PAD | 0.50 | 225.00 |
| 11/20/2021 | Make notes on ideas for PI motion arguments in anticipation of 11/29 task force recommendations | PAD | 0.90 | 405.00 |
| 11/20/2021 | Receipt, review and reply as appropriateto client emails regarding case management | PAD | 0.30 | 135.00 |
| 11/21/2021 | Research review (.5); draft strategy to PAD(1.0); records request edit(.3) | CF | 1.80 | 585.00 |
| 11/22/2021 | Review of national/state coverage for evidence and info for case (panel recommendation) | PAD | 1.00 | 450.00 |
| 11/22/2021 | Receipt, review and reply to emails withattachments regarding public statements from Dr. Goldhagen | PAD | 0.40 | 180.00 |
| 11/23/2021 | Conference call with Debevoise Re PI motion drafting and strategy | PAD | 0.50 | 225.00 |
| 11/23/2021 | Call with Debevoise re task force (1.7);ensure appropriate parallelism for engagement agreements for all Plaintiffs (.7) | CF | 2.40 | 780.00 |
| 11/23/2021 | Review report on Task Force on Outside Activities and emails over same with team and make notes for PI motion | PAD | 1.90 | 855.00 |
| 11/26/2021 | Telephone call from Dr. Goldhagen to discuss strategy | PAD | 0.50 | 225.00 |
| 11/30/2021 | Work on motion for PI including emails with the team | PAD | 3.20 | 1,440.00 |
| 12/1/2021 | Review draft PI motion including additional changes from review last night provided to clients for their review | PAD | 0.90 | 405.00 |
| 12/1/2021 | Telephone conference with client and Debevoise regarding filing preliminary injunction motion | PAD | 0.50 | 225.00 |
| 12/1/2021 | Review, planning and emails with Debevoise over motion to dismiss and our PI motion | PAD | 2.90 | 1,305.00 |
| 12/1/2021 | Review media coverage from today for possible admissions and arguments | PAD | 0.80 | 360.00 |
| 12/1/2021 | Zoom conference with Nunn for media interview questions | PAD | 0.50 | 225.00 |

| 12/2/2021 | Review and identify points for response to motion to dismiss (particularly as related to public sector issues) | LAG | 1.50 | 675.00 |
|---|---|---|---|---|
| 12/2/2021 | Final edits to PI motion, numerous emails with team re PI motion, motion to dismiss | PAD | 3.00 | 1,350.00 |
| 12/3/2021 | Emails over final revisions to statement to a company filing of PI motion | PAD | 0.40 | 180.00 |
| 12/3/2021 | Coordination with scheduling order | CF | 0.30 | 97.50 |
| 12/3/2021 | Review lengthy statement by board of trustee chairman at meeting today for admissions and evidence | PAD | 0.70 | 315.00 |
| 12/5/2021 | Case review and research (.4); media review for legally relevant statements (.1) | CF | 0.50 | 162.50 |
| 12/6/2021 | Receipt and review of report by Faculty Senate Ad Hoc Committee on Academic Freedom and appendices | PAD | 1.70 | 765.00 |
| 12/6/2021 | DeSantis public records correspondence | CF | 0.50 | 162.50 |
| 12/7/2021 | Review of first half of AAUP Academic Freedom of Professors and Institutions by Donna Euben, collecting the case law and comments on our issues | PAD | 0.80 | 360.00 |
| 12/7/2021 | Receipt, review and reply to emails with opposing counsel regarding scheduling required conference | PAD | 0.10 | 45.00 |
| 12/7/2021 | Receipt, review and reply to email from professor Reid & view link and make notes regarding evidence and admissions from President's Fuch's remarks made during the 9/23/21 UF Faculty Senate meeting | PAD | 0.30 | 135.00 |
| 12/8/2021 | Zoom meeting with Sharon Austin & team re public statements | PAD | 0.40 | 180.00 |
| 12/8/2021 | Zoom meeting with team and client | CF | 0.40 | 130.00 |
| 12/9/2021 | Zoom meeting with Debevoise team re UF developments - Senate | PAD | 0.30 | 135.00 |
| 12/10/2021 | Reviews series of emails among our team regarding Senate presidents statement updating faculty on attempt to reach agreement with the administration | PAD | 0.30 | 135.00 |
| 12/10/2021 | Review extensive media coverage within the last 24 hours for evidence and the university's new positions | PAD | 1.30 | 585.00 |
| 12/10/2021 | Scheduling correspondence | CF | 0.10 | 32.50 |

