# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# GAINESVILLE DIVISION

SHARON WRIGHT AUSTIN,
et al.,

      Plaintiff,

v.                       CASE NO. 1:21-cv-184-MW/HTC

UNIVERSITY OF FLORIDA BOARD
OF TRUSTEES, et al.,

      Defendant.

_____/

## FEE AND COST JUDGMENT

Pursuant to and at the direction of the Court, it is **ORDERED** that Plaintiffs are entitled to judgment against Defendants in the amount of $372,219.75 in attorneys' fees and $1,575.45 in costs, for a total judgment amount of $373,795.20, for which sum let execution issue.

                                                                JESSICA J LYUBLANOVITS,
                                                                 CLERK OF COURT

November 9, 2023                         s/ *Victoria Milton McGee*
DATE                                                 DEPUTY CLERK