| Date | Description | | | |
|---|---|---|---|---|
| 12/13/2021 | Correspondence with Debevoise regarding scheduling | CF | 0.10 | 32.50 |
| 12/13/2021 | Scheduling conference with Judge | PAD | 0.60 | 270.00 |
| 12/14/2021 | Review numerous emails regarding attending the hearing on the preliminary injunction motion and provide information via email regardingparticulars to clients | PAD | 0.30 | 135.00 |
| 12/14/2021 | Review and reply to emails as appropriate regarding preliminary injunction hearing arrangements with clients and legal team, and email to the team regarding upcoming faculty senate meeting this week and the Senatepresidents loan decision to reach agreement with the university president | PAD | 0.50 | 225.00 |
| 12/14/2021 | Review pertinent media articles for last24 hours for evidence and admissions, and make notes based on those for MTD response points and strategy | PAD | 0.80 | 360.00 |
| 12/15/2021 | Correspondence with clients and court (.5); privilege log correspondence (.2) | CF | 0.70 | 227.50 |
| 12/15/2021 | Review letter issued today from SACS (accreditor) after UF response and developments since 11/2, announcing special committee to site visit | PAD | 0.10 | 45.00 |
| 12/15/2021 | Review of second half of a UF Academic Freedom of Professors and Institutions report by Donna Euben for use in the arguments in this case, beginning at Section 5 on recent challenges to 1st amendment academic freedom of faculty | PAD | 0.40 | 180.00 |
| 12/16/2021 | Final review and emails regarding edits to response to motion to dismiss | PAD | 1.20 | 540.00 |
| 12/16/2021 | Correspondence with clients and Debevoise | CF | 0.10 | 32.50 |
| 12/16/2021 | Email with Debevoise regarding division of work for response to motion to dismiss. | PAD | 0.10 | 45.00 |
| 12/16/2021 | Receipt, review and reply to email frompossible donor | PAD | 0.20 | 90.00 |
| 12/17/2021 | Receipt and review of various emails from the team regarding adjustments to the response to motion to dismiss basedon faculty senate meeting yesterday and statements by Provost | PAD | 0.90 | 405.00 |
| 12/17/2021 | Client correspondence regarding establishment of legal defenses | CF | 0.30 | 97.50 |

| | | | | |
|---|---|---|---|---|
| 12/17/2021 | Phone conference with clients over case management | PAD | 0.30 | 135.00 |
| 12/17/2021 | Email to clients regarding case management | PAD | 0.40 | 180.00 |
| 12/18/2021 | Review of University filings, annotate for strategy development/hearing prep | CF | 1.00 | 325.00 |
| 12/18/2021 | Review of response to motion for Preliminary Injunction and supporting affidavit and make notes for developingthe reply and oral argument to same | PAD | 1.60 | 720.00 |
| 12/21/2021 | Texts with Dave over key arguments to focus in our reply to opposition to PI motion | PAD | 0.20 | 90.00 |
| 12/21/2021 | Organize D+G team and my comments regarding the opposition to PI motion and compose comprehensive email with citations for Debevoise Dave and Morgan | PAD | 2.30 | 1,035.00 |
| 12/21/2021 | Receipt, review and reply to email from Tracy Reid regarding reporting outside activity | PAD | 0.10 | 45.00 |
| 12/23/2021 | Review of this court's precedent on First Amendment issues | PAD | 0.30 | 135.00 |
| 12/27/2021 | Review email and attachment from Tracy Reid about preliminary injunction motion | PAD | 0.20 | 90.00 |
| 1/1/2022 | Review and revise proposed joint case management report prior to Monday conference and email changes to Sammy (and Dave, Conor & Morgan) | PAD | 0.60 | 270.00 |
| 1/3/2022 | Rule 26(f) conference call | PAD | 0.50 | 225.00 |
| 1/3/2022 | Various emails answering clients questions regarding courts offer of electronic hearing versus in person hearing | PAD | 0.20 | 90.00 |
| 1/3/2022 | Receipt and review of order denying motion to dismiss | PAD | 0.80 | 360.00 |
| 1/3/2022 | Receipt and review of amended order denying motion to dismiss | PAD | 0.10 | 45.00 |
| 1/4/2022 | Coordination with media team and Debevoise in advance of telephonic hearing | CF | 0.20 | 65.00 |
| 1/4/2022 | Final review and comments via email to team on draft reply to PI motion opposition | PAD | 0.80 | 360.00 |
| 1/5/2022 | Research to find state statutes regarding conflict of interest (112.313and 1012.977) and emails with  DebevoiseSoren regarding same. | PAD | 0.40 | 180.00 |

| 1/5/2022 | mail to Debevoise regarding suggestions for a specific deposition schedule and plan. | PAD | 0.20 | 90.00 |
|---|---|---|---|---|
| 1/5/2022 | Review news articles for admissions and pertinent information from this morningand tonight | PAD | 0.40 | 180.00 |
| 1/5/2022 | PI review, hearing prep | CF | 0.20 | 65.00 |
| 1/6/2022 | Receipt and review of Order Requiring Supplemental Notice (doc #55) | PAD | 0.10 | 45.00 |
| 1/6/2022 | Receipt and review defendant supplemental affidavit with attachment filed today per the judges order | PAD | 0.10 | 45.00 |
| 1/6/2022 | Text to David regarding additional argument/questions that may arise in hearing tomorrow regarding Fuchs resignation | PAD | 0.10 | 45.00 |
| 1/6/2022 | Review of news articles today for evidence and admissions related to Fuchs resignation announcement | PAD | 0.50 | 225.00 |
| 1/7/2022 | Hearing on PI motion | PAD | 2.00 | 900.00 |
| 1/7/2022 | Review and reply to various emails from Dave, Kenneth and Tracy, and provide mypoints for briefing and oral argument next week. | PAD | 0.30 | 135.00 |
| 1/7/2022 | Review email with detailed attached notes from Prof Reid for next week brief and oral argument | PAD | 0.20 | 90.00 |
| 1/7/2022 | Hearing before Judge Walker (telephonic) | CF | 2.70 | 877.50 |
| 1/8/2022 | Receipt, review and reply to email from Tracy with reg challenge citations in response to arguments yesterday | PAD | 0.30 | 135.00 |
| 1/10/2022 | Review of the attached red lines from opposing counsel regarding the rule 26 report | PAD | 0.10 | 45.00 |
| 1/11/2022 | Review and reply as appropriate to approximately a dozen emails from Debevoise and Dan Smith regarding paneldiscussion tomorrow and regarding new possible evidence of a faculty member denied under the new revised policy. | PAD | 0.40 | 180.00 |
| 1/13/2022 | Review defendants supplemental brief and provide my comments to David for reply and oral argument tomorrow | PAD | 0.70 | 315.00 |
| 1/13/2022 | Review and provide revisions to first draft of reply to defendants additionalbriefing, and review of the final draft before filing | PAD | 1.10 | 495.00 |

| 1/14/2022 | Continued hearing on preliminary injunction motion | PAD | 1.50 | 675.00 |
|---|---|---|---|---|
| 1/14/2022 | Hearing Prep (day 2 of PI hearing) | CF | 0.60 | 195.00 |
| 1/14/2022 | Receipt and review of email from client regarding rebuttal of the University attorneys oral argument today regardingengaging in the expert work prior to approval | PAD | 0.10 | 45.00 |
| 1/15/2022 | Receipt review and reply to email from Dave regarding approach related to aspersions against client theyre not supported by fact as raised by defendant yesterday in oral argument | PAD | 0.20 | 90.00 |
| 1/18/2022 | Receipt and review of rule 26 disclosures by plaintiffs | PAD | 0.10 | 45.00 |
| 1/18/2022 | Receipt and reply to emails from Tracy and Michael regarding case management | PAD | 0.10 | 45.00 |
| 1/19/2022 | Receipt and review of defendants' Initial Disclosures | PAD | 0.10 | 45.00 |
| 1/20/2022 | Review courts scheduling and mediation order ECF 63, and email Dave re requirement we discuss mediation with clients within 14 days | PAD | 0.20 | 90.00 |
| 1/21/2022 | Review and reply to emails regarding preliminary injunction motion with Daveand review emails from clients | PAD | 0.10 | 45.00 |
| 1/21/2022 | Commence review of order on preliminary injunction | CF | 0.80 | 260.00 |
| 1/21/2022 | Receipt and review of preliminary injunction | PAD | 1.80 | 810.00 |
| 1/24/2022 | Review trial and scheduling order and confirm key deadlines and events by staff for calendaring; provide instruction re same | JY | 0.20 | 75.00 |
| 1/25/2022 | Several emails with Dave discussing thoughts and strategy for depositions discovery | PAD | 0.20 | 90.00 |
| 1/25/2022 | Several texts with Dave over discovery strategy and possibility of settlement | PAD | 0.10 | 45.00 |
| 1/25/2022 | Initial review of Defendants' 1st Requests for Production of Documents and Interrogatories | PAD | 0.10 | 45.00 |
| 1/26/2022 | Review defendants Rule 26 disclosure and email Debevoise regarding failure to list Dean Richardson | PAD | 0.20 | 90.00 |
| 1/26/2022 | Email to Dave, Morgan and Conor with thoughts to discuss Friday on amending complaint | PAD | 0.10 | 45.00 |

| 1/28/2022 | Zoom conference on discovery plan | CF | 0.60 | 195.00 |
|---|---|---|---|---|
| 1/28/2022 | Zoom conference with Debevoise over planand strategy Re depos, admissions, and review of response to RTP | PAD | 0.50 | 225.00 |
| 1/30/2022 | Email to Dave, Morgan and Conor with reminder for us to consider amending complaint | PAD | 0.10 | 45.00 |
| 1/31/2022 | Receipt and review of email from Dave and reply regarding possibly amending complaint | PAD | 0.10 | 45.00 |
| 1/31/2022 | Return call to Jeff Goldhagen Re procedure from here to summary judgmentstage | PAD | 0.20 | 90.00 |
| 2/1/2022 | Emails to and from Morgan and David regarding discovery produced by UF | PAD | 0.20 | 90.00 |
| 2/1/2022 | Review of D's responses and objections to P's first request for production | PAD | 0.10 | 45.00 |
| 2/2/2022 | Receipt and review of Joint Status Report | PAD | 0.10 | 45.00 |
| 2/2/2022 | Resolving conflict with trial calendar | CF | 0.10 | 32.50 |
| 2/3/2022 | Initial review of answer to amended complaint | PAD | 0.20 | 90.00 |
| 2/3/2022 | Review and reply to emails with counsel for the HB233 case regarding difficultyobtaining discovery documents from the defendants and discussion of exchanginginformation and documents | PAD | 0.20 | 90.00 |
| 2/11/2022 | Receipt and review of various emails from Debevoise and clients regarding information to produce to the university in discovery | PAD | 0.20 | 90.00 |
| 2/14/2022 | Review and reply to email from Dave regarding organizing amici for 11th Circuit briefing | PAD | 0.20 | 90.00 |
| 2/15/2022 | Receipt and reply to email from Jeffrey regarding handling additional expert work in light of the injunction | PAD | 0.10 | 45.00 |
| 2/15/2022 | Review email from Debevoise Morgan regarding discovery requests directed towards our clients communications withvarious entities, and reply to same regarding possible assertion of legislative privilege | PAD | 0.20 | 90.00 |
| 2/16/2022 | Additional emails with Dave and introduction email to ACLU of Florida legal director regarding possible amicus briefs on appeal of preliminary injunction. | PAD | 0.20 | 90.00 |

| Date | Description | | | |
|------|-------------|---|---|---|
| 2/16/2022 | Receipt and review of document number 76today and email to Debevoise notifying UF use of only snail mail | PAD | 0.10 | 45.00 |
| 2/21/2022 | Review of appellate documentation | CF | 0.10 | 32.50 |
| 2/22/2022 | Review of our draft discovery responsesfor today | PAD | 0.40 | 180.00 |
| 2/22/2022 | Email to Debevoise regarding edit to response to request to produce | PAD | 0.10 | 45.00 |
| 2/24/2022 | Review of P's First Request for Admission | PAD | 0.10 | 45.00 |
| 2/24/2022 | Review and reply to email from Debevoiseand review and execute applications for David and Morgan admission to the 11th Circuit Court of appeals. | PAD | 0.20 | 90.00 |
| 2/24/2022 | Review of P's 1st set of Interrogatories | PAD | 0.10 | 45.00 |
| 3/1/2022 | Coordination of discovery plan with Debevoise | CF | 0.50 | 162.50 |
| 3/2/2022 | Prep for meeting with Debevoise regarding discovery procedures (.1); Zoom meeting regarding the same (.2) | CF | 0.30 | 97.50 |
| 3/4/2022 | Zoom conference with possible witness | PAD | 0.50 | 225.00 |
| 3/7/2022 | Review email from possible Amicus and email correspondence with Dave regarding Amicus | PAD | 0.10 | 45.00 |
| 3/7/2022 | Email review and reply with possible witness | PAD | 0.10 | 45.00 |
| 3/7/2022 | Conference call with Debevoise team re Defendants' responses to RFP | CF | 0.50 | 162.50 |
| 3/7/2022 | Conference Call with Debevoise Team re Defendants responses to Ps RFP | PAD | 0.30 | 135.00 |
| 3/8/2022 | Review of recent filings; prep and organizing discovery response | CF | 0.10 | 32.50 |
| 3/8/2022 | Work through numerous emails with Debevoise and clients over 11th circuitmediation and discovery from clients computers. | PAD | 0.20 | 90.00 |
| 3/8/2022 | Telephone conference with Dan and Mike regarding status of case | PAD | 0.40 | 180.00 |
| 3/8/2022 | Review and reply to email from Jeff regarding his area of expertise | PAD | 0.20 | 90.00 |
| 3/8/2022 | Receipt and review Rosenberg's motion for permissive intervention with draft proposed complaint | PAD | 0.20 | 90.00 |
| 3/9/2022 | Receipt and review of order Denying Permissive Intervention | PAD | 0.10 | 45.00 |
| 3/9/2022 | Receipt and review of email recap from Morgan regarding To Do List as a resultof meet and confer yesterday on discovery | PAD | 0.10 | 45.00 |

| 3/13/2022 | Review of legislative update and news release directly bearing on ongoing litigation | CF | 0.10 | 32.50 |
|---|---|---|---|---|
| 3/14/2022 | Receipt and review emails from clients regarding self censorship and review link to comments by the lieutenant governor stating that legislation should not be criticized | PAD | 0.20 | 90.00 |
| 3/15/2022 | Zoom meeting re discovery process | CF | 0.80 | 260.00 |
| 3/15/2022 | Zoom conference with Debevoise and clients regarding discovery requests and process for complying | PAD | 1.00 | 450.00 |
| 3/16/2022 | Review email and report forwarded by Jeff regarding allegations of Covid data suppression and reply to emails with Jeff regarding same | PAD | 0.40 | 180.00 |
| 3/16/2022 | Zoom meeting over amicus brief with ACLU and Debevoise. | PAD | 0.40 | 180.00 |
| 3/16/2022 | Review email chain from Sharon regarding invitation to accept award from commissioner of agriculture, and reply to her and Debevoise regarding same | PAD | 0.20 | 90.00 |
| 3/17/2022 | Receipt and review of briefing notice to appellant, and direction to team over calendaring deadlines | PAD | 0.10 | 45.00 |
| 3/22/2022 | Review new UFOLIO website and email from Dan regarding same | PAD | 0.20 | 90.00 |
| 3/23/2022 | Review of addendum to the Report of attend discovery Hoc Fac. Senate Committee on Academic Freedom | CF | 0.20 | 65.00 |
| 3/23/2022 | Review Addendum to AFC Report and email to client and Debevoise regarding bullet point #3 about possible additional evidence | PAD | 0.40 | 180.00 |
| 3/24/2022 | Review and reply to several texts from Kenneth regarding work he is being requested to assist with and the chilling effect | PAD | 0.20 | 90.00 |
| 3/24/2022 | Review email with attachment from client regarding delay in university approval of Sharon's recent expert witness request, and reply to same | PAD | 0.10 | 45.00 |
| 3/30/2022 | Review of series of emails and replies from Dan and Sharon and Debevoise regarding university's failure to promptly advance Sharon's request for expert testimony | PAD | 0.10 | 45.00 |

| | | | | |
|---|---|---|---|---|
| 3/30/2022 | Review numerous emails from Sharon and Debevoise and reply to same regarding University providing ambiguous responseto recent expert request | PAD | 0.30 | 135.00 |
| 3/31/2022 | Receipt and Review email from Tracy regarding academic freedom survey she just received to complete from UF | PAD | 0.10 | 45.00 |
| 4/1/2022 | Receipt, review, and reply to email fromDan re meeting clients are required to attend with accreditor investigators | PAD | 0.10 | 45.00 |
| 4/4/2022 | Watch and listen to comments from the most recent Board of Governors meeting by chairman regarding the accreditor and our situation | PAD | 0.30 | 135.00 |
| 4/4/2022 | Receipt and review and reply as appropriate to several emails among Dan, Sharon and Dave regarding request to be interviewed by accreditors | PAD | 0.10 | 45.00 |
| 4/4/2022 | Email with Morgan finalizing draft letter to university attorney over sharon's recent UFOLIO request regarding an apparent limitation | PAD | 0.10 | 45.00 |
| 4/5/2022 | Review response to request for admissions | PAD | 0.20 | 90.00 |
| 4/5/2022 | Review responses to 1st interrogatories and send email to Debevoise regarding UF's failure to respond properly to numbers one, two and six | PAD | 0.30 | 135.00 |
| 4/5/2022 | Review and reply to emails from Dave over auditor interviews and joint letter to Fuller re Sharon's UFOLIO | PAD | 0.10 | 45.00 |
| 4/6/2022 | Review Order denying motion to dismiss in house bill 233 First Amendment case issued yesterday | PAD | 0.10 | 45.00 |
| 4/6/2022 | Email to Morgan with edit to draft letter to university attorney regardingSharon's request not being addressed at the second level | PAD | 0.10 | 45.00 |
| 4/7/2022 | Emails over revision to letter to UF atty over Sharon's approval request | PAD | 0.20 | 90.00 |
| 4/8/2022 | Receipt and review email forward from Dan regarding cancellation of meeting with auditors Monday | PAD | 0.10 | 45.00 |
| 4/11/2022 | Review and reply to email from Morgan regarding attached draft letter to Fuller over the failure to approve her outside activities request | PAD | 0.10 | 45.00 |
| 4/11/2022 | Communicating with Debovoise about Austin's participation in expert witness work | PAD | 0.30 | 135.00 |

| | | | | |
|---|---|---|---|---|
| 4/14/2022 | Email from PD related to 11th Circuit filing/appearance as counsel for appeal; review 11th Circuit filings and rules; detailed email to PD re same | JY | 0.70 | 262.50 |
| 4/15/2022 | Review 11th Circuit docket and relevant documents to date; instruct staff re filing of notice of appearance forms for counsel of records | JY | 0.20 | 75.00 |
| 4/19/2022 | Review and reply to email from Morgan regarding response to university position to not produce plaintiffs' emails with suggestions on how to respond | PAD | 0.20 | 90.00 |
| 4/20/2022 | Correspondence with Debevoise media assistance about historical background | CF | 0.10 | 32.50 |
| 4/26/2022 | Read and digest new 11th Circuit 1st Amendment case (Speech First, Inc. re: University of Central Florida) issued 4/21/2022. | PAD | 0.80 | 360.00 |
| 5/3/2022 | Review of slide deck provided to university faculty regarding HB7 limiting speech of faculty, and link to information on difficult discussions | PAD | 0.30 | 135.00 |
| 5/8/2022 | Receipt and review of numerous emails with Debevoise and clients and approve draft response to the university's settlement offer | PAD | 0.30 | 135.00 |
| 5/9/2022 | Review and reply to email chain with question from Dan and Dave regarding affect of changes on our various clients based on their status as bargaining unit or non-bargaining unit employees | PAD | 0.20 | 90.00 |
| 5/9/2022 | Review and reply to Debevoise and clients regarding draft settlement proposal and making final changes to it, particularly related to request needed to be acted upon immediately | PAD | 0.20 | 90.00 |
| 5/20/2022 | Receipt and review of emails from Dan and Mike regarding details of recent UFOLIO requests and troublesome delays | PAD | 0.20 | 90.00 |
| 5/27/2022 | Review new 11th Circuit 1st Amendment case NetChoice v. Attorney General (5/23/22) for any guidance and use in our answer brief. | PAD | 0.60 | 270.00 |
| 5/27/2022 | Email to Debevoise with notes on arguments to make from Section III of the the new NetChoice case from the 11th Cir for answer brief. | PAD | 0.50 | 225.00 |

| 5/27/2022 | Review of defendants responses to 2nd interrogatories and email Debevoise with strategy/argument thoughts relative to interrog #3 response on pre-approval requirements over conflicts of commitment concept | PAD | 0.40 | 180.00 |
|---|---|---|---|---|
| 6/6/2022 | Initial review of appellants' brief to the 11th Circuit | PAD | 1.60 | 720.00 |
| 6/6/2022 | Receipt and review of emails from opposing counsel, David, and Morgan regarding possible settlement and reply to Debevoise | PAD | 0.20 | 90.00 |
| 6/7/2022 | Zoom call w opposing counsel regarding potential settlement | CF | 0.20 | 65.00 |
| 6/7/2022 | Telephone call from Dave O'Neil re settlement conference call | PAD | 0.10 | 45.00 |
| 6/7/2022 | Settlement conference call with opposing counsel | PAD | 0.30 | 135.00 |
| 6/8/2022 | Receipt, review and reply to email chain among client and Morgan over settlement discussion yesterday with opposing counsel | PAD | 0.10 | 45.00 |
| 6/9/2022 | Zoom call with Debevoise re Settlement Proposal | PAD | 0.50 | 225.00 |
| 6/21/2022 | Receipt, review and reply two emails from Dan, Sharon and Dave and review of attached redraft of policy involving the Faculty Senate towards possible settlement | PAD | 0.30 | 135.00 |
| 7/31/2022 | Review of Defense's Proposal Settlement language | CF | 0.20 | 65.00 |
| 8/4/2022 | Correspondence and scheduling for group meeting to discuss possible terms of settlement | CF | 0.20 | 65.00 |
| 8/8/2022 | Receipt and review of defendants settlement proposal for a new policy | PAD | 0.70 | 315.00 |
| 8/8/2022 | Zoom call with Debevoise and clients regarding proposed settlement language. | CF | 0.90 | 292.50 |
| 8/8/2022 | Zoom meeting with Debevoise and the clients to discuss policy settlement proposal and revisions we want to propose | PAD | 0.90 | 405.00 |
| 8/12/2022 | Review August 10 changes provided by Debevoise to draft settlement counteroffer, and e-mail client and Debevoise over my suggestion for revision | PAD | 0.40 | 180.00 |
| 8/25/2022 | Review final changes to draft settlement counterproposal and e-mail Debevoise my approval. | PAD | 0.20 | 90.00 |

| | | | | |
|---|---|---|---|---|
| 9/7/2022 | Review of comprehensive article with substantial additional facts and admissions from UF administrators - from article today by Chronical of Higher Ed | PAD | 0.30 | 135.00 |
| 9/8/2022 | Zoom conference with Debevoise regardingcomprehensive chronicle of higher education article just issued, discovery strategy. | PAD | 0.50 | 225.00 |
| 10/3/2022 | Settlement discussion regarding possiblesettlement | CF | 0.40 | 130.00 |
| 11/3/2022 | Review e-mail from Dan Smith with noticeof changes to outside activities conflicts of interest policy for IFAS and reply to him and Debevoise to watchfor the next step of an announcement to revise the existing policy for all faculty. | PAD | 0.20 | 90.00 |
| 11/18/2022 | Review and confirming updates to deadlines | CF | 0.10 | 32.50 |
| 12/7/2022 | Review and approve draft stipulation fordismissal at the trial court level | PAD | 0.10 | 45.00 |
| 12/7/2022 | Email to Debevoise and clients regardingability to seek attorneys fees as prevailing party after stipulation for dismissal and order. | PAD | 0.10 | 45.00 |
| 12/22/2022 | Review email from Debevoise re attorney time records for fee application | PAD | 0.10 | 45.00 |
| 12/28/2022 | Review of proposed MTD without prejudiceas drafted by Debevoise | CF | 0.20 | 65.00 |
| 1/3/2023 | Receipt and review of Order for Supplemental Briefing (Doc#106); Reviewand reply to e-mail chain with Debevoiseto determine strategy for responding to Judge Walker's order and for filing a motion to dismiss at the appellate court | PAD | 0.20 | 90.00 |
| 1/4/2023 | Review draft response to trial courts order to respond by 1/9/23 re: mootnessissues, and email Debevoise strategy to include arguments/info to be presented nearly simultaneously to the appellate court. | PAD | 0.40 | 180.00 |
| 1/24/2023 | Review of UF's filing opposing voluntarydismissal | CF | 0.30 | 97.50 |
| 2/3/2023 | Review appellants opposition to motion to dismiss as moot, and make notes for arguments for reply (sent by email to Debevoise today) | PAD | 0.80 | 360.00 |
| 3/23/2023 | Receipt and Review of Order vacating preliminary injunction and settling DL to File motion Re: entitlement to fees (doc 117) / emailed client regarding same and the court's findings regardingthe policy | PAD | 0.20 | 90.00 |
| 4/4/2023 | Correspondence with Debevoise regarding costs incurred | CF | 0.10 | 32.50 |

| 4/5/2023 | Review and approve draft motion regarding entitlement to attorneys fees with attachments and confirm taxable costs and email to Debevoise regarding same | PAD | 0.30 | 135.00 |
|---|---|---|---|---|
| 5/1/2023 | Review of reply in support of request for atty fees and costs | CF | 0.30 | 97.50 |
| 5/17/2023 | Review of supplemented briefings regarding attorneys fees as order by Judge Walker | CF | 0.50 | 162.50 |
| 5/24/2023 | Correspondence with staff; review of order from Judge re fees and costs | CF | 0.40 | 130.00 |
| 5/25/2023 | Correspondence with Debevoise regarding process to facilitate motion regarding order re fees | CF | 0.20 | 65.00 |
| 5/25/2023 | Receipt and review of order granting motion to determine entitlement to attorneys fees, and do another time entry of .1 for emails to and from clients regarding same | PAD | 0.10 | 45.00 |
| 6/2/2023 | Review of filings in advance of call with co-counsel regarding entitlement to fees; call regarding the same | CF | 1.10 | 357.50 |
| 6/3/2023 | Preparation of motion and documentation regarding submission of fees to the Court for approval | CF | 1.00 | 325.00 |
| 6/8/2023 | Review of billing descriptions to cohere with requirements for submission to NDFL | CF | 0.50 | 162.50 |
| 6/9/2023 | Continued review of time entries for compliance with NDFL requirements | CF | 1.00 | 325.00 |
| 6/13/2023 | Correspondence with co-counsel regarding details for invoicing | CF | 0.20 | 65.00 |
| 6/16/2023 | Finalizing time entries for submission to NDFL | CF | 0.10 | 32.50 |
| 6/18/2023 | Drafting Declaration of Paul Donnelly including confirming information as to each timekeeper | LAG | 2.50 | 1,125.00 |
| 6/19/2023 | Phone call from fees expert regarding materials and information for completing his declaration. | PAD | 0.40 | 180.00 |
| 6/19/2023 | E-mail to co-counsel Dave and Morgan with final draft declaration, update regarding final adjustments to timesheets, my conversation with fees expert, and road map toward deadline this Friday. | PAD | 0.40 | 180.00 |
| 6/19/2023 | Attending to time records for purpose of submission with Declaration | LAG | 4.00 | 1,800.00 |
| 6/19/2023 | Attending to time records for purpose of submission with Declaration | PAD | 2.00 | 900.00 |

| | | | |
|---|---|---|---|
| | | | |

| | Hours | Rate | Total |
|---|---|---|---|
| Paul A. Donnelly (PAD) | 136.00 | $450.00 | $61,200.00 |
| Laura A. Gross (LAG) | 8.00 | $450.00 | $3,600.00 |
| Jung Yoon (JY) | 1.10 | $375.00 | $412.50 |
| Conor Flynn (CF) | 83.50 | $325.00 | $27,137.50 |
| | | | |
| **TOTAL FEES:** | | | **$92,350.00** |

2/4/2022

| | |
|---|---|
| UF - Public Records Request | $286.54 |
| | |
| **TOTAL COSTS:** | **$286.54** |